**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>INSPIRE MEDICAL SYSTEMS, INC., TIMOTHY P. HERBERT, RICHARD J. BUCHHOLZ, and CARLTON W. WEATHERBY,<br><br>                    Defendants. | Case No. 1:25-cv-10620-PAE<br><br><u>CLASS ACTION</u> |

**NOTICE OF MOTION OF INDIANA PUBLIC RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF ITS SELECTION OF LEAD COUNSEL</u>**

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the Honorable Paul A. Engelmayer, at the United States District Court for the Southern District of New York, located at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1305, New York, New York, Indiana Public Retirement System ("Indiana") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an order: (i) appointing Indiana as Lead Plaintiff; (ii) approving Indiana's selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Lead Counsel for the proposed Class; and (iii) granting any such further relief as the Court may deem just and proper.

This Motion is made on the grounds that Indiana believes that it is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Indiana believes that it has the "largest financial interest" in the relief sought by the Class in this action by virtue of, among other things, the approximately $2 million in losses, as calculated on a last-in, first-out basis, that it incurred on its purchases of Inspire Medical Systems, Inc. common stock between August 6, 2024 and August 4, 2025, inclusive. Indiana also satisfies the relevant requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims and because it will fairly and adequately represent the interests of the Class. Moreover, Indiana is a paradigmatic Lead Plaintiff under the PSLRA because it is a sophisticated institutional investor with a substantial financial stake in the litigation, which ensures effective monitoring and supervision of counsel.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Hannah Ross filed herewith and all exhibits attached thereto,

the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Indiana respectfully requests that the Court: (i) appoint Indiana to serve as Lead Plaintiff; (ii) approve its selection of Bernstein Litowitz to serve as Lead Counsel for the Class; and (iii) grant any such further relief as the Court may deem just and proper.

Dated: January 5, 2026

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Hannah Ross*
Hannah Ross
Scott R. Foglietta
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
hannah@blbglaw.com
scott.foglietta@blbglaw.com

*Counsel for Proposed Lead Plaintiff Indiana Public Retirement System and Proposed Lead Counsel for the Class*