UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INDIANA PUBLIC RETIREMENT SYSTEM,
*individually and on behalf of all others similarly situated*,

Plaintiff,

-v-

INSPIRE MEDICAL SYSTEMS, INC. *et al.*,

Defendants.

25 Civ. 10620 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 22, 2025, plaintiff published a notice "advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period."  15 U.S.C. § 78u-4(a)(3)(A)(i); *see* Dkt. 13-4.  On January 5, 2026, plaintiff moved to serve as lead plaintiff in this case.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(i) ("[N]ot later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class.").

Accordingly, any responses to this motion are due January 21, 2025.  No replies are invited.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 8, 2026
       New York, New York