UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, individually and on behalf of those similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>INSPIRE MEDICAL SYSTEMS, INC.; TIMOTHY P. HERBERT; RICHARD J. BUCHHOLZ; and CARLTON W. WEATHERBY,<br><br>　　　　　　　Defendants. | Civil Action No. 1:25-cv-10620 (PAE)<br><br>CLASS ACTION |

### NOTICE OF DEFENDANTS' MOTION TO TRANSFER VENUE TO THE DISTRICT OF MINNESOTA

PLEASE TAKE NOTICE that Defendants Inspire Medical Systems, Inc., Timothy P. Herbert, Richard J. Buchholz, and Carlton W. Weatherby, by and through undersigned counsel, hereby move the Court for an Order transferring this action to the United States District Court for the District of Minnesota, pursuant to 28 U.S.C. § 1404. The motion will be heard by the Honorable Paul E. Engelmayer, United States District Judge for the United States District Court for the Southern District of New York, in Courtroom 1305 of the Thurgood Marshall United States Courthouse at 40 Foley Square, New York, NY 10007, at a time to be determined by the Court.

In support of their motion, Defendants rely on the Memorandum of Law and the Declaration of Bryan Phillips, submitted concurrently herewith, and on the pleadings and proceedings in this case. Counsel for Defendants met and conferred with Counsel for

Plaintiff on January 16, 2026, but Plaintiff would not agree to move the case to the District of Minnesota. Defendants hereby request that the Court transfer the action to the District of Minnesota in the interests of justice and for the convenience of the parties and witnesses.

Dated: January 22, 2026

                        Sandra D. Grannum (#2107423)
**FAEGRE DRINKER BIDDLE & REATH LLP**
1177 Avenue of the Americas, 43rd Floor
New York, NY  10036
Telephone: (973) 549-7015
sandra.grannum@faegredrinker.com

Matthew Kilby (*pro hac vice forthcoming*)
Jeffrey P. Justman (*pro hac vice forthcoming*)
**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
matthew.kilby@faegredrinker.com
jeff.justman@faegredrinker.com

*Attorneys for Defendants*