**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INSPIRE MEDICAL SYSTEMS, INC.; TIMOTHY P. HERBERT; RICHARD J. BUCHHOLZ; and CARLTON W. WEATHERBY,<br><br>Defendants. | Civil Action No. 1:25-cv-10620 (PAE)<br><br><br>**DECLARATION OF BRYAN PHILLIPS IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE TO THE DISTRICT OF MINNESOTA** |

I, Bryan Phillips, declare as follows:

1.      I am the Senior Vice President, General Counsel and Corporate Secretary, and Chief Compliance Officer, of Inspire Medical Systems, Inc. ("Inspire"). I have been employed by Inspire since January 2021.

2.      I am over the age of 18 and I am competent to testify about the matters set forth in this declaration based upon personal knowledge, my experience working at Inspire, and my review of information taken from records kept by Inspire in the regular course of business. If called as a witness, I could and would testify as stated herein.

3.      Inspire is a Delaware corporation, with its headquarters and only substantial business office located in Golden Valley, Minnesota, a suburb of Minneapolis. All of Inspire's executive officers reside and work in the Minneapolis-St. Paul metropolitan area. Inspire has no offices in New York.

US.359143315.02

4.      Defendant Timothy P. Herbert is the Chairman and Chief Executive Officer of Inspire and has been with Inspire for more than 18 years. Mr. Herbert works at Inspire's Minnesota headquarters and resides in Minnesota.

5.      Defendant Carlton W. Weatherby is the Chief Strategy and Growth Officer of Inspire and has been with Inspire for over three years. Mr. Weatherby works at Inspire's Minnesota headquarters and resides in Minnesota.

6.      Defendant Richard J. Buchholz was Inspire's Chief Financial Officer until December 31, 2025, and is currently acting as Inspire's interim Chief Financial Officer through approximately mid-February 2026. Mr. Buchholz has been with Inspire for over 11 years. Mr. Buchholz works at Inspire's Minnesota headquarters and resides in the Minneapolis-St. Paul metropolitan area.

7.      Every press release or SEC filing from the relevant time period identified in the complaint (August 6, 2024 to August 4, 2025, or "Class Period") was issued from Inspire's Minnesota headquarters. Except for Inspire's Vice President of Investor Relations (Ezgi Yagci), who lives in Florida but regularly travels to Minnesota for company meetings, the people primarily involved in the preparation or issuance of those public filings reside and work in the Minneapolis-St. Paul metropolitan area.

8.      Every statement made on an earnings call during the Class Period was issued from Inspire's Minnesota headquarters. Except for Inspire's Vice President of Investor Relations (Ezgi Yagci), who lives in Florida but regularly travels to Minnesota for meetings, including earning calls, the people primarily involved in the preparation or

issuance of these earnings call statements reside and work in the Minneapolis-St. Paul metropolitan area.

9. With respect to the investor conferences identified in the complaint, the following conferences occurred either outside New York, or virtually, with Inspire executives speaking from Minnesota: Wells Fargo Health Conference (Boston); JP Morgan Healthcare Conference (San Francisco); Wells Fargo MedTech Innovation Spotlight Conference (virtual); and Truist Securities MedTech Conference (virtual). One conference identified in the complaint, the Piper Sandler Health Conference, occurred in-person in New York City. Except for Inspire's Vice President of Investor Relations (Ezgi Yagci), who lives in Florida but regularly travels to Minnesota for company meetings, including earning calls, the people primarily involved in the preparation or issuance of the prepared statements made at these conferences reside and work in the Minneapolis-St. Paul metropolitan area.

10. To the best of my knowledge, all documents regarding Inspire's statements to the investing public potentially at issue in this action are ordinarily generated and issued at Inspire's Minnesota headquarters. No such documents are located in New York.

11. To the best of my knowledge and belief, in addition to the individuals named as defendants in this action, the primary individuals who most likely will have knowledge concerning the subject matter of this action work and reside in the Minneapolis-St. Paul metropolitan area, again, with the exception of Ezgi Yagci, who lives in Florida but regularly travels to Minnesota for company meetings, including earning calls. None of the relevant employees work or reside in New York.

US.359143315.02                                    3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2026

Bryan Phillips

US.359143315.02                                    4