**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, individually and on behalf of those similarly situated,<br><br>             Plaintiff,<br><br>vs.<br><br>INSPIRE MEDICAL SYSTEMS, INC.; TIMOTHY P. HERBERT; RICHARD J. BUCHHOLZ; and CARLTON W. WEATHERBY,<br><br>             Defendants. | Civil Action No. 1:25-cv-10620 (PAE)<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE TO THE DISTRICT OF MINNESOTA**

Having considered the parties' submissions in connection with Defendants' Motion to Transfer Venue to the District of Minnesota, and good cause appearing thereby, the Court GRANTS Defendants' motion.

The Clerk of Court is respectfully directed to transfer this action to the U.S. District Court for the District of Minnesota under 28 U.S.C. § 1404(a) and close this case.

All outstanding deadlines in this District shall be suspended pending an Order by the transferee court.

IT SO ORDERED.

Dated: _____

_____
THE HONORABLE PAUL E. ENGELMAYER
UNITED STATES DISTRICT COURT