UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE INSPIRE MEDICAL SYSTEMS, INC. SECURITIES LITIGATION. | Case No. 1:25-cv-10620-PAE <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF SALVATORE J. GRAZIANO IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE TO THE DISTRICT OF MINNESOTA**

I, Salvatore J. Graziano, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP, which is counsel to Lead Plaintiff Indiana Public Retirement System and Class Counsel. I submit this declaration in opposition to Defendants' Motion to Transfer Venue to the District of Minnesota.

2. **Exhibit 1** is a true and correct copy of the Certification of City of Pontiac Reestablished General Employees' Retirement System filed in *City of Pontiac Reestablished General Employees' Retirement System v. Inspire Medical Systems, Inc.*, No. 25-cv-04247-PJS-ECW (D. Minn.), at ECF No. 1-1 (Nov. 6, 2025).

3. **Exhibit 2** is a true and correct copy of the "U.S. Court – Judicial Caseload Profile" statistics published by the Administrative Office of the U.S. Courts as of December 31, 2025, and September 30, 2025, respectively, excerpted to the pages relevant to the Southern District of New York and the District of Minnesota, available at https://www.uscourts.gov/sites/default/files/document/fcms_na_distprofile0930_2025.pdf (retrieved February 5, 2026).

4. **Exhibit 3** is a true and correct copy of a January 27, 2026 *Detroit News* article by Jeremy Roebuck titled "U.S. Judge Orders ICE Chief to Appear in Court, Threatens Contempt Ruling."

5. **Exhibit 4** is a true and correct copy of the output of a "Civil Cases Report" query on the CM/ECF system for the District of Minnesota, with the following inputs: (i) Nature of Suit: "463 Habeas Corpus – Alien Detainee"; (ii) time period: 1/1/2026 – 1/31/2026; (iii) open and closed cases (retrieved February 3, 2026).

6. **Exhibit 5** is a true and correct copy of a January 26, 2026 *Politico* article by Kyle Cheney, titled "Judges, Inundated with Immigration Cases, Don't Mince Words on ICE tactics."

7. **Exhibit 6** is a true and correct copy of the "Judges of the Southern District of New York" webpage published by the Southern District of New York, available at https://www.nysd.uscourts.gov/judges (retrieved February 3, 2026).

8. **Exhibit 7** is a true and correct copy of the "Current Judicial Vacancies" webpage published by the United States Courts, available at https://www.uscourts.gov/data-news/judicial-vacancies/current-judicial-vacancies (retrieved February 3, 2026).

9. **Exhibit 8** is a true and correct copy of the "Judges" webpage published by the District of Minnesota, available at https://www.mnd.uscourts.gov/judges (retrieved February 3, 2026).

10. **Exhibit 9** are excerpts of a true and correct copy of a transcript of the Wells Fargo Healthcare Conference on September 4, 2024, retrieved from AlphaSense.

11. **Exhibit 10** are excerpts of a true and correct copy of a transcript of the Wells Fargo MedTech Innovation Spotlight Conference on June 13, 2025, retrieved from AlphaSense.

12. **Exhibit 11** are excerpts of a true and correct copy of a transcript of the Morgan Stanley NYC Healthcare Conference on September 4, 2024, retrieved from AlphaSense; a Morgan Stanley Webpage titled "22nd Annual Global Healthcare Conference," available at https://msevents.dealogic.com/clientportal/Conferences/Custom/List/419?menuItemId=100 (retrieved Feb. 5, 2026); and an excerpted page from the Morgan Stanley 22nd Annual Healthcare Conference "Conference-Wide Welcome Reception," dated Wednesday, September 4, 2024, available at https://custom.cvent.com/EF05AAE8A95C44EB869D794192540A28/files/event/d

3

723fb90a64d476a9c9f5ed01cf9a4af/eeadc8d04b174737b9c6f8c73a2de033.pdf (retrieved Feb. 5, 2026).

13. **Exhibit 12** are excerpts of a true and correct copy of a transcript of the Piper Sandler NYC Healthcare Conference on December 3, 2024, retrieved from AlphaSense, and a screenshot from the Piper Sandler "Conferences & Events" webpage, available at https://www.pipersandler.com/conferences-and-events (retrieved Feb. 5, 2026), filtered by the "Healthcare" sector and by the date "12/24."

14. **Exhibit 13** is a compilation of true and correct copies of LinkedIn profile pages.

15. **Exhibit 14** is a true and correct copy of the "100-Mile Radius Report for New York County, New York," from StatsAmerica's Big Radius Tool, available at https://www.statsamerica.org/radius/big.aspx (retrieved February 2, 2026).

16. **Exhibit 15** is a true and correct copy of the "100-Mile Radius Report for Minneapolis, Minnesota," from StatsAmerica's Big Radius Tool, available at https://www.statsamerica.org/radius/big.aspx (retrieved February 2, 2026).

17. **Exhibit 16** is a true and correct copy of the output of a query for zip code 10007 in Inspire's "Find an Inspire Provider Near You" webpage, available at https://www.inspiresleep.com/en-us/find-a-doctor (retrieved February 2, 2026).

18. **Exhibit 17** is a true and correct copy of the output of a query for zip code 55415 in Inspire's "Find an Inspire Provider Near You" webpage, available at https://www.inspiresleep.com/en-us/find-a-doctor (retrieved February 2, 2026).

19. **Exhibit 18** is a true and correct copy of a "A/B MAC Jurisdictions" map, available at https://www.cms.gov/files/document/ab-jurisdiction-map03282023pdf.pdf (retrieved February 3, 2026).

20. **Exhibit 19** is a true and correct copy of a January 2, 2026 *Capitol Forum* article titled "Inspire Medical Systems: Palmetto Removes Lucrative Billing Code for Hypoglossal Nerve Stimulation; Decision Means No Remaining Medicare Administrative Contractors Recognize Code."

21. **Exhibit 20** is a true and correct copy of a December 29, 2025 *Capitol Forum* article titled "Inspire Medical Systems: Following Other MACs, WPS Removes Lucrative Billing Code for Hypoglossal Nerve Stimulation."

22. **Exhibit 21** is a true and correct copy of a December 18, 2025 *Capitol Forum* article titled "Inspire Medical Systems: Medicare Administrative Contractor Palmetto to Update Billing Guidance on Hypoglossal Nerve Stimulation."

23. **Exhibit 22** is a true and correct copy of a December 18, 2025 *Capitol Forum* article titled "Inspire Medical Systems: Medicare Administrative Contractors Noridian and CGS Remove Lucrative Billing Code from Coverage Determination for Hypoglossal Nerve Stimulation."

24. **Exhibit 23** is a true and correct copy of the physician profile of Dr. Maria Suurna, available at https://openpaymentsdata.cms.gov/physician/344812 (retrieved February 3, 2026).

25. **Exhibit 24** is a true and correct copy of the Weil Cornell Medicine profile of Maria V. Suurna, M.D., F.A.C.S., Otolaryngologist, available at https://neurosurgery.weillcornell.org/faculty/maria-v-suurna-md-facs (retrieved February 4, 2026).

26. **Exhibit 25** is a true and correct copy of the physician profile of Dr. Ryan Jeremy Soose, available at https://openpaymentsdata.cms.gov/physician/148508 (retrieved February 3, 2026).

27. **Exhibit 26** is a true and correct copy of the physician profile of Dr. Thomas M. Kaffenberger, available at https://openpaymentsdata.cms.gov/physician/5700998 (retrieved February 3, 2026).

28. **Exhibit 27** is a true and correct copy of the physician profile of Dr. Rachel L. Whelan, available at https://openpaymentsdata.cms.gov/physician/858297 (retrieved February 3, 2026).

29. **Exhibit 28** is a true and correct copy of the physician profile of and Dr. Phillip A. Huyett, available at https://openpaymentsdata.cms.gov/physician/194211 (retrieved February 3, 2026).

30. **Exhibit 29** is a true and correct copy of search results for 100-mile radiuses around 500 Pearl St, New York, NY 10007 and 300 South Fourth Street, Suite 202, Minneapolis, MN 55415, respectively, available at https://www.mapdevelopers.com/draw-circle-tool.php (retrieved February 3, 2026).

| | |
|---|---|
| Executed on February 5, 2026. | */s/ Salvatore J. Graziano*<br>Salvatore J. Graziano<br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 554-1400<br>Facsimile: (212) 554-1444<br>salvatore@blbglaw.com |