# Exhibit 1

**CERTIFICATION OF CITY OF PONTIAC REESTABLISHED**
**GENERAL EMPLOYEES' RETIREMENT SYSTEM**

I, Sheldon Albritton, on behalf of City of Pontiac Reestablished General Employees' Retirement System ("PGERS"), certify pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4 as follows:

1.      I am the Chairman of PGERS.  I have reviewed the complaint and am duly authorized to make this certification on behalf of PGERS.

2.      PGERS did not purchase or acquire the securities of Inspire Medical Systems, Inc. at the direction of counsel or in order to participate in any private action.

3.      PGERS is willing to serve as a representative party on behalf of the proposed class, including providing testimony at deposition and trial, if necessary.

4.      Attached as Schedule A to this certification is a list of PGERS's transactions during the relevant period in the securities that are the subject of this matter.

5.      During the three-year period preceding the date of this certification, PGERS has sought to serve as a representative party on behalf of a class asserting claims under the federal securities laws as follows:

   a. *In re Kornit Digital Ltd. Sec. Litig.*, No. 2:23-cv-00888 (D.N.J.) (motion withdrawn);
   b. *Bhangal v. Hawaiian Electric Indus., Inc.*, No. 3:23-cv-04332 (N.D. Cal.) (not appointed);
   c. *Ohio Carpenters Pension Fund v. Norfolk Southern Corp.*, No. 1:23-cv-04068 (S.D.N.Y.) (appointed);
   d. *Michiana Area Electrical Workers' Pension Fund v. Inari Medical, Inc.*, No. 1:24-cv-03686 (S.D.N.Y.) (appointed);
   e. *In re Arconic Corp. Sec. Litig.*, No. 1:25-cv-00863 (S.D.N.Y.) (appointed);
   f. *Deslande v. Fortrea Holdings Inc.*, No. 1:25-cv-04630 (S.D.N.Y.) (appointed);
   g. *In re Sarepta Therapeutics Sec. Litig.*, No. 1:25-cv-05317 (S.D.N.Y.) (not appointed).

1

Docusign Envelope ID: 3C6DB3A0-4D7F-4500-ADB3-87C007C445DB

6.      PGERS will not accept any payment for serving as a representative party on behalf of the proposed class beyond its pro rata share of any recovery, except as ordered or approved by the court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and accurate.

11/4/2025

Executed this _____ day of November, 2025.

DocuSigned by:

3A9D7B968D7247C...

Sheldon Albritton, Chairman
*City of Pontiac Reestablished General Employees'*
*Retirement System*

2

# Inspire Medical Systems, Inc. -- Schedule A
## City of Pontiac Re-established General Emplyees' Retirement System

**Cusip:** 457730109
**Ticker:** INSP
**Class Period:** August 6, 2024 through August 4, 2025

**Beginning Holdings:** 0 shares

| Purchases | | | | Sales | | |
|---|---|---|---|---|---|---|
| **Trade Date** | **Quantity** | **Price** | | **Trade Date** | **Quantity** | **Price** |
| 08/07/24 | 340 | $187.54 | | 10/10/24 | 310 | $206.05 |
| 08/12/24 | 320 | $194.03 | | 10/31/24 | 580 | $193.91 |
| 09/06/24 | 230 | $197.11 | | 12/06/24 | 5 | $193.03 |
| 10/18/24 | 35 | $200.46 | | 12/20/24 | 1 | $187.77 |
| 01/07/25 | 300 | $210.94 | | 02/11/25 | 300 | $170.49 |
| 03/07/25 | 590 | $180.32 | | | | |
| 03/21/25 | 2 | $164.92 | | | | |
| 07/08/25 | 70 | $134.84 | | | | |
| 07/10/25 | 180 | $142.72 | | | | |