# Exhibit 2

**MINNESOTA**

| | | | 12-Month Periods Ending | | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 3,475 | 8,850 | 4,078 | 4,730 | 5,408 | 5,610 | | U.S. | Circuit |
| | | Terminations | 3,880 | 4,116 | 3,983 | 3,805 | 3,607 | 4,447 | | | |
| | | Pending | 3,299 | 8,041 | 8,123 | 9,056 | 10,837 | 12,000 | | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 61.4 | -36.6 | 37.6 | 18.6 | 3.7 | | | 74 | 9 |
| Number of Judgeships | | | 7 | 7 | 7 | 7 | 7 | 7 | | | |
| Vacant Judgeship Months [2] | | | 0.0 | 12.0 | 12.0 | 12.0 | 6.9 | 0.0 | | | |
| **Actions per Judgeship** | **Filings** | Total | 496 | 1,264 | 583 | 676 | 773 | 801 | | 14 | 1 |
| | | Civil | 384 | 1,147 | 458 | 557 | 664 | 684 | | 10 | 1 |
| | | Criminal Felony | 57 | 41 | 60 | 66 | 56 | 76 | | 45 | 10 |
| | | Supervised Release Hearings | 56 | 76 | 65 | 52 | 52 | 42 | | 37 | 8 |
| | Pending Cases [2] | | 471 | 1,149 | 1,160 | 1,294 | 1,548 | 1,714 | | 6 | 1 |
| | Weighted Filings [2] | | 411 | 404 | 468 | 558 | 638 | 676 | | 18 | 1 |
| | Terminations | | 554 | 588 | 569 | 544 | 515 | 635 | | 18 | 1 |
| | Trials Completed | | 4 | 8 | 9 | 8 | 9 | 10 | | 68 | 8 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 11.6 | 14.0 | 15.3 | 10.3 | 13.7 | 12.2 | | 44 | 6 |
| | | Civil [2] | 11.4 | 7.3 | 5.5 | 7.0 | 8.4 | 9.3 | | 71 | 8 |
| | From Filing to Trial [2] (Civil Only) | | - | 34.1 | 41.2 | 38.6 | 47.1 | 39.1 | | 35 | 4 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 530 19.0 | 294 3.9 | 243 3.2 | 218 2.6 | 5,010 48.8 | 4,788 42.2 | | 83 | 10 |
| | Average Number of Felony Defendants Filed per Case | | 1.6 | 1.3 | 1.5 | 1.5 | 1.3 | 1.3 | | | |
| | Jurors | Avg. Present for Jury Selection | 59.2 | 58.6 | 56.7 | 54.9 | 55.8 | 75.1 | | | |
| | | Percent Not Selected or Challenged | 34.1 | 43.5 | 47.9 | 37.8 | 50.2 | 46.3 | | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 4,786 | 261 | 1,760 | 483 | 2 | 13 | 490 | 290 | 222 | 172 | 665 | 12 | 416 |
| Criminal [1] | 527 | 0 | 151 | 124 | 87 | 55 | 32 | 57 | 0 | 0 | 4 | 2 | 15 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

U.S. District Court — Judicial Caseload Profile

**MINNESOTA**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2020 | Sep 30 2021 | Sep 30 2022 | Sep 30 2023 | Sep 30 2024 | Sep 30 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 3,373 | 3,642 | 9,143 | 4,689 | 5,405 | 5,512 | | |
| | | Terminations | 4,358 | 3,901 | 3,914 | 3,801 | 3,757 | 3,881 | | |
| | | Pending | 3,108 | 2,852 | 8,067 | 8,965 | 10,598 | 12,222 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 63.4 | 51.3 | -39.7 | 17.6 | 2.0 | | 74 | 7 |
| Number of Judgeships | | | 7 | 7 | 7 | 7 | 7 | 7 | | |
| Vacant Judgeship Months [2] | | | 12.0 | 12.0 | 11.5 | 4.9 | 9.5 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 482 | 520 | 1,306 | 670 | 772 | 787 | 12 | 1 |
| | | Civil | 377 | 394 | 1,184 | 546 | 662 | 668 | 10 | 1 |
| | | Criminal Felony | 49 | 55 | 52 | 67 | 61 | 69 | 48 | 10 |
| | | Supervised Release Hearings | 55 | 71 | 70 | 56 | 49 | 50 | 31 | 8 |
| | Pending Cases [2] | | 444 | 407 | 1,152 | 1,281 | 1,514 | 1,746 | 6 | 1 |
| | Weighted Filings [2] | | 398 | 428 | 438 | 547 | 645 | 646 | 19 | 1 |
| | Terminations | | 623 | 557 | 559 | 543 | 537 | 554 | 28 | 1 |
| | Trials Completed | | 5 | 6 | 10 | 9 | 9 | 11 | 63 | 8 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 11.1 | 13.7 | 15.3 | 11.0 | 11.9 | 12.4 | 43 | 6 |
| | | Civil [2] | 14.3 | 7.7 | 5.8 | 7.0 | 8.3 | 8.2 | 52 | 6 |
| | From Filing to Trial [2] (Civil Only) | | - | - | 41.2 | 38.0 | 44.3 | 41.8 | 39 | 4 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 501 18.5 | 294 12.6 | 271 3.6 | 240 2.9 | 211 2.1 | 4,862 42.1 | 83 | 10 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.6 | 1.5 | 1.4 | 1.4 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 91.0 | 61.7 | 57.7 | 50.9 | 78.2 | 53.4 | | |
| | | Percent Not Selected or Challenged | 59.6 | 42.4 | 49.0 | 38.0 | 49.1 | 45.6 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 4,677 | 207 | 1,823 | 416 | 4 | 11 | 478 | 276 | 229 | 157 | 630 | 13 | 433 |
| Criminal [1] | 482 | 0 | 146 | 96 | 93 | 45 | 27 | 51 | 0 | 1 | 5 | 2 | 16 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

# U.S. District Court — Judicial Caseload Profile

**NEW YORK SOUTHERN**

| | | | Dec 31 2020 | Dec 31 2021 | Dec 31 2022 | Dec 31 2023 | Dec 31 2024 | Dec 31 2025 | Numerical Standing Within U.S. | Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings [1] | 13,130 | 13,359 | 13,113 | 13,313 | 11,206 | 12,742 | | |
| | | Terminations | 12,436 | 13,657 | 14,652 | 12,871 | 12,403 | 12,064 | | |
| | | Pending | 19,321 | 19,026 | 17,474 | 17,873 | 16,616 | 17,147 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -3.0 | -4.6 | -2.8 | -4.3 | 13.7 | | 38 | 2 |
| | Number of Judgeships | | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | Vacant Judgeship Months [2] | | 31.3 | 40.7 | 53.5 | 30.5 | 8.3 | 24.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 469 | 477 | 468 | 475 | 400 | 455 | 57 | 5 |
| | | Civil | 410 | 413 | 406 | 417 | 349 | 399 | 38 | 5 |
| | | Criminal Felony | 38 | 37 | 33 | 31 | 26 | 27 | 90 | 6 |
| | | Supervised Release Hearings | 20 | 27 | 29 | 28 | 26 | 29 | 55 | 4 |
| | Pending Cases [2] | | 690 | 680 | 624 | 638 | 593 | 612 | 27 | 3 |
| | Weighted Filings [2] | | 535 | 560 | 543 | 535 | 449 | 490 | 37 | 3 |
| | Terminations | | 444 | 488 | 523 | 460 | 443 | 431 | 55 | 5 |
| | Trials Completed | | 10 | 18 | 16 | 20 | 19 | 19 | 28 | 1 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 16.4 | 19.3 | 18.9 | 18.4 | 16.8 | 16.3 | 77 | 4 |
| | | Civil [2] | 6.7 | 5.9 | 5.8 | 5.6 | 6.6 | 5.6 | 11 | 2 |
| | From Filing to Trial [2] (Civil Only) | | 30.7 | 36.7 | 49.7 | 42.0 | 39.3 | 36.4 | 29 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 2,792 / 19.5 | 3,292 / 23.4 | 3,377 / 26.6 | 3,522 / 26.4 | 3,250 / 26.2 | 3,233 / 25.0 | 80 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.9 | 1.6 | 1.6 | 1.5 | 1.3 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 97.4 | 72.8 | 75.3 | 70.9 | 76.7 | 102.9 | | |
| | | Percent Not Selected or Challenged | 68.2 | 54.1 | 47.5 | 59.6 | 50.1 | 56.4 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 11,176 | 463 | 248 | 1,202 | 23 | 286 | 901 | 1,265 | 933 | 996 | 3,307 | 53 | 1,499 |
| Criminal [1] | 746 | 0 | 254 | 19 | 168 | 166 | 44 | 34 | 3 | 13 | 9 | 4 | 32 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**NEW YORK SOUTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2020 | Sep 30 2021 | Sep 30 2022 | Sep 30 2023 | Sep 30 2024 | Sep 30 2025 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 13,168 | 13,273 | 13,647 | 13,220 | 12,000 | 12,621 | | |
| | | Terminations | 12,855 | 13,382 | 14,818 | 13,023 | 13,344 | 12,222 | | |
| | | Pending | 18,857 | 18,699 | 17,522 | 17,676 | 16,293 | 16,678 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -4.2 | -4.9 | -7.5 | -4.5 | 5.2 | | 59 | 2 |
| | | Number of Judgeships | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | | Vacant Judgeship Months [2] | 43.7 | 34.7 | 53.5 | 20.9 | 12.6 | 17.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 470 | 474 | 487 | 472 | 429 | 451 | 54 | 5 |
| | | Civil | 407 | 410 | 423 | 413 | 374 | 397 | 35 | 5 |
| | | Criminal Felony | 42 | 39 | 34 | 32 | 28 | 25 | 91 | 6 |
| | | Supervised Release Hearings | 22 | 25 | 31 | 27 | 27 | 29 | 54 | 4 |
| | Pending Cases [2] | | 673 | 668 | 626 | 631 | 582 | 596 | 26 | 3 |
| | Weighted Filings [2] | | 536 | 553 | 571 | 534 | 482 | 491 | 32 | 3 |
| | Terminations | | 459 | 478 | 529 | 465 | 477 | 437 | 52 | 5 |
| | Trials Completed | | 11 | 17 | 17 | 17 | 21 | 20 | 21 | 1 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 15.6 | 18.7 | 19.5 | 18.9 | 17.2 | 16.3 | 74 | 4 |
| | | Civil [2] | 6.6 | 5.7 | 6.1 | 5.6 | 6.4 | 5.6 | 10 | 2 |
| | From Filing to Trial [2] (Civil Only) | | 31.4 | 32.5 | 45.3 | 47.0 | 42.0 | 34.5 | 24 | 1 |
| **Other** | | Number (and %) of Civil Cases Over 3 Years Old [2] | 2,771 19.8 | 2,910 21.3 | 3,311 26.0 | 3,437 26.2 | 3,200 26.7 | 3,270 26.2 | 81 | 6 |
| | | Average Number of Felony Defendants Filed per Case | 1.8 | 1.7 | 1.5 | 1.6 | 1.3 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 101.0 | 63.3 | 75.4 | 75.3 | 77.0 | 92.1 | | |
| | | Percent Not Selected or Challenged | 65.6 | 50.1 | 47.4 | 60.6 | 52.6 | 51.8 | | |

| 2025 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 11,109 | 407 | 242 | 1,130 | 22 | 196 | 854 | 1,282 | 947 | 1,049 | 3,450 | 44 | 1,486 |
| Criminal [1] | 705 | 0 | 217 | 21 | 152 | 169 | 52 | 32 | 0 | 17 | 7 | 5 | 33 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."