# Exhibit 5

Another judge, Trump appointee Eric Tostrud, issued a restraining order on Saturday requiring the Trump administration to preserve evidence gathered from the scene of Alex Pretti's shooting death. He is also weighing a class action lawsuit against racial profiling during the surge. Tostrud's docket has been deluged with individual immigration cases her week, and he has ruled in every one of them that the administration had been illegally detaining people targeted for deportation without the opportunity for bond hearings.

The massive workload being thrust upon Minnesota judges may actually understate the impact of Operation Metro Surge. Department of Homeland Security officials have been quickly transferring some detainees out of state — often to deportation staging areas in Texas — which prevents them from filing for relief in Minnesota courts.

That was the case in another petition handled by Davis, who expressed shock at the administration's treatment of a Burmese woman with three children, including a five-month-old baby, and a heart condition. The woman, who was admitted as a refugee in 2024, was abruptly moved to Texas after her Jan. 10 arrest. Davis ordered her return on Friday.

"There is simply no legal reason for keeping this mother 1800 miles away from her children," the Clinton appointee said. "While the Court recognizes that many families are suffering due to ... ICE actions in the District of Minnesota, there is something particularly craven about transferring a nursing mother out-of-state."

In a Saturday ruling, U.S. District Judge John Gerrard — a Nebraska-based judge helping Minnesota work through its crowded docket — ordered the release of a pregnant woman apprehended on her way to work, as well as her husband and two minor sons. The Trump administration signaled it was "attempting to locate" the family, and Gerrard gave them until Monday night to comply.

A second visiting judge, Missouri-based Stephen Bough, threatened contempt sanctions against the administration for sending a woman out of state despite his order to keep her in Minnesota.

The most common challenge raised by ICE's targets is that they have been detained without due process — often arrested without a warrant and without the opportunity for bond hearings to remain released while deportation proceedings are pending. Judges across the country have overwhelmingly rejected the Trump administration's bid to lock up nearly everyone it is targeting for deportation — a sharp break from every administration of the last 30 years, which prioritized detention only for those deemed dangerous or likely to flee.

A POLITICO analysis has identified 347 judges across the country who have rejected the administration's detention policy — in more than 2,400 cases — while just 20 judges have sided with the administration, a small minority that has nevertheless grown in recent weeks. The emergency nature of the cases has so far stymied efforts to get appeals courts or the Supreme Court to weigh in on the policy, which has resulted in district courts' dockets being clogged across the country. Hundreds of new emergency petitions for release are filed every day.



Border Patrol agents take a man into custody in Minneapolis on Jan. 11. | Scott Olson/Getty Images

The judges in Minnesota are now bearing the brunt of the deluge. All but one — the Reagan-appointed Judge Paul Magnuson — have rejected the administration's mass detention policy. And their frustrations are beginning to spill into the open more frequently.

Davis, in a ruling issued this week, revealed that the administration appeared not to be affording bond hearings to its targets — even after federal judges had ordered them.

"There has been an undeniable move by the Government in the past month to defy court orders or at least to stretch the legal process to the breaking point in an attempt to deny noncitizens their due process rights," Davis wrote in a Sunday ruling. "Petitioners remotely before the Court, it can only be concluded that Respondents are attempting to 'undermine[e] the regulatory and statutory authority of the immigration courts to enter genuinely individual... detention.'"

But it was the direct confrontation between the administration and Minnesota's chief federal judge, Patrick Schiltz, that laid bare the most obvious tensions. The George W. Bush appointee, in two Friday letters to the 8th Circuit, accused the administration of a "frivolous" bid to force the arrest of former CNN anchor Don Lemon and others linked to an anti-ICE demonstration at a St. Paul church.

"I am also dealing with a number of emergencies, including a lockdown at the Minneapolis courthouse because of protest activity, the detention of several court orders by ICE, and the illegal detention of many detainees by ICE," Schiltz wrote.

FILED UNDER: DONALD TRUMP, MINNESOTA, LEGAL, IMMIGRATION AND CUSTOMS ENFORCEMENT

## POLITICO Forecast

Global power is in flux. Your daily guide to what comes next.

| EMAIL |
|---|
| Your Email Address |

| EMPLOYER | | JOB ROLE | |
|---|---|---|---|
| Employer | | Job Title | |

By signing up, you acknowledge and agree to our Privacy Policy and Terms of Service. You may unsubscribe at any time by following the directions at the bottom of the email or by contacting us here. You can read more about our privacy commitments here.

SIGN UP

