# Exhibit 6

⚖ **Notice:** SDNY Announces Changes to Electronic Access to and Service of Sealed Documents    ✕

Home » Judges of the Southern District of New York

*Judges of*
# The Southern District of New York

" The Courts are what the judges make them, and the District Court in New York, from the time of [District Judge] James Duane, [President] Washington's first appointment, has had a special distinction by reason of the outstanding abilities of the men who have been called to its service. "

*- Former Chief Justice Hughes*

*United States*
**District Judges**

*United States*
**Magistrate Judges**

*Part 1*
**Schedule**

*Chief Judge*
**Honorable Laura Taylor Swain**

*Chief U.S. Magistrate Judge*
**Honorable Sarah Netburn**

Once a "leisurely one man court," the Southern District of New York currently has forty-five United States District Judges and fifteen United States Magistrate Judges presiding over one of the highest civil caseloads in the country. These jurists determine matters ranging from admiralty business, the backbone of the Court's work in early years, to commercial disputes, claims related to intellectual property, civil rights and Constitutional claims, and matters brought under other federal laws. Judges of the Southern District of New York may sit by designation on the U.S. Court of Appeals for the Second Circuit.

Prior to appearing before the Court, all parties should be familiar with the Individual Practices of the judge who has been assigned to their case.



*United States*
**District Judges**



*United States*
**Magistrate Judges**



*Part 1*
**Schedule**



**United States District Court**
Southern District of New York

Privacy Policy

Court Directory

Accessibility

Your Employee Rights and How to Report Wrongful Conduct

Contact Us

Sitemap

**Daniel Patrick Moynihan United States Courthouse**
500 Pearl Street
New York, NY 10007 - 1312

**Hon. Charles L. Brieant Jr. Federal Building and Courthouse**
300 Quarropas Street
White Plains, NY 10601

**Thurgood Marshall United States Courthouse**
40 Foley Square
New York, NY 10007

**United States Courthouse**
355 Main Street
Poughkeepsie, NY 12601

United States District Court
Southern District of New York

Notice: Updated Procedures for Immigration-Related Habeas Corpus Petitions ✕

Notice: After-Hours Emergency Applications ✕

Notice: SDNY Announces Changes to Electronic Access to and Service of Sealed Documents ✕

Home » Judges of the Southern District of New York » United States District Judges

*United States*
# District Judges

- United States District Judges »
- United States Magistrate Judges »
- Recently Amended Individual Practices »
- Law Clerk Hiring Information »
- Privately Funded Seminars Disclosure »

**Filter by**
Courthouse

- ☐ Daniel Patrick Moynihan, 500 Pearl St. Courthouse
- ☐ Thurgood Marshall, 40 Foley Courthouse
- ☐ The Hon. Charles L. Brieant Jr., White Plains Courthouse
- ☐ United States Courthouse, Poughkeepsie Courthouse

**Search by**
Last Name

[ 🔍 Search ]

**Hon. Ronnie Abrams**
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Hon. Richard M. Berman**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Local*
Rules
Learn more

**Hon. Vincent L. Briccetti**
The Hon. Charles L. Brieant Jr.
Federal Building and United
States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Hon. Vernon S. Broderick**
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Hon. Naomi Reice Buchwald**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. Valerie E. Caproni**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. Andrew L. Carter Jr.**
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Hon. P. Kevin Castel**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. Jessica G. L. Clarke**
The Hon. Charles L. Brieant Jr.
Federal Building and United
States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Hon. Denise L. Cote**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. John P. Cronan**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. Paul A. Crotty**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. George B. Daniels**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. Paul A. Engelmayer**
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Hon. Katherine Polk Failla**
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Hon. Jesse M. Furman**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. Paul G. Gardephe**
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Hon. Margaret M. Garnett**
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Hon. Philip M. Halpern**
The Hon. Charles L. Brieant Jr.
Federal Building and United
States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Hon. Alvin K. Hellerstein**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. Dale E. Ho**
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Hon. Lewis A. Kaplan**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. Kenneth M. Karas**
The Hon. Charles L. Brieant Jr.
Federal Building and United
States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Hon. John G. Koeltl**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. Lewis J. Liman**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. Victor Marrero**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. Colleen McMahon**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. Alison J. Nathan**
Circuit Judge Sitting by Designation
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Hon. J. Paul Oetken**
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Hon. Loretta A. Preska**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. Jed S. Rakoff**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. Edgardo Ramos**
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Hon. Jennifer H. Rearden**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. Jennifer L. Rochon**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. Nelson S. Roman**
The Hon. Charles L. Brieant Jr.
Federal Building and United
States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Hon. Lorna G. Schofield**
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Hon. Cathy Seibel**
The Hon. Charles L. Brieant Jr.
Federal Building and United
States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Hon. Louis L. Stanton**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. Sidney H. Stein**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. Arun Subramanian**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. Richard J. Sullivan**
Circuit Judge Sitting by Designation
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. Laura Taylor Swain**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. Analisa Torres**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. Jeannette A. Vargas**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. Mary Kay Vyskocil**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. Kimba M. Wood**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Hon. Gregory H. Woods**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Rulings of*
## Special Interest



USA v. Mangione

JANUARY 30TH, 2026



USA v. Mangione

JANUARY 30TH, 2026



Nunez v. City of New York, et al.

JANUARY 27TH, 2026

OpenAI Cases

JANUARY 23RD, 2026

[ *View More Rulings* ]

*Multi-District*
## Litigation



In re Acetaminophen – ASD-ADHD Products Liability Litigation



[ *View More MDL Cases* ]

United States District Court
Southern District of New York

Privacy Policy
Court Directory
Accessibility
Your Employee Rights and How to Report Wrongful Conduct
Contact Us
Sitemap

**Daniel Patrick Moynihan**
United States Courthouse
500 Pearl Street
New York, NY 10007 - 1312

**Hon. Charles L. Brieant Jr.**
Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601

**Thurgood Marshall**
United States Courthouse
40 Foley Street
New York, NY 10007

**United States Courthouse**
355 Main Street
Poughkeepsie, NY 12601