# Exhibit 7


🌐 Select language ⌄   |   📍 Find a Federal Court



About Federal Courts ⌄   Court Programs ⌄   Administration & Policies ⌄   Data & News ⌄   Forms & Rules ⌄   Court Records ⌄   Search 🔍

**Data & News**

- Data Tables
- Reports ⌄
- **Judicial Vacancies**
  - **Current Judicial Vacancies**
  - Future Judicial Vacancies
  - Confirmation Listing
  - Judicial Emergencies ⌄
  - Archive of Judicial Vacancies
- News ⌄

Home  >  Data & News  >  Judicial Vacancies  >  Current Judicial Vacancies

# Current Judicial Vacancies

This table contains a listing of current judicial vacancies by court. The name of the incumbent, the reason for the vacancy, the vacancy date, the nominee (if applicable), and the nomination date.

Vacancies in the Federal Judiciary

119th Congress

Update as of 02/03/2026

Total Vacancies: 42

Total Nominees Pending: 8

| Court ↑ | Incumbent | Vacancy Reason | Vacancy Date | Nominee | Nomination Date |
|---|---|---|---|---|---|
| 01 - MA | Gorton,Nathaniel M. | Senior | 05/31/2025 | | |
| 01 - MA | Saylor,F. Dennis | Senior | 07/31/2025 | | |
| 01 - ME | Torresen,Nancy | Senior | 10/11/2025 | | |
| 02 - CT | Meyer,Jeffrey Alker | Deceased | 01/12/2025 | | |
| 02 - NY-S | Seibel,Cathy | Senior | 11/03/2025 | | |
| 02 - NY-S | Caproni,Valerie E. | Senior | 01/07/2025 | | |
| 02 - NY-S | Schofield,Lorna G. | Senior | 12/31/2024 | | |
| 03 - PA-E | Goldberg,Mitchell S. | Retired | 09/19/2025 | | |
| 03 - VI | Lewis,Wilma Antoinette | Senior | 02/15/2025 | | |
| 04 - SC | Harwell,Robert Bryan | Senior | 06/04/2024 | | |
| 05 - LA-E | Vance,Sarah S. | Senior | 01/16/2024 | St. John,Anna | 01/29/2026 |
| 05 - LA-E | Africk,Lance M. | Senior | 10/01/2024 | | |
| 05 - TX-N | Lynn,Barbara M. G. | Senior | 05/15/2023 | | |
| 05 - TX-N | Godbey,David C. | Senior | 09/17/2025 | | |
| 05 - TX-N | Boyle,Jane J. | Senior | 10/01/2025 | | |
| 05 - TX-S | Hinojosa,Ricardo H. | Senior | 05/21/2025 | | |
| 05 - TX-S | Alvarez,Micaela | Senior | 06/08/2023 | | |
| 05 - TX-S | Hanen,Andrew S. | Senior | 01/02/2025 | | |
| 05 - TX-S | Rosenthal,Lee H. | Senior | 12/01/2024 | | |
| 05 - TX-S | Hughes,Lynn N. | Senior | 02/12/2023 | Ganjei,Nicholas Jon | 01/05/2026 |
| 05 - TX-W | Guaderrama,David C. | Senior | 05/27/2023 | Wolfe,Christopher R. | 01/29/2026 |
| 05 - TX-W | Yeakel III,Earl L. | Retired | 05/01/2023 | Davis,Andrew B. | 01/29/2026 |
| 06 - MI-E | Cox,Sean F. | Retired | 07/27/2025 | | |
| 06 - OH-N | Gaughan,Patricia A. | Senior | 10/01/2023 | | |
| 06 - OH-S | Watson,Michael H. | Senior | 11/01/2025 | | |
| 06 - TN-W | Fowlkes Jr.,John Thomas | Senior | 09/01/2022 | Lea,Brian Charles | 01/05/2026 |
| 07 - IN-S | Magnus-Stinson,Jane E. | Senior | 07/01/2024 | Olson,Justin R. | 01/05/2026 |
| 08 - AR-W | Holmes III,Paul Kinloch | Senior | 11/10/2021 | Fowlkes,David Clay | 01/05/2026 |
| 09 - AK | Kindred,Joshua M. | Resigned | 07/08/2024 | | |
| 09 - AK | Burgess,Timothy | Senior | 12/31/2021 | Peterson,Aaron Christian | 01/05/2026 |
| 09 - CA-S | Hayes,William Q. | Senior | 08/01/2021 | | |
| 10 - KS | Melgren,Eric F. | Senior | 09/01/2025 | | |
| 10 - KS | Crabtree,Daniel D. | Senior | 08/11/2025 | | |
| 10 - KS | Robinson,Julie A. | Senior | 01/14/2022 | | |
| 10 - NM | Browning,James O. | Senior | 02/01/2026 | | |
| 10 - OK-E | White,Ronald A. | Senior | 01/27/2026 | | |
| 10 - OK-N | Frizzell,Gregory K. | Senior | 03/01/2025 | | |
| 11 - AL-N | Proctor,R. David | Senior | 01/01/2026 | | |
| 11 - FL-M | Corrigan,Timothy J. | Senior | 11/02/2024 | | |
| 11 - FL-S | | New Position* | 08/25/2025 | | |
| 11 - GA-N | Batten Sr.,Timothy C. | Retired | 05/23/2025 | | |
| IT - | Vaden,Stephen A. | Resigned | 07/07/2025 | | |

Total Vacancies: 42

Total Nominees Pending: 8

*This is a new temporary judgeship created under 28 U.S.C. §133(b). Judge Robin L. Rosenberg has been appointed to an office of federal judicial administration (Director of the Federal Judicial Center).

### Authorized Judgeships

Court of appeals and district court judgeships are created by legislation enacted by Congress. View the history of congressionally authorized federal judgeships from 1789 to present.

Read more

Glossary of Legal Terms  |  Careers  |  FAQs  |  Contact Us



This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**Subscribe to Updates**

To receive updates, enter your email address and select the topics that interest you.

[                    ]  Submit

Privacy & Security Policy  |  Operating Status  |  Download Plug-Ins

