# Exhibit 8



# UNITED STATES DISTRICT COURT
# District of Minnesota

Honorable Patrick J. Schiltz, Chief Judge | Kate M. Fogarty, Clerk of Court



| Court Information | Employment | Case Information | Jurors | Attorneys | Representing Yourself | New Citizens |

Home » Court Information

## Judges

Judges ▾

- Chambers Contact Information
- Judges' Practice Pointers
- Table of Succession
- Becoming a Magistrate Judge
- Judicial Seminar Disclosure
- Judicial Complaints

Clerk's Office »

Court Forms

Court Locations »

Court Schedules

Court Interpreters

Communication Disabilities

Courtroom Information »

Court Outreach and Events »

Media Information »

History of the District Court

Highly Sensitive Documents

Virtual Hearings

# Judges

The U.S. District Court, District of Minnesota serves all 87 Minnesota counties. The District has four staffed divisional offices located in Minneapolis, Saint Paul, Duluth, and Fergus Falls. The U.S. District Court, District of Minnesota is composed of seven authorized district judges, six senior district judges, seven magistrate judges and one part-time magistrate judge, Clerk's Office staff, and Probation and Pretrial Services Office staff.

# District of Minnesota
Honorable Patrick J. Schiltz, Chief Judge | Kate M. Fogarty, Clerk of Court

| Court Information | Employment | Case Information | Jurors | Attorneys | Representing Yourself | New Citizens |
|---|---|---|---|---|---|---|

Judges ▼

- **Chambers Contact Information**
- Judges' Practice Pointers
- Table of Succession
- Becoming a Magistrate Judge
- Judicial Seminar Disclosure
- Judicial Complaints

Clerk's Office »
Court Forms
Court Locations »
Court Schedules
Court Interpreters
Communication Disabilities
Courtroom Information »
Court Outreach and Events »
Media Information »
History of the District Court
Highly Sensitive Documents
Virtual Hearings

Home » Court Information » Judges

## Chambers Contact Information

**U.S. District Court Judges**

Chief Judge Patrick J. Schiltz

Judge Eric C. Tostrud

Judge Nancy E. Brasel

Judge Kate M. Menendez

Judge Jerry W. Blackwell

Judge Jeffrey M. Bryan

Judge Laura M. Provinzino

Sr. Judge Donald D. Alsop

Sr. Judge Paul A. Magnuson

Sr. Judge David S. Doty

Sr. Judge Michael J. Davis

Sr. Judge John R. Tunheim

Sr. Judge Ann D. Montgomery

Sr. Judge Donovan W. Frank

Sr. Judge Joan N. Ericksen

Sr. Judge Susan Richard Nelson

Sr. Judge Wilhelmina M. Wright

**U.S. District Court Magistrate Judges**

Mag. Judge Leo I. Brisbois

Mag. Judge David T. Schultz

Mag. Judge Elizabeth Cowan Wright

Mag. Judge John F. Docherty

Mag. Judge Dulce J. Foster

Mag. Judge Douglas L. Micko

Mag. Judge Shannon G. Elkins

Mag. Judge Elsa M. Bullard

Mag. Judge Jon T. Huseby