# EXHIBIT 9

**Wells Fargo Healthcare Conference**  *(Corrected version)*

⌄ **Event Details**

Date: 2024-09-04
Company: Inspire Medical Systems, Inc.
Ticker: INSP-US

⌄ **Company Participants**

Richard John Buchholz - Inspire Medical Systems, Inc., Chief Financial Officer
Carlton W. Weatherby - Inspire Medical Systems, Inc., Chief Strategy Officer

⌄ **Other Participants**

Larry Biegelsen - Analyst

# MANAGEMENT DISCUSSION SECTION

**Larry Biegelsen**

All right. Welcome back. I'm Larry Biegelsen, the medtech analyst at Wells Fargo and it's my pleasure to host this session with the management team from Inspire Medical. With us, we have Rick Buchholz, the CFO; and Carlton Weatherby, the Chief Strategy Officer. It's going to be a fireside chat. If anybody has a question, just raise your hand and we'll call on you. Rick and Carlton, thanks so much for being here.

**Richard John Buchholz**

Thanks for having us, Larry, here. Thank you.

# QUESTION AND ANSWER SECTION

**Analyst:**Larry Biegelsen

**Question – Larry Biegelsen:** So, Rick, let's start off with the outlook you provided on the Q2 call. At the time, you were comfortable with consensus in the third and fourth quarter. Are you still comfortable with those figures since they've climbed a bit, I think, since the earnings call?

**Answer – Richard John Buchholz:** Yeah. Thanks again for having us, Larry. We do not see a material change in those estimates. And at the time of our earnings call, we did state that we believe Q3 and Q4 consensus revenue is reasonable. So, yes, we're still comfortable with the second half of the year guidance.

**Question – Larry Biegelsen:** And when we look at the raised 2024 guidance, it still seems a bit conservative, especially in Q3, given your aspiration to increase utilization quarter-over-quarter. Talk about what's assumed in your second half outlook for things like the Inspire V launch, competition, price, and so what are some of the puts and takes in the guidance?

**Answer – Richard John Buchholz:** Sure. So, what's implied in our second half of the year guidance is our typical fourth quarter seasonality, driven by the high deductible health plan contribution that leads to a strong fourth quarter as well as the footprint expansion of adding 52 to 56 new centers and the addition of 12 to 14 new sales territories per quarter.

We are also hiring additional field clinical reps to help with case coverage as well as site training. So, we're going to continue that. We have not assumed the Inspire V launch in our guidance at all. We're expecting pricing to be flat for the rest of the year and we don't expect any competition until 2025 at the earliest. With that being said, we'd like to separate guidance from utilization when we have those conversations, but it is our aspiration to increase utilization both sequentially and year-over-year.

**Question – Larry Biegelsen:** Understood. And Rick, what about the key puts and takes for 2025?

**Answer – Richard John Buchholz:** Right. It's still early in 2024 and we are just starting our 2025 planning. But as we sit here today, at this point in time, we believe that 2025 revenue consensus is reasonable. But there's a lot of moving parts that give us confidence in 2025. So, some of the items that we have confidence in for 2025 include our continued commercial expansion of increasing penetration at existing centers, as well as adding new implanting centers. The continued targeted direct-to-consumer programs that have been very effective for us.

The commercial payers continue to adjust their policies to expand – for the expanding indications of AHI and BMI. We're also excited about our recent news on France. And so, the OUS contribution of France and the UK will help drive 2025 revenue. In addition, we believe that there's an influx of GLP-1 patients that will lose weight and thereby qualifying for Inspire therapy on a longer-term basis. The launch of Inspire V will also – will help in 2025. The continued progress we're making with the PREDICTOR study that Carlton will touch on and then finally, pending any approval in 2025, we may see some competitive trialing in certain academic centers. But given the uncertainty around coding and reimbursement, we think that might be pretty limited in the early years.

**Question – Larry Biegelsen:** That's helpful. Well, we'll get to PREDICTOR in a bit, if that's okay.

**Answer – Richard John Buchholz:** Right.

**Question – Larry Biegelsen:** Rick, one other financial question. Probably the biggest surprise on the Q2 call was the margins and the raised guidance for...

**Answer – Richard John Buchholz:** Yeah.

**Question – Larry Biegelsen:** ...earnings. We back into an operating margin in Q4, just under 9% for Q4 of this year based on the guidance. Is that a good starting point for 2025 in terms of profitability or how should we be thinking about the pace of improving operating leverage over the next few years?

**Answer – Richard John Buchholz:** Yeah. Great question. So, as I mentioned earlier, we have seasonality in the fourth quarter. We generally have a stronger Q4, with the high deductible plans to reset that in the first quarter. And so, I would not straight-line Q4 operating margin as a starting point for 2025. But with that being said, we're going to continue to invest in therapy adoption in 2025, but you can expect that we'll have improved profitability on an annual basis over 2024. But I'd also specify that that does not mean we're going to be profitable in every quarter because we do have seasonality that we've seen over the past several years.

And to your point on longer term, we believe that we can reach about 30% operating profit margin on a long-term basis.

**Question – Larry Biegelsen:** No revenue, kind of, you're not saying, at a certain revenue point?

**Answer – Richard John Buchholz:** Correct. Not at a certain revenue basis, but on long term – a certain revenue level. But on a long-term basis, we expect to get there.

**Question – Larry Biegelsen:** Right. Okay. Let's switch gears to commercial activities. You're expecting 52 to 56 new centers per quarter in the second half. The reset run rate is higher. Why do you expect a slowdown in new center adds?

**Answer – Carlton W. Weatherby:** Sure. I'll start with that and echo Rick, in saying thank you, Larry, for having us. It's been a great meeting so far and really engaging discussions. So, as we think about our sales force expansion, we don't have a target number in mind in terms of what level of territory managers we'll have across the country. As you know, we have kind of a national footprint and there's ample opportunities across many markets for us to have, what are called, greenfield territory additions and so, we're still investing heavily in our salesforce.

Last quarter, we had a record high of 81 centers that we added. We have guidance, as Rick alludes to, of 52 to 56 per quarter, which we tend to exceed and we'll continue to assess as we go into our annual operating planning. In terms of why we slowed down. I think there's two elements of that. One is, how do we think about the ample opportunity within new markets and continuing to invest in the team? The other is getting smarter in the way that we launch new accounts. And as we look across the Pareto chart of our utilization and implanting centers, we have different tiers and different quadrants that are implanting at different rates and we will look at the data and be predictive and over time kind of (00:09:06) patterns that we want to recognize to get smarter in terms of the new accounts we've launched.

And so, what we're building in is criteria to ensure that we're launching the right way and we're being more selective in the sites we launched and so that that they have a few things in place. One is administrative support. There's buy-in for this program to be a priority for the institution and that they're willing to make investments in people resources to continue to grow the program.

Secondly is ensuring that we have this connection and a trusted partnership across ENT and sleep, both those who are doing the procedure as surgeons, but also those who are referring and managing the patients across the board, ensuring that the patients have the best experience and the best outcome. And finally, ensuring that there is a strong and robust pipeline of patients so that there's a steady flow and a cadence that ensures there's confidence and credibility. And so, as we build in and get smarter around what launches should look like to ensure they hit the ground running, we'll be more selective over time. But again, given the guidance that we give, 52 to 56, we expect to meet or exceed that going forward.

**Question – Larry Biegelsen:** That's helpful. International, Rick, you touched upon it. You had a nice quarter in Q2, what was it $8 million?

**Answer – Richard John Buchholz:** $8 million.

**Question – Larry Biegelsen:** Up almost 70% year-over-year. You gave a range for the year of 3% to 4% of revenues, I think. It's a big range, actually when you do the math. With brands coming on, do you feel like you could be closer to the high end of that range?

**Answer – Richard John Buchholz:** I'd still stick with the 3% to 4% range for OUS. The US is growing so quickly that it's hard to keep up outside the US, but we're very encouraged by France, we're just starting the commercialization efforts there. We have a commercial team on the ground. And so that will be – one of the components of driving 2025 revenue is France, as well as the UK. We're very proud of the team in Europe and they continue to do a wonderful job with execution in Germany.

**Question – Larry Biegelsen:** Good to hear. All right. So, Inspire V is approved. So, that's an exciting opportunity for the company. So, why don't we talk about that a little bit. Just maybe talk about the soft launch and what you hope to accomplish.

**Answer – Carlton W. Weatherby:** We're equally excited, Larry, about the Inspire V approval last month and now we're getting into what we call the commercial and operational readiness phase to introduce this new product to the market. And part of that is what we've described as a soft launch on the back half of this year and a lot goes into that. But think of this as our ability to make sure we're getting real-time feedback from users to incorporate that into the training and preparation for a full launch later in the year. And so, we're going through the process with our commercial leadership team, selecting sites, based on a number of different criteria and then we'll be learning from them real-time to ensure that we're ready to hit the ground running when we have ample inventory and we get moving forward.

But Inspire V is a valuable product for us in the market for many reasons. On one end, as you know, we said it reduces the time of the procedure. So, we're taking out this costly component of the system. But also, one of the elements of the procedure that is trickier and extends the time. And so, we're going, from what we say is on average 60 to 90 minutes to do the implant procedure to 45 to 60 minutes. And so, the time saving in itself creates increased throughput over time and efficiency.

On the other end, as we talk about removing that sense lead, which is an unnatural part of the procedure for many ENTs because you're operating in the intercostal muscles also removes some of the cognitive angst or burden associated with doing this procedure, especially for head and neck surgeons. And so, what we're hearing is this increases the willingness of many new implanters, ENTs included, to now take on the opportunity to add Inspire to their practice, which is a really important part of we think about the growth that Inspire V can drive. And so, we're excited about that opportunity.

**Answer – Richard John Buchholz:** Yeah. I'll add on to that from the financial perspective. Part of our operational readiness is determining the pricing. We've not solidified that yet. That's one of the several components of our operational readiness. But what we stated on our most recent earnings call is that if pricing remains flat, it will still be slightly accretive on a gross margin perspective.

**Question – Larry Biegelsen:** When do you expect the first implants commercial?

**Answer – Carlton W. Weatherby:** So we'll do a soft launch later this year and so we'll consider that on the back half, call it, Q4. But full launch later into 2025 as we take learnings from the soft launch and factor those into the full launch plans.