# Exhibit 10

**Wells Fargo MedTech Innovation Spotlight Conference**  *(Corrected version)*

˅ **Event Details**

Date: 2025-06-13
Company: Inspire Medical Systems, Inc.
Ticker: INSP-US

˅ **Company Participants**

Unverified Participant
Timothy P. Herbert - Inspire Medical Systems, Inc., Founder, President, Chief Executive Officer & Chairman
Richard John Buchholz - Inspire Medical Systems, Inc., Chief Financial Officer

˅ **Other Participants**

Larry Biegelsen - Analyst

# MANAGEMENT DISCUSSION SECTION

### Unverified Participant

00:00:00    Before we get started, if you are a member of the press or media, please disconnect at this time. This is a restricted line. Any unauthorized party in this meeting or any unauthorized use of the information communicated in this meeting, is subject to prosecution to the fullest extent of the law. Any unauthorized person, including the media, that is on the line at this time, please disconnect. Please note, today's call is being recorded.

### Larry Biegelsen

00:00:34    All right. Good afternoon for those of you on the East Coast. Good morning for those of you in the Midwest and the West Coast. I'm Larry Biegelsen, the medical device analyst at Wells Fargo. Welcome to the next call in our 2025 MedTech Innovation Spotlight Call series. I'm pleased to have the management from Inspire. Tim Herbert, Chairman and CEO; Rick Buchholz, CFO; and Ezgi Yagci, Vice President of Investor Relations.

00:01:05    On today's call, we'll talk about the launch of Inspire's latest innovation, Inspire V and its future development, as well as the commercial and competitive dynamics in the OSA market. As always, if anyone has a question – let me. Okay, let me keep going.

### Timothy P. Herbert

00:01:35    Now, I got it.

### Larry Biegelsen

00:01:33    Okay. Tim, Rick and Ezgi, thanks so much for joining us. You guys have been strong supporters of this call series for many years. So thank you.

00:16:42    So this was nice to walk in and see St. Luke's Health actually have a study independent of Inspire to show not only the efficacy that we've come to expect with Inspire, but to also come back and really put to bed the whole argument of supine sleep, saying that Inspire is designed for has managed supine sleep for years since the beginning and will continue to be effective as we move forward.

00:17:12    So we're very excited to have launched the full launch of Inspire V in May and that's really just the slides that we wanted to cover there. So I'm going to stop sharing and kind of hand it back to you and see if you have any questions in regards to the slides or anything else with Inspire.

## QUESTION AND ANSWER SECTION

**Analyst:** Larry Biegelsen

00:17:32    **Question – Larry Biegelsen:** No, I definitely have some questions...

00:17:34    **Answer – Timothy P. Herbert:** Good.

00:17:35    **Question – Larry Biegelsen:** ...on the slides and Inspire, Tim. And it's just maybe worth pointing out to people that those slides, which are a little hard to read on the screen, were included in your 8-K this morning. So if people want to see the details, they have them.

00:17:51    **Answer – Timothy P. Herbert:** Thank you. Yeah.

00:17:51    **Question – Larry Biegelsen:** Yeah. Definitely, want to follow up on some of those things. But let me ask you one big picture question. You guys have reached important milestones over the past year. Inspire V approval and launch, sustainable profitability. Talk about your top priorities for the remainder of this year and key milestones for the company over the next couple of years.

00:18:14    **Answer – Timothy P. Herbert:** Yeah. Absolutely. I think our priority is obviously the launch of Inspire V and how excited we are. And we did announce that 100,000 patients have been treated with – or have received Inspire therapy. And what a key milestone that is to be able to learn so much from those patients and apply that learning to the Inspire V system for years in the development efforts and now to be in the full launch. So that really has been our focus going forward.

00:18:45    We've made significant progress, certainly having the inventory levels to be able to support it. We had confidence in the performance of the system, but we just weren't able to go to full launch until we had the inventory levels to really support the full launch. So we've been doing a limited market release since the late 2024 going forward.

00:19:07    We're going to continue to focus on growing the adoption of Inspire therapy, and really we know that we're lightly penetrated in our overall target market. And so just really probably a small single-digit penetration. So really, our focus going forward is continue to focus on growth and focus on growing the adoption.

00:19:26

00:23:15  Secondly, the pressure-sensing lead, while it was quite effective on your side, (00:23:18) it was in the high 70% inspiratory overlap, provided a good respiratory signal. There is always some rotational element when you get between the intercostal muscles and some interface and how we're measuring it, and if the patient's moving and body position. So I think the accelerometer just provides a much stabler environment, being inside the can and the can is always flat in the chest wall in the patients. And it's not as susceptible to patient movement. So we've already shown a little bit of improvement. And I think as we progress further, that will continue to document improved sensing.

00:23:51  **Question – Larry Biegelsen:** And, Tim, you still expect to complete the transition to Inspire V by the end of the year. Just remind us of the timeline for that kind of full transition, please.

00:24:08  **Answer – Timothy P. Herbert:** We do. We're making very good progress right now. We've trained the majority of the surgeons. Again, the surgeons are relatively simple. They do – it's a self-training on a tablet where they're able to go through the slides. The primary focus is saying you don't need to implant the pressure-sensing need anymore. How does that change interoperative testing? What are the new features of the device with step function and ramp? And so I think the training goes relatively quickly and then the surgeons sign that off and they're qualified.

00:24:36  Step two is the contract phase, where we have an addendum to the pricing agreements at the centers. All the contracts are out to (00:24:44) the sites. It's a relatively simple change, you're just adding a model number, and as you know, we have not changed the system-level pricing. So we don't need to go back through the value-add committee. So that's a very straightforward process. We're making very good progress with that.

00:25:02  And the third step is, as mentioned in the slides, is that we have gone to a new physician programmer that directly interfaces with SleepSync. And therefore, the sites need to be on the SleepSync system, so the data changes that they make when programming a patient's device are automatically stored into SleepSync.

00:25:25  So the majority of the top centers have already been on SleepSync. And then, new programmer was approved by the FDA last year. So it's been in place for quite some time. But we need to make sure all the centers adapting to Inspire V are on SleepSync, so that can take a little bit longer, up to 30 days or longer if you're a sophisticated site, working with the IT departments. But we're quite experienced incorporating that. We don't see that as long-term showstopper. And so, yes, we fully expect to be transitioned to Inspire V.

00:26:02  That said, Inspire IV is still available. And so if sites wish to remain with Inspire IV, if the physician desires to stay with Inspire IV, it is – will continue to be available. But we believe that majority of surgeons, once they start implanting Inspire V, will quickly transition over to that fifth generation device.

00:26:24  **Question – Larry Biegelsen:** Tim, sticking with the clinical data, you've got World Sleep in September, and then, I think you have the ISSS meeting in October, where you're (00:26:31) going to show additional datasets. September, I think, it's going to be wear (00:26:37) data comparison for Inspire IV versus Inspire V? Why is that important?

00:26:44  **Answer – Timothy P. Herbert:** Well, that actually we showed a little bit of that in the first slide. And the wear (00:26:48) data comparing Inspire IV to Inspire V, that's actually the data we used in the clinical study we conducted to give the data to the FDA. So they had confidence in the sensing