# Exhibit 11

**Morgan Stanley Healthcare Conference**  *(Corrected version)*

### ⌄ Event Details

Date: 2024-09-04
Company: Inspire Medical Systems, Inc.
Ticker: INSP-US

### ⌄ Company Participants

Timothy P. Herbert - Inspire Medical Systems, Inc., Founder, Chairman, President & Chief Executive Officer
Ezgi Yagci - Inspire Medical Systems, Inc., Vice President-Investor Relations

### ⌄ Other Participants

Kallum Titchmarsh - Analyst

# MANAGEMENT DISCUSSION SECTION

### Kallum Titchmarsh

00:00:00    Perfect. I think we can get started. Thank you, everyone, for joining so early in the morning. I'm really pleased today to be joined with Tim and Ezgi from Inspire. Good dinner last night.

### Timothy P. Herbert

00:00:14    Thank you very much for hosting us last night for dinner and, and for giving us the 7.00 AM tea time, which is fantastic. So it gets everybody up, gets everybody active, and then we can get on with our day and a lot of meetings today. So thanks for having us.

### Kallum Titchmarsh

00:00:29    Pleasure.

# QUESTION AND ANSWER SECTION

**Analyst:**Kallum Titchmarsh

00:00:29    **Question – Kallum Titchmarsh:** So let's start with Q2 results. Nice sequential step up in utilization from Q1. Would be great maybe to spend some time talking about the core growth drivers through the quarter, specifically in the US. Market seems to be a healthy place overall, but any trends in particular that caught your eye through Q2?

00:00:49    **Answer – Timothy P. Herbert:** I don't want to make it sound so simple, but I think it's about execution and I think the field team did very well with the patient demand remains strong. That's been a constant for a long, long time. And just having the execution to be able to get the patients scheduled, get them through their prior authorization and really kind of play it out and that's what

<mark>we're very happy about. That's shows consistency going all the way back, but also allows us to project with consistency going forward. And I think that's a key trait.</mark>

00:01:21    Anything, you want to add to that?

00:01:23    **Answer – Ezgi Yagci:** No. That covers up.

00:01:24    **Question – Kallum Titchmarsh:** Perfect. With naturally (00:01:25) questions on Q3, it seems to get earlier and early (00:01:29) each year. You mentioned on the Q2 call, you're hoping for that sequential step up in utilization. Is that something you're still comfortable with in Q3? And then maybe as well, if you could touch on Q4 because I know there's quite a big jump, at least from the consensus side at the moment?

00:01:46    **Answer – Timothy P. Herbert:** Well, I think we always aspire to continue to grow and continue to take care of the patients. And again, patient demand remains very , very strong. So we will continue to encourage ENT surgeons to spend more time in the operating room and build efficiencies to allow them to do so, train more surgeons, open new centers. And yes, we want to continue to grow utilization as we progress through the year.

00:02:12    As we get into the fourth quarter, we have our seasonality, right. That's the high deductible insurance plans where the patients have covered all their out-of-pocket expenses and they want to get their procedure done before the end of the year because the $3,000 or whatever it is resets on January 1. So we already plan to have the high seasonality. We work with our sales reps or our territory managers to make sure that they're booking the OR time now. They know that patient demand will be there. We're already scheduling cases into Q4 now, so we anticipate a big push every year...

(00:02:49)

00:02:50    ...every year. And so we're already looking forward...

00:02:53    **Question – Kallum Titchmarsh:** And through July and August, anything that stood out trend wise or are you pretty comfortable with what you were saying back on the Q2 call (00:03:01)?

00:03:02    **Answer – Timothy P. Herbert:** Yeah, I think that when we went through their earnings call, we did increase in our guide. We showed confidence going forward and we still have that same confidence today and teams continue to perform well. And again, the patient demand is still there.

00:03:19    **Question – Kallum Titchmarsh:** And sounds good. And then in terms of center-outs, (00:03:22) adding a lot. I think 81 in Q2 was a joint record. How does that procedure ramp versus look like within these centers and what is it you've learned or doing differently now to enable those centers become more productive from earlier on?

00:03:36    **Answer – Timothy P. Herbert:** I think the way that we recruit and the way that we train centers and the way that we set expectations has evolved over time and the early days were you're really focused at early days. Early days is 2014. That's online. We've been around now. You really focus on the academic centers to try and establish the therapy and work through the reimbursement as everybody that a people in the room have been here for – with Inspire for quite some time. And

00:15:53   I think from a surgeon adapting to the procedure, it's going to be quite easy because the stimulation needed is the same, the neurostimulator is the same, they just don't put in the sensor. And so it shortens up the procedure. What's unique about if you think about this pressure sensing lead, it's ENT, ear, nose, throat, doctor putting a sensor between the Intercostal muscles. It's the one unnatural part of the procedure. So if they don't have to put that sensor near the chest wall and they get worried about what if I poke too hard, can I cause a pneumothorax and we've done 75,000 procedures. It's a safe procedure. Surgeons can do that, but they don't have to do that.

00:16:33   I think that opens the door that you will see more anti then I'll step in (00:16:38) and say I'm ready to do Inspire today. So I think that really kind of opens the door for another group of ENT surgeons and they will be able to adapt to that quite quickly.

00:16:49   **Question – Kallum Titchmarsh:** And the reps pretty quickly adapting. Have you started those discussions with them around the new products (00:16:55)?

00:16:56   **Answer – Timothy P. Herbert:** We have it approved from the FDA, but we have not started the discussions yet. We do not market Inspire V. We're coming up on the big AAO meeting, American Academy of Otolaryngology, which is the ENT meeting in Miami this year. You will not see advertisements for Inspire V. You will not see big banners on Inspire V. We won't advertise this. We won't promote it until we launch it. And so you'll see those promotions happen next year.

00:17:25   Yes, physicians are very wise and they're investors and they will listen in and read your notes and be aware of Inspire V. But we don't believe that's going to change their practice patterns. They're going to continue to fill their OR slots, especially in the fourth quarter, with the high deductible plans and the patient demands that we have.

00:17:44   And so, yeah, we don't expect to see any softness in patient flow and we look forward to sitting back talking to you and after we launch Inspire V, but right now it's about operational readiness and the key to it is we're not small anymore. So now when we launch this product, we need to have sufficient inventory to make sure that when we start we have continuous supply and that's really what we're working on. We're firing up the production line and keeping a focus on that. When we have proper inventory, that's when we're going to launch.

00:18:14   **Question – Kallum Titchmarsh:** And how are you thinking about reimbursement? We seem to be getting a lot more questions on it at the moment on the facility and physician fee to talk us through maybe how you're looking at that internally at the moment?

00:18:26   **Answer – Timothy P. Herbert:** Sure. Two different things. Let's separate those out. And so let's talk about physician fee. The good news for the physicians is the procedures are going to take less time. We previously talked about the average day is between 60 and 90 minutes for an Inspire IV procedure, depending upon your experience level and how many procedures you've done.

00:18:46   When we go to Inspire V, those same physicians should be able to do Inspire in 15 to 30 minutes less or the OR time will be between 45 minutes and an hour. That's a significant cost savings. And with the same reimbursement level, you're increasing the reimbursement per minute to $10 to $15 a minute. That's significant. Right. So from a surgeon standpoint Inspire V is really going to be a bonus to them because they can do more cases in a day.

00:19:17

Right. Look at the case last week where the doc did eight procedures in a day with Inspire IV, right. Now in this case, see if he could take 15 minutes off eight procedures, I mean that's 2 hours how many more can you do in a day? So the key is building efficiencies for the surgeons to do more procedures in a day, thereby increasing the revenue to their practice and increasing their reimbursement per minute. It's a really strong boost there.

00:19:45    From a facility standpoint, all neurostimulators get lumped into APC, it's called ambulatory procedure code, it's a level 5 neuro APC and the payment level is very consistent. And so our national average payment is just over $30,000. Member of the hospital has to pay us $24,800. Right. So it leaves the hospital with just over $5,000.

00:20:11    Now that's the national average Medicare payment for a hospital. So even then, it's a profitable procedure and we don't see that changing either. Right. So we're going to still stick with the level 5 neuro APC for the reimbursement of hospital. So we're – we had challenges with reimbursement in 2014. We don't have challenges with reimbursement today. We're well-established. We have coverage policies with all payors. We're in communication with the payors right now, one in 5 with Inspire V in preparation for the launch. So we're in good shape.

00:20:45    **Question – Kallum Titchmarsh:** Great. And then another potential tailwind we'll see more evident in 2025 is the replacement procedures. From our channel, checks seems to be healthy number of initial consultations today. Yeah. Do you believe the centers have the capacity to deal with these replacements as well as new patients coming through?

00:21:07    **Answer – Timothy P. Herbert:** That they will. I think it's a replacement therapy. It's a new revenue stream for the company that is just starting to evolve. Right. We were approved in 2014. That's why we did the initial launch. The battery of the neurostimulator is 11 years. Simple math in 2025, all those patients are starting to come through to have a new battery put in now. In 2014, we did a whopping $3.8 million in revenue, right, which we – that was really an exciting year for us.

00:21:41    And so it's going to start a little bit slow, but we expect about 80% replacement rate for these patients. We certainly have a lot of older patients receiving Inspire therapy over the years. We will unfortunately lose patients because they will pass. But we do expect a high replacement rate and what we expect is physicians will maybe at the end of a day, just kind of quickly go through those.

00:22:06    And it should take 20 minutes to do a battery replacement. So they'll do their procedures during the day and at the end of the day, they'll quit, do the replacement procedures. But this is something that's going to start out now and just continue to grow. And we train the surgeons today saying you're going to see patients coming in. And if it's not from the clinical studies, it's going to be the first early commercial patients and this is how you do it.

00:22:27    Just that's (00:22:25) and can do it on a local anesthesia, just making the decision , pull the device out, unscrew the set screws that hold the leads in and unplug the leads and plug the leads into the new device. When we go to Inspire V, remember the patients coming in, have both the sensing lead and a stim lead. We will unplug the two and plug the stim lead into the device and the sensing lead, we're just going to leave that behind and won't have any impact on MRI. It's a lot safer to just leave it in the pocket than try and retrieve it, because that gets a little bit messy.

00:22:59    **Question – Kallum Titchmarsh:** So a patient undergoing a replacement could have an Inspire V put in.



## 22nd Annual Global Healthcare Conference
September 4 - 6, 2024

**WELCOME**

We are delighted to welcome you as a company participant at the **Morgan Stanley 22nd Annual Global Healthcare Conference**. As in years in past, we expect to host over 200 companies as well as a preeminent group of investor attendees, including chief investment officers, portfolio managers and analysts.

The conference will take place in person on **Wednesday, September 4 - Friday, September 6, 2024**, at Marriott Marquis New York. Sessions will begin by 7:00 a.m. on Wednesday and conclude by 6:15 p.m. on Friday.

The conference format includes unplugged fireside chats (as in prior years, slides and audiovisual equipment will not be supported) for C-level management and one-on-one meetings, providing management the opportunity to meet with shareholders and top institutional investors throughout the day.

Each fireside chat will begin with a question-and-answer session between C-level management and a Morgan Stanley moderator, followed by an interactive question-and-answer session with the audience. Each participating corporate will also be designated one day to host investor meetings.

Please review the Deadlines section in the Information tab of this website for a detailed schedule of important action items relating to the conference. If your team has already registered as a participating corporate, please continue to register team members who will be attending the conference.

**If you are registering now, please note that Friday, September 6 is the only day with availability for a fireside chat and/or one-on-one meetings. Wednesday, September 4 and Thursday, September 5 are at capacity. If you would like a fireside chat and/or one-on-one meetings on Wednesday or Thursday, you will automatically be put on a waitlist. If registering additional corporate participants for a company that registered before April 30th, we will match the new registrations to the team's existing availability.**

We look forward to seeing your team at our conference. Please do not hesitate to contact us with any questions.

Disclosures · Investor Relations · Corporate Governance · Newsroom · Careers

Privacy & Cookies · Terms of Use · Contact Us · Global Offices · Equal Employment Opportunity

© 2026 Morgan Stanley. All rights reserved.

© 2026 Morgan Stanley. All rights reserved.

# Morgan Stanley

# 22nd Annual Global Healthcare Conference

WEDNESDAY, SEPTEMBER 4 - FRIDAY, SEPTEMBER 6, 2024  |  NEW YORK MARRIOTT MARQUIS 1535 BROADWAY  |  NEW YORK  |  NY 10036

## Wednesday, September 4, 2024

| Time | Westside Ballroom 1 & 3 Fifth Floor | Westside Ballroom 2 Fifth Floor | Westside Ballroom 4 Fifth Floor | Astor Ballroom Seventh Floor | Empire Complex Seventh Floor | Soho Complex Seventh Floor | Harlem Private Track Seventh Floor | Duffy/Columbia Private Track Seventh Floor |
|---|---|---|---|---|---|---|---|---|
| 7:00 a.m. -7:35 a.m. | **Insmed** Drayton Wise, CCO | **Contineum Therapeutics** Carmine Stengone, President & CEO | **Exscientia** Dave Hallet, Interim CEO & Chief Scientific Officer | **Inspire Medical Systems** Tim Herbert, Chairman & CEO | **Nautilus Biotechnology** Sujal Patel, CEO & Co-Founder Anna Mowry, CFO | **Xilio Therapeutics** Rene Russo, President & CEO | **Anthos Therapeutics** Bill Meury, CEO David McIntyre, CFO | **Insilico Medicine** Alex Zhavoronkov, Founder & CEO |
| 7:45 a.m. -8:20 a.m. | **Cytokinetics** Robert Blum, President & CEO Andrew Callos, EVP, CCO | **Lantheus** Brian Markison, CEO Paul Blanchfield, President Robert Marshall, CFO & Treasurer | **Inari Medical** Drew Hykes, CEO Mitch Hill, CFO Kevin Strange, CFO Tom Tu, CMO | **Olema Pharmaceuticals** Sean Bohen, President & CEO | **Akero Therapeutics** Andrew Cheng, President & CEO | **Compass Pathways** Kabir Nath, CEO Teri Loxam, CFO | **KSQ Therapeutics** Qasim Rizvi, CEO Micah Benson, CSO | **Cognito** Christian Howell, CEO |
| 8:30 a.m. -9:05 a.m. | **Pfizer** Dave Denton, CFO | **dentalcorp** Graham Rosenberg, CEO Nate Tchaplia, CFO | **Bicycle Therapeutics** Kevin Lee, CEO Alethia Young, CFO | **Tempus AI** Eric Lefkofsky, Founder & CEO Jim Rogers, CFO | **Mirum Pharmaceuticals** Chris Peetz, CEO Eric Bjerkholt, CFO | **ATEC Spine** Pat Miles, Chairman & CEO Todd Koning, CFO | **Eikon Therapeutics** Roger Perlmutter, CEO Alfred Bowie, CFO | **Attovia Therapeutics** Tao Fu, CEO Zaneta Odrowaz, CBO |
| 9:15 a.m. -9:50 a.m. | **Amgen** Robert Bradway, Chairman & CEO | **Roivant Sciences** Matthew Gline, CEO | **Exelixis** Michael Morrissey, PhD, President & CEO | **GN Store Nord** Peter Karlstromer, Group CEO | **Third Harmonic Bio** Natalie Holles, CEO | **RxSight** Ron Kurtz, CEO Shelley Thunen, CFO | | **Alamar Biosciences** Yuling Luo, Founder, President & CEO |
| 10:00 a.m. -10:35 a.m. | **Iqvia Holdings** Ron Bruehlman, EVP & CFO | **Resmed** Mick Farrell, Chairman & CEO | **Intra-Cellular Therapies** Sharon Mates, CEO Suresh Durgam, CMO Mark Neumann, CCO | **Biogen** Michael McDonell, CFO Priya Singhal, Head of Development | **BridgeBio** Neil Kumar, CEO | **LifeStance Health** Dave Bourdon, CFO | **Aktis Oncology** Matthew Roden, President & CEO | **ConcertAI** Jeff Elton, PhD, CEO |
| 10:45 a.m. -11:20 a.m. | **Johnson & Johnson** Joaquin Duato, CEO & Chairman John Reed, EVP, Pharm R&D | **Fresenius Medical Care AG** Helen Giza, CEO | **10X Genomics** Serge Saxonov, Co-Founder & CEO Adam Taich, CFO | **CSL Limited** Paul McKenzie, CEO | **Lyell Immunopharma** Lynn Seely, President & CEO Charlie Newton, CFO | **SI-BONE** Laura Francis, CEO Anshul Maheshwari, CFO | **Chroma Medicine** Catherine Stehman-Breen, CEO | **Kindbody** Gina Bartasi, Founder & CEO Scott Bruckner, CFO |
| 11:30 a.m. -12:05 p.m. | **Regeneron Pharmaceuticals** Christopher Fenimore, CFO | **Sana Biotechnology** Steve Harr, President & CEO | **Kyverna Therapeutics** Peter Maag, CEO Ryan Jones, CFO James Chung, CMO | **IDEXX Laboratories** Jay Mazelsky, President & CEO Brian McKeon, EVP & CFO | **ConvaTec** Karim Bitar, CEO | **Teva Pharmaceutical Industries Ltd.** Richard Francis, President & CEO | **Recode Therapeutics** Shehnaaz Suliman, MD, PhD, CEO | **Endologix** Matt M. Thompson, MD, President & CEO Cindy Pinto, CFO |
| 12:05 p.m. -12:20 p.m. | Conference-wide break - Lunch available in Broadway Ballroom | | | | | | | |
| 12:20 p.m. -12:55 p.m. | Keynote Lunch with Dan Simkowitz Co-President, Morgan Stanley *Moderated by Katy Huberty, Global Director of Research, Morgan Stanley* | | | | | | | |
| 1:05 p.m. -1:40 p.m. | **Zoetis** Kristin Peck, CEO Wetteny Joseph, CFO | **Genmab A/S** Jan van de Winkel, President & CEO | **Transmedics** Waleed Hassanein, CEO Stephen Gordon, CFO | **Alnylam Pharmaceuticals** Yvonne Greenstreet, CEO Tolga Tanguler, CCO | **Centessa Pharmaceuticals** Saurabh Saha, CEO | **Prime Medicine** Keith Gottesdiener, President & CEO | **Avalyn Pharma** Lyn Baranowski, CEO Doug Carlson, CFO & CBO | **Viz.ai** Chris Mansi, CEO |
| 1:50 p.m. -2:25 p.m. | **UCB S.A.** Sandrine Dufour, CFO | **United Therapeutics Corp** Michael Benkowitz, President & COO | **STERIS plc** Dan Carestio, President & CEO | **Viking Therapeutics** Brian Lian, President & CEO | **Sophia Genetics** Ross Muken, COO & CFO | **American Well** Ido Schoenberg, CEO Robert Shepardson, CFO | **Octant Bio** Sri Kosuri, Co-Founder & CEO Ramsey Homsany, Co-Founder & President | **Included Health** Owen Tripp, Co-Founder & CEO |
| 2:35 p.m. -3:10 p.m. | **Natera** Steve Chapman, CEO Mike Brophy, CFO | **Ultragenyx Pharmaceutical** Emil Kakkis, CEO | **Siemens Healthineers** Jochen Schmitz, CFO | **Legend Biotech** Ying Huang, CEO | **Alkermes** Richard Pops, Chairman & CEO | **X4 Pharmaceuticals** Paula Ragan, President & CEO | **Saghmos Therapeutics** Anna Kazanchya MD, CEO Stephen Grant MD - Former Deputy Director, FDA, Division of Cardiology and Nephrology | **HeartFlow** John Farquhar, CEO Vikram Verghese, CFO |
| 3:20 p.m. -3:55 p.m. | **AstraZeneca** Aradhana Sarin, CFO Anas Younes, SVP, Global Head of Hematology (Early and Late Stage) Oncology R&D | **GRAIL** Bob Ragusa, CEO Aaron Freidin, CFO | **iRhythm Technologies** Quentin Blackford, President & CEO Daniel Wilson, CFO | **Neurocrine Biosciences** Kevin Gorman, CEO Matt Abernethy, CFO Kyle Gano, Chief Business Development & Strategy Officer & CEO-Elect | **Healthcare x AI Panel** Michelle Weaver, Morgan Stanley Terence Flynn, Morgan Stanley Patrick Wood, Morgan Stanley Craig Hettenbach, Morgan Stanley | **Schrodinger** Ramy Farid, President & CEO Geoff Porges, EVP & CFO Karen Akinsanya, President of R&D, Therapeutics | **Arbor Biotechnologies** Devyn Smith, CEO | **ADARx Pharmaceuticals** Zhen Li, President & CEO |
| 4:05 p.m. -4:40 p.m. | **Novo Nordisk A/S** Ulrich Otte, SVP, Finance & Operations | **Certara** William Feehery, CEO John Gallagher, CFO | **Keros Therapeutics** Jasbir Seehra, CEO & President | **Bio-techne** Kim Kelderman, CEO Jim Hippel, CFO | **Editas Medicine** Gilmore O'Neill, CEO Erick Lucera, CFO | **M&A Panel** Ari Terry, Managing Director, IBD David Kitterick, Managing Director, IBD Tedd Smith, Managing Director, IBD | **Generate Biomedicines** Michael Nally, CEO Jason Silvers, CFO | **Beta Bionics** Sean Saint, CEO Stephen Feider, CFO |
| 4:50 p.m. -5:25 p.m. | **Axsome Therapeutics** Herriot Tabuteau, CEO | **Cabaletta Bio** Steven Nichtberger, President, CEO, & Co-Founder | **Arcus Biosciences** Terry Rosen, CEO Jennifer Jarrett, COO | **Fortrea** Tom Pike, CEO Jill McConnell, CFO | **Acadia Pharmaceuticals** Steve Davis, President & CEO Mark Schneyer, EVP, CFO | **Sight Sciences** Paul Badawi, Founder & CEO Ali Bauerlein, CFO | **TR1x** William Lis, CEO David de Vries, Co-Founder & COO Marco Londei, CMO | **ElevateBio** David Hallal, Chairman & CEO Vikas Sinha, CFO |
| 5:35 p.m. -6:10 p.m. | **Crinetics Pharmaceuticals** Marc Wilson, CFO James Hassard, CCO | **Getinge** Mattias Perjos, President & CEO | **LeMaitre Vascular** David Roberts, President | **Ideaya** Yujiro Hata, CEO | **IO Biotech** Mai-Britt Zocca, PhD, CEO | **Immunome** Clay Siegall, President & CEO | **HealthCare Royalty Partners** Clarke Futch, Chairman & CEO Chris White, President & CEO Carlos Almodovar, CBO | **Magentus** Mark McConnell, Founder & CEO |
| 6:10 p.m. | Conference-Wide Welcome Reception Morgan Stanley Headquarters, 1585 Broadway – 8th Floor | | | | | | | |
| 6:10 p.m. | Conclusion of Day 1 | | | | | | | |