# Exhibit 12

**Piper Sandler Healthcare Conference**  *(Corrected version)*

ˇ **Event Details**

Date: 2024-12-03
Company: Inspire Medical Systems, Inc.
Ticker: INSP-US

ˇ **Company Participants**

Timothy P. Herbert - Inspire Medical Systems, Inc., Founder, President, Chief Executive Officer & Chair
Richard John Buchholz - Inspire Medical Systems, Inc., Chief Financial Officer

ˇ **Other Participants**

Adam C. Maeder - Analyst

# MANAGEMENT DISCUSSION SECTION

### Adam C. Maeder

All right. Perfect. We're going to get started here. My name's Adam Maeder. I'm one of the medtech analyst here at Piper Sandler. Very pleased to introduce the management team from Inspire Medical. With us, we have Tim Herbert, Founder, President, CEO and Chairman; and Rick Buchholz, the CFO; and Ezgi Yagci from Investor Relations there in the audience. So, thanks so much for joining us, team.

### Timothy P. Herbert

Thank you very much. It's great to be here again. We love coming to Piper every year for the tree lighting and it's fantastic to be here and just a great set of meetings to talk to everybody. So, thanks.

# QUESTION AND ANSWER SECTION

**Analyst:**Adam C. Maeder

**Question – Adam C. Maeder:** Of course. We're thrilled that you can make it. Maybe just to start, I wanted to ask about the Q4 guidance and some of the puts and takes there. You had a very strong Q3 print. You beat the top-line, I think by $5 million, you crushed numbers on EPS. But the full-year guidance raise was only about $2.5 million at the midpoint and the implied Q4 guidance does suggest a deceleration in growth. I think you called out hurricanes, IV solutions shortage, perhaps some just kind of typical conservatism, but maybe just unpack the Q4 outlook for us in a little bit more detail.

**Answer – Timothy P. Herbert:** Sure. Briefly, we'll just really touch on – I think we just had some concerns about the impact of the hurricanes, albeit through regional. We had a lot of employees affected by that physicians and certainly patients and has an impact, not only front-end appointments, do the sleep endoscopy, the implants and follow-up. So, we're being kind of make sure that give those people a chance to get things back together. We have enough time to try and get a lot of that scheduled and in those regions, but until we really got a chance to really kind of lay that out fully, that's why we kept the top-end where it was

and we just increased the lower end that provided the confidence in the guide going forward, but recognizing that that impact regionally was there and we're trying to work through that.

IV bags, less of an impact. I know there's still centers that are delaying elective procedures, but even go back to the COVID days, we're treating sleep apnea. We're able to get our cases scheduled. So I don't think the IV bags is really going to have too much of an impact. And we're working hard to try and get those regional cases in the Southeast rescheduled.

**Question – Adam C. Maeder:** Okay. Perfect. It's that time of the year. I think you referenced the tree lighting, Tim, but I'm going to ask about 2025. So, I think on the Q3 earnings call, you said you were comfortable with where the consensus stood for 2025 revenue. I think that's $950 million or so. Is that still the case today? And then, just high level puts and takes as we think about the top-line for next year?

**Answer – Timothy P. Herbert:** I think the terminology you used was, it was not unreasonable.

**Question – Adam C. Maeder:** Okay.

**Answer – Timothy P. Herbert:** Is that how we said that? And I think that – that's we stand behind that. That's true. We're not putting out our guidance right now. We all – we'll be talking about that soon. But we do think that people are in line right there. We do have a lot of activities coming out in next year, which we're so excited about. I know we'll talk about Inspire V. And so, that's coming up. And depending upon the timing of the launch of that, I think we will see a little bit more of a back-end loaded 2025 if I go to that much detail. But I think that's pretty traditional for us anyways. But with the large probably has a little bit of an impact. But in the grand scheme, I think that we don't – again, we don't think that overall number is unreasonable.

**Question – Adam C. Maeder:** Okay. Perfect. And I guess a similar question on 2025 P&L expectations. I have the Street modeling GAAP EPS of a $1.95. Hopefully, that's a good figure. Any reaction there? And obviously, the leverage this year has been fantastic, just how do we think about leverage in 2025 and going forward?

**Answer – Richard John Buchholz:** Sure. I'll take that one, Tim. So, we are a growth company. We have been a growth company and we've now transitioned into profitable growth, which we're really excited about. The profitability that we've seen in 2024. But we're going to continue to invest heavily in our business to help support the top-line revenue growth. But at the same time, we expect that we'll have continued improvement in our profitability and our cash generation on an annual basis, on a go-forward basis.

**Question – Adam C. Maeder:** Okay. Let's move on to Gen V. Obviously, a lot of questions there. And I guess the first question that I'll throw at you guys is, where are we in terms of launch at this point? You have FDA approval. Have you officially commenced the limited launch? Have you done the implants? How is it going thus far, just any comments there?

**Answer – Timothy P. Herbert:** Let's back up a little bit. Let's talk a little bit about what Gen V is and the Inspire V neurostimulator, our fifth generation Inspire platform. What we've done with it, in the past, everybody knows we're a closed loop stimulation, so we sense respiration and we provide stimulation of the hypoglossal nerve to move the base of the tongue forward when the patient inhales thereby preventing obstructive event. And we have a stimulation lead that goes to the hypoglossal nerve a neurostimulator.

And previously, Inspire IV and prior, we have a sensing lead that gets placed between the intercostal muscles and our surgeons tend to be ear, nose, throat doesn't talk about placing a sensor in the chest wall. So what we've done with the fifth generation is taking that sensing capability and putting it inside the can of the

neurostimulator using an accelerometer, very similar to what you see of the cardiac pacemaker and very responsive pacing where it senses respiration and adjust pacing rates. We're doing the same thing.

So, we're sensing that respiration and being able to provide stimulation synchronous when the patient inhales. So, really excited about the Inspire V.

We submitted the data to the FDA along with our qualification. FDA has approved it. And so, we are just gearing up for launch right now. It's really about operational readiness. The limiting factor for us right now is making sure that we have proper inventory levels to be able to launch in the United States. So, we're building up product as we speak, and we're going to be targeting that for full launch in 2025.

The good news is we will be doing our soft launch yet here in 2024. We're very excited about that and we'll be able to talk about that more in the very near future. So everything looks good. We're gearing up for Inspire V. It's going to be a game changer when it comes to market and it really brings a new platform, a technology to allow us to springboard into Inspire VI and Inspire VII and Inspire VIII beyond that. So, pretty exciting and more to come in the near future.

**Question – Adam C. Maeder:** Okay. Great. So, it sounds like, Tim, no comment on soft launch whether that started or hasn't started?

**Answer – Timothy P. Herbert:** In the US, we haven't started the soft launch, but it will start yet this year.

**Question – Adam C. Maeder:** Okay, perfect. One of the questions that we often get on Gen V is this reimbursement strategy. Specifically what code you're going to use now that you no longer have the pressure sensor lead, which you just talked about. So, anything more that you can tell us at this point in time around reimbursement, coding and strategy?

**Answer – Timothy P. Herbert:** I think that there's little nuance in the language that we're working through with CMS and the MACs and the commercial payers, and that is all coming to a head pretty soon as we're getting into the soft launch large part of it. And the key is making sure that we have the prep code to be able to support the patients. And it's not only the hospital reimbursement but also the physician reimbursement. We don't think it's going to have a real material impact either way on the way patients are treated or our business going forward. But we're going to continue to get to work through with the MACs and the payers and we'll be able to talk about that after we start the soft launch. But again, we don't have a great amount of concern on the final coding strategy, but we want to make sure that we vet that with the payers before we kind of come through and release that with all the investment community.

**Question – Adam C. Maeder:** Okay. Great. And I think you've said you're not going to take price with Gen V, but you've also said that gross margins should benefit from the Gen V system accretive to margins. Rick, maybe just any finer point that you want to put on that commentary?

**Answer – Richard John Buchholz:** Yeah. I mean, it's correct. With pricing being flat consistent with our current system is still gross margin accretive. And then, as we have the full launch in 2025 and over time, we expect to see continued gross margin improvement.

**Answer – Timothy P. Herbert:** Yeah. Let me add to that, Tim. I think that that's key for us not having to manufacture that pressure sensing lead. There is obviously a key manufacturing savings right there from a cost standpoint, but it's also the number one cause of patient revision. We're going to see a significant increase in the reliability of the product because patients don't have that sensor and the physicians obviously

