# Exhibit 13



Q Search    Home  My Network  Jobs  Messaging  Notifications  Me ▾  For Business ▾  Try Premium for $0



## Alex Addiego ✓ · 3rd

Security+ Certified Information Security Analyst Cyber Risk and Compliance Specialist

Burlington, New Jersey, United States · Contact info

234 connections

**Message**    **+ Follow**    **More**

 BDO

Rowan University

## About

Computing and Informatics Graduate from Rowan University with a Security+. I am skilled in areas such as performing risk assessments, user training and awareness, desktop support, antivirus software, IDS/IPS systems, data management and ownership, Microsoft Office, and much more. I currently have 1-2 years in the cyber security industry and am eager to gain experience, skills, and earn more certifications.

## Featured

Document



Resume - Alex Addiego.docx.pdf

## Activity

235 followers

**Alex hasn't posted yet**
Recent posts Alex shares will be displayed here.

Show all posts →

## Experience

 **Cyber Security and Compliance Specialist**
BDO · Full-time
Oct 2025 - Present · 4 mos
United States · Hybrid

 **Cyber Security Analyst**
Inspire Medical Systems · Contract
May 2025 - Aug 2025 · 4 mos
New Jersey, United States · Remote

 **Cyber Risk Management Analyst**
Campbell's · Contract
Jun 2024 - Nov 2024 · 6 mos
Camden, New Jersey, United States · Remote

◈ Vulnerability Management, Written Communication and +46 skills

 **Information Security Analyst**
Rowan University · Part-time
Sep 2022 - Dec 2023 · 1 yr 4 mos
On-site

◈ Communication, HIPAA Compliance and +78 skills

## Education

 **Rowan University**
Bachelor's degree, Computing and Informatics
Sep 2020 - Dec 2023
Grade: Graduated

◈ Standards Compliance, Microsoft Office and +19 skills

## Skills

**MyChart**

**End User Training**
 Information Security Analyst at Rowan University

Show all 100 skills →

---

Promoted ···

carter's

Roberto, explore relevant opportunities with Carters Inc.

Get the latest jobs and industry news

**Follow**

More profiles for you

 **Michael V.** ✓ · 3rd
Security Support Specialist @ ASRC Federal | Working with...
**Message**

 **Sahil Kamboj** ✓ · 3rd
Security Analyst (IAM & SOC) | CS & Informatics Student @...
**+ Follow**

 **Sylena Beccles** ✓ · 3rd
Information Security Analyst at Rowan University | M.S. in...
**Message**

 **Vincent Nasuti** ✓ · 3rd
IRT Information Security Analyst at Rowan University |...
**Message**

**Shane Krause** · 3rd
Security Consultant - Attack & Penetration @ Optiv
**Message**

Show all

People you may know

**Nicholas Pierce**
Director of Investigations at Block & Leviton LLP
**+ Connect**

**Selina Rosales-Spiesman, MBA** ✓
Practice Manager at BLB&G
**+ Connect**

**Bhavin Hirpara** ✓
IT Team member at FBT Gibbons
**+ Connect**

**Vijollca Sylaj** ✓
Director of Operations
**+ Connect**

**David Duncan** ✓
Senior Counsel at BLBG
**+ Connect**

Show all

You might like
Pages for you

**Law360**
Online Audio and Video Media
146,232 followers
38 connections follow this page
**+ Follow**

**American Bar Association**
Legal Services
350,169 followers
20 connections follow this page



LinkedIn Corporation © 2026



## Kristin Havlicek Adkins ⊘ · 3rd
Inspire Medical Systems - Territory Manager
Stony Brook, New York, United States · Contact info
500+ connections

Inspire Medical Systems

University of Tampa

✈ Message    + Follow    More

## About

As a results-driven and dynamic sales professional with extensive experience across the pharmaceutical, biologics, rare disease, and device sectors, I bring a proven track record in driving growth and market differentiation. My expertise spans business development, from product launches to expanding existing markets, with a specialized focus on Cardiology and Neurology.

I have a strong background in Market Development and Growth, working closely with IDNs, managing large accounts, and leading field reimbursement efforts. My ability to build and nurture relationships with key stakeholders has consistently resulted in successful partnerships and sustained sales growth.

With a history of strategic planning and execution, I've consistently excelled in competitive environments. I'm proud to have earned multiple industry recognitions, including Rookie of the Year, 2x President's Circle, 4x Top Plan Maker, and National Rep of the Quarter honors.

I thrive in fast-paced settings, where my strong presentation, communication, and closing skills shine. Self-motivated and adaptable, I'm able to manage competing priorities while consistently achieving ambitious targets. Based on Long Island, I'm dedicated to continuing to drive results and lead successful initiatives in the sales domain.

## Activity
3,052 followers

Posts    Comments

**Kristin Havlicek Adkins** · 3rd+
Inspire Medical Systems - Territory Manag...
8mo ·

100,000 patients implanted, so proud to be part of this company and this journey

**Carlton Weatherby** · 3rd·
Chief Strategy & Growth Officer at Inspire M...

I am thrilled to share that Inspire Medical Systems, Inc. has reached another significant milestone of 100,000 people (and  ...more

⊙ 2

**Kristin Havlicek Adkins** reposted this

**Karen Eichenbaum Wolk** ⊘ · 3rd·
Experience Manager @ Ulta Beauty - Voluntee...
10mo · Edited · ⊙

Please tune into the TODAY Show on NBC tomorrow, Tuesday March 11th at the 8:00 am hour to watch my life changing sleep apnea patient story  ...more



⊙⊙⊙ 187 · 26 comments · 40 reposts

Show all posts →

## Experience


**Territory Manager**
Inspire Medical Systems
May 2023 - Present · 2 yrs 9 mos

♡ Pharmaceutics, New Market Expansion and +1 skill


**Principle - Diagnostic and Monitoring Sales Representative**
Medtronic
Jun 2015 - May 2023 · 8 yrs
Long Island NY

♡ Buy & Bill, OR and +26 skills


**Executive Neuroscience Sales Consultant**
Allergan
Oct 2005 - Jun 2015 · 9 yrs 9 mos
Long Island, NY

Executive Neuroscience Senior Sales Consultant -Botox
· Responsible for sales exceeding $3.3 Million in 2013 & $4 Million in 2014...        ...see more

♡ Buy & Bill, Business Development and +18 skills


**Key Account Manager, Hospital Sales Specialist**
Dey Laboratories

Promoted ···

drive

Roberto, explore relevant opportunities with DriveDeVilbiss Healthcare
Get the latest jobs and industry news

Follow

## More profiles for you

**Mark Hannam** ⊘ · 3rd
Territory Manager | Inspire Medical Systems, Inc. |...
Message

**Casey Macalush** ⊘ · 3rd
Territory Manager at Inspire Medical Systems
Message

**Dennis Wuestkamp** ⊘ · 3rd
Regional Manager at Inspire Medical Systems
Message

**Brandon Thibodeau** ⊘ · 3rd
Territory Manager
Message

**Peter Grassi** ⊘ · 3rd
Territory Manager at Inspire Medical Systems
Message

Show all

## People you may know
From Kristin Havlicek's job title

**Alex Dickin**
Head of Sales & GTM North America @ Klarna | Sales...

**Elizabeth W.**
Business Development | Communications | Advertising

**Todd Deaton**
Vice President, Business Development @ Integreon |...

**Vincent M Babij**
Sales Performance Optimization; Sales & Busines...

**Wanda Palmer** ⊘
Director of Strategic Accounts at TransPerfect Legal

Show all

## You might like
Pages for you

**American Bar Association**
Legal Services
350,169 followers

20 connections follow this page

+ Follow

**Law360**
Online Audio and Video Media
146,232 followers

38 connections follow this page

+ Follow

Show all



May 2002 - Oct 2005 · 3 yrs 6 mos
Greater New York City Area

- Key Account Manager, Jan. 2004 - Oct.2005 (Manhattan, Brooklyn, Queens, Bronx, Staten Island & Long Island)
- Territory Account Manager, May 2002 - Dec. 2003 (Queens and Brooklyn)...                    ...see more

♡ Hospital Contracting, Respiratory Products and +6 skills

Promoted ···

**Your promise, secured.**
You told your customers that you're
secure. Let's make it happen.

**Phone System for Lawyers**
Capture more billable hours and
automate administrative work

**Creative Writing MFA**
Learn from award-winning writers such
as Sadeqa Johnson at Drexel.

## Education

**University of Tampa**
Bachelor's degree, Psychology
1995 - 1999

♡ Communication

## Skills

**Pharmaceutics**

☁ Territory Manager at Inspire Medical Systems

**New Market Expansion**

☁ Territory Manager at Inspire Medical Systems

Show all 52 skills →

## Interests

Top Voices     Companies     Groups     Newsletters     Schools

**Amy Miller** in · 3rd
Recruiting Manager - I build the teams that build
the satellites. Recruiting Truth Teller &
Mythbuster. Somehow, LinkedIn Top Voice 2022
344,036 followers

+ Follow

**Geoff Martha** in · 3rd
CEO & Chairman Of The Board Of Directors at
Medtronic
157,597 followers

+ Follow

Show all Top Voices →

About                Accessibility              Talent Solutions              ❓ Questions?                        Select Language
                                                                            Visit our Help Center.
Professional Community Policies  Careers      Marketing Solutions                                           English (English)
Privacy & Terms ▾    Ad Choices            Advertising                  ⚙ Manage your account and privacy
Sales Solutions      Mobile                Small Business                 Go to your Settings.
Safety Center

                                                                         🛡 Recommendation transparency
                                                                            Learn more about Recommended Content.

LinkedIn Corporation © 2026

Messaging 40 ··· ✎ ⌃





Certificate, Vascular ultrasound
2001 – 2002

◈ Attention to Detail

## Skills

### Attention to Detail

6 experiences across Abbott and 5 other companies

2 educational experiences at Ashford University

### Self-confidence

6 experiences across Abbott and 5 other companies

Show all 33 skills →

## Interests

**Top Voices**   Companies   Groups   Newsletters   Schools

**Gary Vaynerchuk** in · 3rd
Chairman – VaynerX, CEO – VaynerMedia, Creator
– VeeFriends
5,865,809 followers

+ Follow

38 connections
follow this page

+ Follow

Show all

Promoted ···

**Yale MBA for Executives**
Designed for working professionals –
earn your MBA while working full-time
Catherine also follows Yale School
of Management

**Beat the blank page**
Confluence has hundreds of templates
for any project. Try it free!
Thomas & 2 other connections
also follow Atlassian

About                      Accessibility           Talent Solutions        ❓ Questions?                  Select Language
                                                                              Visit our Help Center.
Professional Community Policies   Careers          Marketing Solutions                                 English (English)        ▼
Privacy & Terms ▼          Ad Choices               Advertising             ⚙ Manage your account and privacy
                                                                              Go to your Settings.
Sales Solutions            Mobile                   Small Business
                                                                            🛡 Recommendation transparency
Safety Center                                                                 Learn more about Recommended Content.

LinkedIn Corporation © 2026

Messaging 40   ···  ✎  ∧



in  Q Search — Home  My Network  Jobs  Messaging  Notifications  Me ▾  For Business ▾  Try Premium for $0



Promoted ···

Roberto, explore relevant opportunities with Target

Get the latest jobs and industry news

Follow

## Guy Barilan ⊘ 3rd

Sales| Operating Room| Leadership| Client Retention| Consultative Sales| Negotiation| Management| CRM| Territory Development| Collaboration|Disruptive Technology| Product Launch| Buy and Bill| Neuromodulation

New York City Metropolitan Area · Contact info
500+ connections

◎ AbbVie
🎓 University of Pittsburgh

✈ Message   + Follow   More

## About

Dynamic and results-driven sales leader with a strong track record of exceeding revenue targets and driving strategic growth in highly competitive medical and healthcare markets. Proven ability to lead cross-functional teams and implement strategic initiatives that drive performance and scale impact across business units. Skilled in solving complex challenges through a collaborative, data-informed approach, aligning clinical education, operational efficiency, and business strategy. Adept at influencing decision-making across all levels of administration—from C-suite to frontline staff—and recognized for building scalable programs that deliver both patient outcomes and organizational growth. Known for developing high-performing sales territories, launching implant programs, and mentoring talent. Recipient of multiple national honors including President's and CEO Club awards

## Activity

16,241 followers

**Posts**   Images

Guy Barilan reposted this   ···

**AbbVie | Neuroscience**
14,513 followers
1w · ⊙

Millions of people worldwide are living with #ParkinsonsDisease (PD), and more needs to be done to address unmet needs and barriers to care.  ...more



❤💙 19 · 2 reposts

Guy Barilan reposted this   ···

**AbbVie | Neuroscience**
14,513 followers
1 mo · ⊙

Today is World Movement Disorders Day. For people living with neurological conditions like #ParkinsonsDisease (PD), an important goal  ...more

abbvie



❤💙💚 57 · 11 reposts

Show all posts →

## Experience

**Account Specialist-Spasticity and Movement disorders**
AbbVie · Full-time
Oct 2025 - Present · 4 mos
New York City Metropolitan Area

**Inspire Medical Systems**
Full-time · 4 yrs

**Senior Territory Manager**
Jan 2025 - Oct 2025 · 10 mos
New York City Metropolitan Area

**Territory Manager**
Nov 2021 - Jan 2025 · 3 yrs 3 mos
New York, United States

Inspire is an alternative to CPAP that works inside your body while you sleep. It's a small device placed during a same-day, outpatient procedure.

▽ Sales Performance, Direct Sales and +30 skills

**National Business Development Executive**
Cordant Health Solutions
May 2019 - Nov 2021 · 2 yrs 7 mos

Cordant Health Solutions® provides innovative tools for monitoring behavioral health, chronic pain and criminal justice cases. Our unique pharmacy and drug testing programs provide accurate, actionable results to  ...see more

▽ Sales Performance, Direct Sales and +21 skills

**More profiles for you**

**Susan K.** in · 3rd
Territory Account Manager | Injectables | Neuromodulatio...
✈ Message

**Jack Kuchak** · 3rd
Area Vice President, Sales & Market Development |...
Message

**Josh Reynolds** in · 3rd
Executive Territory Manager
Message

**Michael Klinger** in · 3rd
Award Winning Sales Executive | Medical Sales Diagnostic...
✈ Message

**Kristofer Keller** in · 3rd
Medical Device | Capital Equipment | Sales & Marketin...
Message

Show all

**People you may know**
From Guy's industry

**Gayle Caine**
Sr. VP Operations at Caduceus
👤 Connect

**David Ten Broeck**
Attorney at Law Office of David A. Ten Broeck
👤 Connect

**Darshna Patel**
Founder and CEO at Shree Hari Medical Billing LLC
👤 Connect

**Chris Asmus** ⊘
CSO and Director of Analytics
👤 Connect

**Euler LAURORE**
System Admin and Network Support Analyst at Caduceus...
👤 Connect

Show all

**You might like**
Pages for you

ABA  **American Bar Association**
Legal Services
350,168 followers
20 connections follow this page
+ Follow

**Law360**
Online Audio and Video Media
146,232 followers
38 connections follow this page
+ Follow

Show all

Promoted ···

**Phone System for Lawyers**
Capture more billable hours and automate administrative work

**Zip handles security**
If security isn't your job, Zip is for you

**Your Pattern Matters**
See how your leadership style shifts when things get messy. Take the quiz.

**Regional Sales Manager**
Aegis Sciences Corporation
Apr 2014 - May 2019 · 5 yrs 2 mos
long island, new york

Aegis Sciences Corporation is a national leader in healthcare and forensic laboratory sciences – leveraging innovative technology and best practices to deliver the right information and answers to help healthc...  ...see more

♡ Sales Performance, Direct Sales and +20 skills

**CLINICAL SALES SPECIALIST II NEUROMODULATION**
Boston Scientific · Full-time
Dec 2012 – Apr 2014 · 1 yr 5 mos

Responsible for promoting and growing Boston Scientific Spinal Cord Stimulator portfolio within assigned territory.

♡ Direct Sales, Key Account Development and +19 skills

## Education

**University of Pittsburgh**
BACHELOR OF SCIENCE, INFORMATION SCIENCE: Marketing/Advertising

♡ Customer Retention and New Business Development

**Lawrence Senior High school**

## Skills

**Sales Performance**

⌃ 3 experiences across Inspire Medical Systems and 2 other companies

⦿ Endorsed by 1 person in the last 6 months

▪ 1 endorsement

**Business-to-Business (B2B)**

⌃ 4 experiences across Inspire Medical Systems and 3 other companies

Show all 72 skills →

## Recommendations

**Received**   Given



**Meera Mehta** · 3rd
Transformative Learning Leader | Expert in LMS Integration, Strategic Training Development, and Cross-Functional Collaboration!
October 9, 2012, Meera was senior to Guy but didn't manage Guy directly

I've had the pleasure to work with Guy for over a year. He was a new hire during my training class. What impressed me about Guy was his committment and hard-work during training. He was well prepared, very knowledgeable and helpful especially to his classmates who were new to the pain market. Guy brings a positive energy to a team with his positive attitude and willingness to strive for the best. Any company will be lucky to have Guy as part of their organization for these reasons.

Sincerely,
Meera Mehta ...                                                                                           ...see more

**Matt Zubiller** · 3rd
TM1-Neuromodulation (Spinal Cord Stimulation) at St. Jude Medical
September 28, 2012, Matt worked with Guy on the same team

I had the pleasure of working alongside Guy Bar-Ilan for a few years while employed with King Pharmaceuticals. The first thing i noticed was how polarizing Guy's personality is. He's a genuine person who has a very strong work ethic. With several years of professional sales experience under his belt and a larger than life personality, I would highly recommend Guy Bar-Ilan to any employer looking for a top-notch performer.

Show all 11 received →

## Interests

**Top Voices**   Companies   Groups   Newsletters   Schools



**Brian G. Burns** in · 2nd
Do you want more meetings? Close larger deals? Listen to the Brutal Truth about Sales Podcast
279,893 followers

( + Follow )

**Sarah Johnston** in · 2nd
Executive Resume Writer for Global Leaders + LinkedIn Branding | Interview Coach ▣ Former Recruiter —> Founder of Briefcase Coach | Outplacement Provider | The Future of Work is Here™ | LinkedIn Learning Instructor
953,019 followers

( + Follow )

Show all Top Voices →

About                     Accessibility          Talent Solutions        ❓ Questions?                  Select Language
                                                                              Visit our Help Center.
Professional Community Policies    Careers        Marketing Solutions                                    English (English)       ▾
Privacy & Terms ▾          Ad Choices              Advertising             ⚙ Manage your account and privacy
                                                                              Go to your Settings.
Sales Solutions            Mobile                  Small Business
                                                                           🛡 Recommendation transparency
Safety Center                                                                 Learn more about Recommended Content.

LinkedIn Corporation © 2026

Messaging 40

Case 1:25-cv-10620-PAE    Document 29-13    Filed 02/05/26    Page 10 of 108





Account Executive and New Media Consultant
Yellow Book USA
2005 - Feb 2010 · 5 yrs 2 mos

Show all 11 experiences →

## Education

Hofstra University
BBA, Marketing
2000 - 2004
Activities and societies: Phi Epsilon

## Skills

**Marketing Strategy**
7 endorsements

**Marketing**
19 endorsements

Show all 16 skills →

## Recommendations

**Received**    Given

Mickey F. · 3rd
General Counsel - MaxxForce Companies
February 27, 2008, Mickey was Tara's client

Tara has been our "account executive" from the very beginning and has worked through some very difficult issues as we have grown our firm. I would highly recommend her to others for their Yellow Book needs.

## Honors & awards

**Winner's Circle FY22**
Issued by Medtronic · Jun 2022
Associated with Medtronic

**Winner's Circle FY21**
Jun 2021
Associated with Medtronic

Show all 5 honors & awards →

## Interests

**Top Voices**    Companies    Newsletters    Schools

Tony Robbins · 3rd
#1 New York Times best-selling author, life and business strategist, philanthropist, entrepreneur
7,338,023 followers
+ Follow

Bill George · 3rd
Executive Education Fellow at Harvard Business School, former Medtronic CEO, and Best-selling Author | True North Emerging Leader Edition available now!
279,467 followers
+ Follow

Show all Top Voices →

+ Follow
Show all

Promoted ···

**Yale MBA for Executives**
Earn your MBA from Yale while working full-time.
Catherine also follows Yale School of Management

**Reduce Stress on Cells**
Choose the Transit-X2™ Dynamic Delivery System for reliable transfection.

About                    Accessibility         Talent Solutions        Questions?                    Select Language
Professional Community Policies    Careers    Marketing Solutions    Visit our Help Center.    English (English)
Privacy & Terms ▾        Ad Choices            Advertising            Manage your account and privacy
Sales Solutions          Mobile                Small Business          Go to your Settings.
Safety Center                                                          Recommendation transparency
                                                                       Learn more about Recommended Content.

LinkedIn Corporation © 2026

Messaging



in    Q Search    Home  My Network  Jobs  Messaging  Notifications  Me ▾  For Business ▾  Try Premium for $0

**Eric Burdett** ✓ · 3rd
Software Developer D365
Mount Laurel, New Jersey, United States · Contact info
500+ connections



Lockheed Martin
The Pennsylvania State University

**Message**    + Follow    More

## Activity
557 followers

**Eric hasn't posted yet**
Recent posts Eric shares will be displayed here.

Show all activity →

## Experience



**Software Engineer Sr. Stf.**
Lockheed Martin · Full-time
Dec 2024 – Present · 1 yr 2 mos
Remote

**Senior Software Developer D365/Azure**
Inspire Medical Systems · Full-time
Nov 2022 – Dec 2024 · 2 yrs 2 mos
Minneapolis, Minnesota, United States · Remote

**D365/Power Platform Solution Architect**
Cloudwell · Full-time
Jun 2022 – Nov 2022 · 6 mos
Arlington, Virginia, United States

**Risk and Controls Manager**
Tandigm Health · Full-time
Mar 2021 – Jun 2022 · 1 yr 4 mos
Conshohocken, Pennsylvania, United States

**CRM Application Developer**
Neuronetics, Inc.
Mar 2019 – Mar 2021 · 2 yrs 1 mo
Malvern, PA

Show all 7 experiences →

## Education

**The Pennsylvania State University**
Bachelor of Science (BS), Information Science and Technology
2010 - 2012

## Skills

**C#**
 Endorsed by Dave Corun who is highly skilled at this
👥 3 endorsements

**.NET**
Endorsed by Dave Corun who is highly skilled at this
👥 3 endorsements

Show all 25 skills →

## Recommendations

Received    Given

**Nothing to see for now**
Recommendations that Eric receives will appear here.

## Interests

Top Voices    Companies    Groups    Newsletters

**Chip Cutter** in · 3rd
Reporter at The Wall Street Journal
169,485 followers

+ Follow

Promoted ···

**Roberto, explore relevant opportunities with WD-40 Company**
Get the latest jobs and industry news

Follow

**More profiles for you**

**Brett Godoy** · 3rd
Software Developer at PrimePay
Message

**Stephen Cline** · 3rd
Software Engineer at Lockheed Martin
Message

**krishna A** · 3rd+
ServiceNow Developer | ITOM, CMDB, Discovery, HRSD |...
Message

**Alexander Redtchits** ✓ · 3rd
Senior Software Developer @ Suvoda
Message

**Kevin Murray** · 3rd
Advisory Software Engineer at eMoney Advisor
Message

Show all

**People you may know**
From Eric's industry

**Gayle Caine**
Sr. VP Operations at Caduceus
Connect

**David Ten Broeck**
Attorney at Law Office of David A. Ten Broeck
Connect

**Darshna Patel**
Founder and CEO at Shree Hari Medical Billing LLC
Connect

**Chris Asmus** ✓
CSO and Director of Analytics
Connect

**Euler LAURORE**
System Admin and Network Support Analyst at Caduceus...
Connect

Show all

**You might like**
Pages for you

**Law360**
Online Audio and Video Media
146,232 followers
38 connections follow this page
+ Follow

**American Bar Association**
Legal Services
350,167 followers
20 connections



+ Follow

Show all

Promoted ...

**Yale MBA for Executives**
Earn your MBA from Yale while working full-time.
Catherine also follows Yale School of Management

**Beat the blank page**
Confluence has hundreds of templates for any project. Try it free!
Thomas & 2 other connections also follow Atlassian

About                              Accessibility                    Talent Solutions

Professional Community Policies     Careers                          Marketing Solutions

Privacy & Terms ▾                   Ad Choices                       Advertising

Sales Solutions                     Mobile                           Small Business

Safety Center

**Questions?**
Visit our Help Center.

**Manage your account and privacy**
Go to your Settings.

**Recommendation transparency**
Learn more about Recommended Content.

Select Language

English (English)

LinkedIn Corporation © 2026

Messaging 40



Search    Home  My Network  Jobs  Messaging  Notifications  Me  For Business  Try Premium for $0



**Joseph F. Chiarantona** ✓ · 3rd
Territory Sales Manager at Inspire Medical Systems
Philadelphia, Pennsylvania, United States · Contact info
500+ connections

🔵 Inspire Medical Systems
🔵 Villanova University

[ ✈ Message ]  [ + Follow ]  [ More ]

## About

High-energy sales leader with broad and deep business acumen and demonstrated success in high-pressure sales and marketing situations. Consistently recognized as an essential resource by health system administration, physicians, and staff when partnering to improve patient care efficiencies, and outcomes.

I pride myself on earning the ability to become a true consultant in the patient care process with respect to my products and services. Exceptional interpersonal and communication skills with proven abilities to quickly establish credibility and influence across functions and business sectors, building working relationships to exceed sales goals, and management of territory sales teams.

· Results oriented, self-starter with excellent management/leadership and decision-making skills.
· Demonstrates ability to promote products and services as well as secure and develop key accounts to maximize company profit.
· Excellent organization skills and ability to balance partnerships across multiple business sectors

## Activity
902 followers

Joseph F. Chiarantona commented on a post · 9mo
Congratulations Eric- Well deserved!

Show all comments →

## Experience


**Territory Manager**
Inspire Medical Systems · Full-time
Sep 2023 - Present · 2 yrs 5 mos
Greater Philadelphia


**Territory Sales Manager**
ZOLL Medical Corporation · Full-time
Jan 2017 - Oct 2023 · 6 yrs 10 mos
Philadelphia, Pennsylvania, United States

· Sell and Service Wearable Defibrillators to Cardiologists, ICs, EPs, and APPs
· Launch New Heart Failure Diagnostic Devices and established Program...                    ...see more


**Territory Sales Manager**
NOVADAQ
Jan 2015 - Dec 2016 · 2 yrs
Greater Philadelphia/Delaware Valley Territory

Capital device sales rep with experience in MIS and open surgical procedures and relationships with high volume Plastic, Cardiac, Thoracic, Breast, Colorectal, General, Oncology, Vascular, Podiatry, OBGYN, GYN, and (...see more


**Territory Manager**
Arthrex
Aug 2010 - Sep 2015 · 5 yrs 2 mos
Greater Philadelphia Area and Camden/Voorhees NJ Area

Responsible for sales of orthopedic products in Center City Philadelphia and the surrounding metro area. Drove sales growth in one of the highest-profile and most competitive territories in the country, year after y   ...see more


**Agent**
Nationwide Insurance
2008 - 2010 · 2 yrs
East Norriton

Show all 7 experiences →

## Education


**Villanova University**
Bachelor of Science (B.S.), Marketing
Activities and societies: Division I Swimming- Full Scholarship all 4 years, Student Body Secretary, Phi Sigma Kappa Fraternity, Student Athlete Senator- Student Athlete Affairs Committee


**Villanova University- School of Business**
Bachelor of Science (BS), Marketing

## Skills

**Umbrella Insurance**
👥 5 endorsements

---


Promoted

AVALIGN

Roberto, explore relevant opportunities with Avalign Technologies
Get the latest jobs and industry news

[ Follow ]

More profiles for you


**Erin Donlon** in · 3rd
Cardiac Medical Device Sales
[ Message ]


**Ashley Reimer** ✓ · 3rd
Territory Manager Inspire
[ Message ]


**Mike Melcher** in · 3rd
Territory Manager at Inspire Medical Systems
[ ✈ Message ]


**Alanna Stoltzfus** ✓ · 3rd
Territory Manager at Inspire Medical Systems
[ Message ]


**Bryan F.** in · 3rd
Area Sales Manager at Inspire Medical Systems
[ + Follow ]

Show all

People you may know
From Joseph F's job title


**Alex Dickin** in
Head of Sales & GTM North America @ Klarna | Sales...
[ ⅰ Connect ]

**Elizabeth W.**
Business Development | Communications | Advertising
[ ⅰ Connect ]

**Todd Deaton** in
Vice President, Business Development @ Integreon |...
[ ⅰ Connect ]


**Vincent M Babij** in
Sales Performance Optimization: Sales & Busines...
[ ⅰ Connect ]

**Wanda Palmer** ✓
Director of Strategic Accounts at TransPerfect Legal
[ ⅰ Connect ]

Show all

You might like
Pages for you


**American Bar Association**
Legal Services
350,167 followers
20 connections follow this page
[ + Follow ]

**Law360**
Online Audio and Video Media
146,232 followers
38 connections follow this page



**Property & Casualty Insurance**

4 endorsements

Show all 31 skills →

## Recommendations

**Received**   Given

**Kristin Peck** · 3rd
Director of Sales & Marketing at Tuskes Homes
April 17, 2013, Kristin worked with Joseph F. on the same team

I had the opportunity to work hand in hand with Joe on a daily basis and to this day I have to say that he was the best partner I ever had. Joe is self driven, goal focused, and used great business acumen with everyone that he encounters and he does it all with a smile on his face. If I ever had the opportunity to work with him again, I would choose to do it in a moment's notice and anyone who has the opportunity to spend time with him will find that their time will be well spent. He is a true professional and a joy to be around.

## Interests

**Companies**   Newsletters   Schools

**GE HealthCare**
2,756,707 followers
+ Follow

**Siemens**
8,501,056 followers
+ Follow

Show all companies →

About                          Accessibility          Talent Solutions        Questions?                      Select Language
Professional Community Policies   Careers            Marketing Solutions     Visit our Help Center.            English (English)
Privacy & Terms                Ad Choices             Advertising             Manage your account and privacy
Sales Solutions                Mobile                 Small Business          Go to your Settings.
Safety Center                                                                 Recommendation transparency
                                                                              Learn more about Recommended Content.

LinkedIn Corporation © 2026



in    🔍 Search                    🏠 Home   👥 My Network   💼 Jobs   💬 Messaging   🔔 Notifications   Me ▾   For Business ▾   Try Premium for $0

## C. Leanna Davis ✓ · 3rd
Field Clinical Representative

Central Islip, New York, United States · Contact info

188 connections

☁ Inspire Medical Systems

🟥 Stony Brook University

**Message**    **+ Follow**    **More**

### About

Experienced Medical Technician with a demonstrated history of working in the hospital (operating room) & health care industry. Strong business professional with a Health Science, B.S. focused in Health Care Management from Stony Brook University. Skilled in Nonprofit Organizations, Event Planning, Microsoft Excel, Microsoft Word, and Customer Service.

### Activity
189 followers

C. Leanna hasn't posted yet
Recent posts C. Leanna shares will be displayed here.

Show all activity →

### Experience

**Field Clinical Representative**
Inspire Medical Systems · Full-time
Jan 2023 - Present · 3 yrs 1 mo

**Clinical Specialist**
Medtronic · Full-time
Mar 2018 – Jan 2023 · 4 yrs 11 mos
New York, New York, United States

**Perioperative Autologous Blood Transfusion Technician**
New York Blood Center
Jan 2012 - Mar 2018 · 6 yrs 3 mos

**Medical Assistant & Medical Authorization Specialist**
Sleep Solutions of Smithtown
Jun 2008 - Aug 2011 · 3 yrs 3 mos
Smithtown, New York

### Education

**Stony Brook University**
Health Science, B.S., Health Care Management
2004 - 2008
Grade: Undergraduate
Activities and societies: Stony Brook Women's Basketball Team

**Influence Ecology**
Higher Education, Transactional Competence
2016
Activities and societies: Fundamentals of Transaction Program

Influence Ecology is the leading business education in transactional competence. Those who transact powerfully, thrive.

### Skills

Microsoft Office

Customer Service

Show all 18 skills →

### Interests

Top Voices    Companies    Schools

**Simon Sinek** in · 3rd
Optimist, New York Times bestselling author of "Start with Why" and "The Infinite Game", and founder of The Optimism Company
8,786,587 followers

**+ Follow**

### Causes

Promoted ···

Yum!

Roberto, explore relevant opportunities with Yum! Brands

Get the latest jobs and industry news

**Follow**

**More profiles for you**

**Lisa Hogan** · 3rd+
Yoga and Meditation Instructor
**Message**

**Dee Morrow** · 3rd+
Registered Nurse, Yoga & Retreat Business Owner....
**Message**

**Thomas Guinee** · 3rd+
--
**Message**

**Patricia Asprea Wright** · 3rd+
**Message**

**Mark Rebosa** · 3rd
Sr. Manager of Market Research & Analysis at New...
**Message**

Show all

**People you may know**

**Nicholas Pierce**
Director of Investigations at Block & Leviton LLP
**Connect**

**Selina Rosales-Spiesman, MBA** ⊘
Practice Manager at BLB&G
**Connect**

**Bhavin Hirpara** ⊘
IT Team member at FBT Gibbons
**Connect**

**Vijollca Sylaj** ⊘
Director of Operations
**Connect**

**David Duncan** ⊘
Senior Counsel at BLBG
**Connect**

Show all

**You might like**
Pages for you

**American Bar Association**
Legal Services
350,166 followers
20 connections follow this page
**+ Follow**

**Law360**
Online Audio and Video Media
146,232 followers
38 connections follow this page
**+ Follow**

Economic Empowerment • Education • Health • Human Rights • Science and Technology



Show all

Promoted ⋯

zip  **Your promise, secured.**
You told your customers that you're
secure. Let's make it happen.

X  **Phone System for Lawyers**
Capture more billable hours and
automate administrative work

Drexel  **MFA at Drexel University**
Concentrate in fiction writing and take
electives in areas such as YA.

About                              Accessibility                  Talent Solutions              Questions?
                                                                                                Visit our Help Center.
Professional Community Policies    Careers                        Marketing Solutions
                                                                                                Manage your account and privacy
Privacy & Terms ▾                  Ad Choices                     Advertising                   Go to your Settings.
Sales Solutions                    Mobile                         Small Business
                                                                                                Recommendation transparency
Safety Center                                                                                   Learn more about Recommended Content.

Select Language

English (English)                          ▾

LinkedIn Corporation © 2026

Messaging  40   ⋯  ✎  ⌃





**Kathleen DiLeva** ✓ · 3rd
Care Pathway Specialist at Inspire
Collegeville, Pennsylvania, United States · Contact info
472 connections

🔵 Inspire Medical Systems
🔴 University of Pennsylvania School of Nursing

Message   + Follow   More

## About

Experienced Nurse Practitioner with a demonstrated history of working in the hospital & health care industry. Skilled in Clinical Research, Advanced Cardiac Life Support (ACLS), Patient Safety, Acute Care, and Nursing. Strong healthcare services professional with a Master's Degree and Post Master's Certification focused in Cardiopulmonary / Adult Acute Care from University of Pennsylvania School of Nursing.

## Activity
475 followers

Posts   Comments



**Kathleen DiLeva** · 3rd+
Care Pathway Specialist at Inspire
3w

You would be joining a fantastic team and impacting the health and well-being of so many!

**Ryan Johnson** in · 3rd+
Regional Manager at Inspire Medical Systems

I will be starting the interviewing process for an open position that I believe is the most rewarding in the company, significantly impacting ...more

Field Clinical Representative - Annapolis/Baltimore, MD ✓     View job

🔴🔵 15 · 5 reposts

**Kathleen DiLeva** reposted this

**Inspire Medical Systems**
47,320 followers
2mo

We're proud to see continued evidence supporting the effectiveness of unilateral hypoglossal nerve stimulation (the Inspire® therapy approach) ...more

**Mark Aloia, Ph.D.** ✓ · 3rd+
Head of Research, Inspire Medical Systems ...

Excellent paper published this year demonstrating effective treatment of positional and supine OSA with unilateral hypoglossal nerve ...more

Effectiveness of...
m4p.com

🔴🔵 25 · 4 reposts

Show all posts →

## Experience

**Care Pathway Specialist**
Inspire Medical Systems · Full-time
Feb 2022 – Present · 4 yrs
Northeast

**Nurse Practitioner**
CritAcuity Medical Group
Feb 2019 – Feb 2022 · 3 yrs 1 mo
Sellersville, PA

**Nurse Practitioner**
Center for Sleep Medicine
Jan 2007 – Jan 2019 · 12 yrs 1 mo
Chestnut Hill Hospital, Philadelphia PA

Providing compassionate care to patients with sleep disorders and participating in ongoing education and research in the field of sleep medicine. Obtain detailed history of patient's chief complaint and order appropriat...

**Clinical Faculty, Acute Care Nurse Practitioner Program**
University of Pennsylvania School of Nursing
2003 – 2007 · 4 yrs
Philadelphia, PA

Clinical faculty and lecturer to students in the Acute Care Nurse Practitioner program. Provided clinical supervision and evaluation to students in a variety of acute care settings; assisted students in identifyi ...see more

**Cardiothoracic Surgery Nurse Practitioner**
Tenet Health System/Medical College of Pennsylvania
1996 – 2003 · 7 yrs
Philadelphia, PA

Integral role in the cardiothoracic surgery team throughout the continuum of care; provided initial consultation and communicated pertinent information directly to the cardiothoracic surgeon; performed preoperat ...see more

Show all 6 experiences

## Education

Promoted
◯CPC
Roberto, explore relevant opportunities with Colder Products Company
Get the latest jobs and industry news
Follow

**More profiles for you**


**Jean Marie Malpass RRT** ✓ · 3rd+
Senior Field Clinical Representative at Inspire...
Message


**Ashley Reimer** ✓ · 3rd
Territory Manager Inspire
Message


**Dennis Wuestkamp** ✓ · 3rd
Regional Manager at Inspire Medical Systems
Message


**Lea Schaffer** ✓ · 3rd
Field & Sales Training Coordinator
Message


**Lisa Voyles** ✓ · 3rd
Care Pathway Specialist with expertise in Field Clinical...
Message

Show all

**People you may know**
From Kathleen's industry


**Gayle Caine**
Sr. VP Operations at Caduceus
Connect

**David Ten Broeck**
Attorney at Law Office of David A. Ten Broeck
Connect

**Darshna Patel**
Founder and CEO at Shree Hari Medical Billing LLC
Connect

**Chris Asmus** ✓
CSO and Director of Analytics
Connect

**Euler LAURORE**
System Admin and Network Support Analyst at Caduceus...
Connect

Show all

**You might like**
Pages for you



**American Bar Association**
Legal Services
350,166 followers
20 connections follow this page
+ Follow


**Law360**
Online Audio and Video Media
146,232 followers
38 connections



**University of Pennsylvania School of Nursing**
Post Master's Certification, Cardiopulmonary/Adult Acute Care
Grade: 4.0/4.0

Activities and societies: Association of Acute Care Nurse Practitioners

**University of Pennsylvania School of Nursing**
Master's of Science in Nursing, Advanced Practice Nursing
Grade: 3.8/4.0

Show all 3 educations →

## Skills

### Clinical Research
1 endorsement

### Healthcare
3 endorsements

Show all 11 skills →

## Interests

**Top Voices**   Companies   Schools

**Maria Shriver** in · 3rd
Founder at Shriver Media
285,308 followers
+ Follow

**Martha Stewart** in · 3rd
Founder of Martha Stewart Living Omnimedia
354,059 followers
+ Follow

Show all Top Voices →

+ Follow
Show all

Promoted ···

**Yale MBA for Executives**
Designed for working professionals –
earn your MBA while working full-time.
Catherine also follows Yale School of Management

**Try Confluence for free**
Get started fast with the right template
for your project.
Thomas & 2 other connections
also follow Atlassian

About
Professional Community Policies
Privacy & Terms ▾
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2026

Messaging 40



## Education

**East Stroudsburg University of Pennsylvania**
Master's Degree, Public Health
2012 - 2015

Masters of Public Health

**East Stroudsburg University of Pennsylvania**
Bachelor's Degree, Psychology
2009 - 2012

Activities and societies: Psi-Chi, APA (American Psychological Association)

## Licenses & certifications

**CHES**
United Latino Students Association
Issued Dec 2014 · Expired Dec 2019

[ Show credential ☒ ]

**Certified Health Education Specialist**
National Commission for Health Education Credentialing, Inc
Issued Dec 2014 · Expired Dec 2019
Credential ID 23624

## Projects

**Biggest Winner Challenge Program**
Associated with Pocono Medical Center

Biggest Winner Program is a 6 month positive lifestyle change and weight loss program designated to motivate and educate program participants on the importance of healthy eating, diet, exercise, and support.

**Other contributors**

## Volunteering

**Psychological Rehabilitation Worker**
New Hope Clubhouse
Dec 2011 - Jun 2012 · 7 mos
Education

Here I interned as a Psychological Rehabilitation worker where I facilitated group counseling sessions and helped with day to day activities.

## Skills

**Healthcare**
Endorsed by 1 person in the last 6 months
10 endorsements

**Sales**
Endorsed by 1 person in the last 6 months
3 endorsements

Show all 20 skills →

## Languages

Spanish

## Interests

Top Voices    Companies    Groups    Newsletters    Schools

**Tony Robbins** 🔗 · 3rd
#1 New York Times best-selling author, life and business strategist, philanthropist, entrepreneur
7,338,018 followers

[ + Follow ]

## Causes

Education • Health

**Yale MBA for Executives**
Earn your MBA from Yale while working full-time.
Catherine also follows Yale School of Management

**#1 for Project Management**
ClickUp's exceptional flexibility can handle any type of work & it's free.

About          Accessibility       Talent Solutions      Questions?
                                                          Visit our Help Center
Professional Community Policies  Careers  Marketing Solutions
Privacy & Terms ⌄   Ad Choices    Advertising           Manage your account and privacy
                                                          Go to your Settings.
Sales Solutions     Mobile         Small Business
Safety Center                                             Recommendation transparency
                                                          Learn more about Recommended Content

Select Language
English (English)

LinkedIn Corporation © 2026



## Dylan DiScenza ⊘ · 3rd
Robotic Microsurgery | Clinical Sales | Program Development
Jersey City, New Jersey, United States · Contact info
500+ connections

MMI - Medical Microinstruments, Inc.

**Message**  **+ Follow**  **More**

### About

💎 **Top skills**
Account Management · Sales · Medical Devices  →

### Activity
973 followers

**Posts**  Comments  Images

**Dylan DiScenza** · 3rd+
Robotic Microsurgery | Clinical Sales | Pro...
5d · 🌐

Congrats to Dr. Luccie Wo! Beyond proud to collaborate with you and help grow the #Symani program at Yale New Haven Hospital.

CT Health News
2,962 followers

Yale New Haven Hospital has introduced the Symani microsurgery robotic system, becoming the first hospital in New England and the ...more

👏 5

**Dylan DiScenza** · 3rd+
Robotic Microsurgery | Clinical Sales | Pro...
4w · Edited · 🌐

Exciting day at NYU Langone Health! Dr. Andrew Cantor completed his first lymphovenous bypass with the #Symani. Millions of patients suffer from ...more



👍❤️ 198 · 6 comments · 9 reposts

Show all posts →

### Experience

**Clinical Sales Specialist**
MMI - Medical Microinstruments, Inc.
Dec 2024 - Present · 1 yr 2 mos
New York City Metropolitan Area

**Symani Surgical System**
Featuring the world's smallest wristed robotic instruments, the Symani Surgical System is redefining microsurgery for patients, surgeons and hospitals.

**Inspire Medical Systems**
Full-time · 2 yrs 11 mos
New York City Metropolitan Area

**Territory Manager**
Jul 2023 - Dec 2024 · 1 yr 6 mos

**Field Clinical Representative**
Feb 2022 - Jul 2023 · 1 yr 6 mos

**No Hose. No Mask. Just Sleep.**
Inspire is the only FDA approved obstructive sleep apnea treatment that works inside your body to treat the root cause of sleep apnea with just the click of a button.

**Field Clinical Specialist**
SPR Therapeutics, Inc. · Full-time
Oct 2020 - Feb 2022 · 1 yr 5 mos
New York City Metropolitan Area

**SPRINT PNS System**
The SPRINT PNS system offers a minimally-invasive 60-day implant specifically designed to deliver significant and sustained pain relief while offering a system that is easy to use. The...

**OnSite Specialist**
Stryker · Full-time
May 2018 - Oct 2020 · 2 yrs 6 mos
New York City Metropolitan Area

**Stryker 1688 AIM 4K Platform**
1688 Advanced Imaging Modalities 4K Platform. Introducing the most comprehensive



homecare Promoted ···

Roberto, explore relevant opportunities with Homecare Homebase

Get the latest jobs and industry news

**Follow**

**More profiles for you**

**Mike Lashbrook** · 3rd
MedTech Sales | Start Up | Robotics | Disruptive...
Message

**Laura Farmer** · 3rd
Clinical Sales Specialist
Message

**Matthew Dowdell** in · 3rd
Clinical Sales Specialist at MMI | Challenger | Leader
✓ Message

**Griffin Maat** ⊘ · 3rd
Clinical Sales Specialist @ MMI
Message

**Mike Story** in · 3rd
Medical Device Sales | Disruptive Technology |...
✓ Message

Show all

**People you may know**

**Nicholas Pierce**
Director of Investigations at Block & Leviton LLP
➕ Connect

**Selina Rosales-Spiesman, MBA** ⊘
Practice Manager at BLB&G
➕ Connect

**Bhavin Hirpara** ⊘
IT Team member at FBT Gibbons
➕ Connect

**Vijollca Sylaj** ⊘
Director of Operations
➕ Connect

**David Duncan** ⊘
Senior Counsel at BLBG
➕ Connect

Show all

**You might like**
Pages for you

**American Bar Association**
Legal Services
350,162 followers
20 connections follow this page
**+ Follow**

**Law360**
Online Audio and Video Media
146,231 followers
38 connections follow this page
**+ Follow**

imaging ecosystem for multiple surgical specialties.

**Graduate Research Assistant**
University of New Hampshire
Aug 2017 - May 2018 · 10 mos

## Education

**University of Massachusetts Amherst**
Bachelor of Science - BS. Kinesiology
2013 - 2017

Promoted ···

**Yale MBA for Executives**
Designed for working professionals -
earn your MBA while working full-time.

Catherine also follows Yale School
of Management

**Phone System for Lawyers**
Capture more billable hours and
automate administrative work

## Licenses & certifications

**Certified Personal Trainer**
National Academy of Sports Medicine (NASM)
Issued Aug 2015 · Expired Aug 2017
Credential ID 1501213316

## Projects

**A Novel Biomarker for Quantifying and Diagnosing Skeletal Muscle Stress**
May 2016 - Jun 2017

Associated with University of Massachusetts Amherst

**Quality of Life in Peri- and Post-Menopausal Women with Disparate Physical Activity Levels**
Sep 2016 - Oct 2016

Associated with University of Massachusetts Amherst

## Skills

**Account Management**

1 endorsement

**Sales**

1 endorsement

Show all 40 skills →

## Honors & awards

**Grimes II Award**
Jan 2018

Associated with University of New Hampshire

Funding for my research project entitled, "Assessment of High-Velocity Blood Flow Restricted Resistance Training"

**Dean's List Honors**

Associated with University of Massachusetts Amherst

## Organizations

American College of Sports Medicine

## Interests

**Top Voices** Companies Schools

**Bill Gates** in
Chair, Gates Foundation and Founder,
Breakthrough Energy
39,798,433 followers

+ Follow

**Satya Nadella** in · 3rd
Chairman and CEO at Microsoft
11,620,119 followers

+ Follow

Show all Top Voices →

## Causes

Education · Health · Science and Technology

About | Accessibility | Talent Solutions | Questions?
Visit our Help Center.

Professional Community Policies | Careers | Marketing Solutions

Privacy & Terms ▾ | Ad Choices | Advertising | Manage your account and privacy
Go to your Settings.

Sales Solutions | Mobile | Small Business

Safety Center | Recommendation transparency
Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2026


Messaging 40



Q Search    Home  My Network  Jobs  Messaging  Notifications  Me ▾  For Business ▾  Try Premium for $0

**Ron Drapeau** ✓ · 3rd
Relevant | Accountable | Uncommon
Voorhees, New Jersey, United States · Contact info
578 followers · 500+ connections

[ + Follow ]  [ Message ]  [ More ]

 Inspire Medical Systems
 University of Massachusetts Amherst

## About

Uncommon Medical Device Representative with a demonstrated history of success in disruptive technology implementation. Confident clinical acumen with a Bachelor's in business from University of Massachusetts Amherst.

## Activity

578 followers                                                          [ + Follow ]

Ron Drapeau commented on a post · 21h

Congratulations Sean!

Ron Drapeau commented on a post · 1w

Congratulations Adam! A true testament to the culture and the clinical excellence you've built in Jersey. Grateful to work with a team that feels more like family than coworkers. 💙

Show all comments →

## Experience

**Territory Manager**
Inspire Medical Systems
May 2023 - Present · 2 yrs 9 mos
Voorhees, New Jersey, United States

**Area Sales Manager**
Diversatek, Inc.
Oct 2021 - Mar 2023 · 1 yr 6 mos
Florida, United States

♡ Market Development

**EndoTherapy Territory Manager | Field Trainer**
Olympus Corporation of the Americas
Nov 2018 - Oct 2021 · 3 yrs
New Smyrna Beach, Florida, United States

♡ Market Development

**Interventional Account Manager**
Hologic, Inc.
Oct 2008 - Jun 2015 · 6 yrs 9 mos
Greater Philadelphia Area

♡ Market Development

**Territory Account Manager**
MicroVention-Terumo
Oct 2005 - Sep 2008 · 3 yrs
New York, New York, United States

♡ Market Development

Show all 7 experiences →

## Education

**University of Massachusetts Amherst**
Bachelor's degree, Business Administration and Management, General

**Boston College High School**

Show all 3 educations →

## Skills

**Account Management**
Regional Sales Manager at Coca-Cola Bottling Company of Northern New England (CCNNE)

**Medical Devices**

Show all 3 skills →

Promoted ···

Roberto, explore relevant opportunities with Trebla Talent
Get the latest jobs and industry news

[ Follow ]

**More profiles for you**

 **Mike Melcher** 🔗 · 3rd
Territory Manager at Inspire Medical Systems
[ ✈ Message ]

 **Michael Sheehan** · 3rd
Area Vice President at Inspire Medical Systems
[ Message ]

 **Dennis Wuestkamp** ✓ · 3rd
Regional Manager at Inspire Medical Systems
[ Message ]

 **Colleen Kearns, RRT-SDS** · 3rd
Senior Field Clinical Representative at Inspire...
[ Message ]

 **Jon McMeekin** ✓ · 3rd
Senior Territory Manager at Inspire Medical Systems
[ Message ]

Show all

**People you may know**
From Ron's job title

 **Alex Dickin** 🔗
Head of Sales & GTM North America @ Klarna | Sales,...
[ ₊ Connect ]

**Elizabeth W.**
Business Development | Communications | Advertising
[ ₊ Connect ]

 **Todd Deaton** 🔗
Vice President, Business Development @ Integreon |...
[ ₊ Connect ]

 **Vincent M Babij** 🔗
Sales Performance Optimization; Sales & Busines...
[ ₊ Connect ]

**Wanda Palmer** ✓
Director of Strategic Accounts at TransPerfect Legal
[ ₊ Connect ]

Show all

**You might like**
Pages for you

 **American Bar Association**
Legal Services
350,162 followers
 20 connections follow this page
[ + Follow ]

**Law360**
Online Audio and Video Media



About
Accessibility
Talent Solutions
Questions?
Visit our Help Center.

Professional Community Policies
Careers
Marketing Solutions

Privacy & Terms ▾
Ad Choices
Advertising
Manage your account and privacy
Go to your Settings

Sales Solutions
Mobile
Small Business

Safety Center
Recommendation transparency
Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2026

Promoted



Roberto, explore relevant opportunities with Tential Solutions

Get the latest jobs and industry news

Follow

## Raouia Essafi · 3rd

Senior Sales Representative at Medtronic, CCDS

Jersey City, New Jersey, United States · Contact info

184 connections

Message    + Follow    More

Inspire Medical Systems

Stevens Institute of Technology

### Activity

187 followers

**Raouia hasn't posted yet**
Recent posts Raouia shares will be displayed here.

Show all activity →

## Experience

**Field Clinical Representative**
Inspire Medical Systems · Full-time
Jan 2025 - Present · 1 yr 1 mo

**Medtronic**
9 yrs 4 mos

**Senior Sales Representative**
Full-time
Aug 2022 - Jun 2023 · 11 mos

♡ Medical Devices and Sales

**Senior Clinical Specialist**
Aug 2019 - Aug 2022 · 3 yrs 1 mo
Greater New York City Area

• Certified Cardiac Device Specialist (International Board of Heart Rhythm Examiners)
• Senior Micra Technical Engineer

**Clinical Specialist**
Mar 2014 - Jul 2019 · 5 yrs 5 mos
Greater New York

• Provided technical support during cardiac device implants such as implantable pacemakers, implantable cardiac defibrillators, biventricular cardiac devices, and implantable cardiac monitors... ...see more

**Stevens Institute of Technology**
1 yr 8 mos

**Senior Design**
Aug 2012 - May 2013 · 10 mos

• Researched, designed, and developed a device for teeth extraction that utilized vibrations to cut down on trauma in the jaw and on extraction time by 20%.... ...see more

**Healthcare Management Undergrad Scholar**
Nov 2011 - Apr 2013 · 1 yr 6 mos
Hoboken, NJ

• Developed an instructor's guide for a seminal textbook in healthcare human resources
... ...see more

**Lab Assistant**
Oct 2011 - Mar 2013 · 1 yr 6 mos
Hoboken, NJ

• Prepared 5 different types of conduits varying by method of procedure and design
... ...see more

## Education

**Stevens Institute of Technology**
Bachelor of Engineering, Biomedical/ Medical Engineering
2009 - 2013
Activities and societies: Chi Alpha Epsilon National Honor Society (President '11-13)
Biomedical Engineering Society... ...see more

Medical Instrumentation & Imaging
Engineering Physiology... ...see more

**Mcnair Academic High School**
2005 - 2009

## Projects

**Dentwist**
Aug 2012 - May 2013

**More profiles for you**

Meagan Thon M.A. SLP ⊘
· 3rd
Field Clinical Representative - Inspire Medical Systems
Message

Jamie Kertz ⊘ · 3rd
INSPIRE Medical Systems - Territory Manager | 10 Years i...
Message

Heather Robbirds, RPSGT
⊘ · 3rd
Field Clinical Representative - Horabama Region
Message

Eric Shearer ⊘ · 3rd
Territory Manager
Message

David Tompkins ⊘ · 3rd
Strategic Sales Leader | Medical Device |Business Developmen...
Message

Show all

**People you may know**
From Raouia's school

Anne Callaghan
Procurement and Accounts Payable Director at Drew...
+ Connect

Sanjana Kantreddi
Java Full Stack Developer | Spring Boot | Microservices |...
+ Connect

Bianka Salomon, MS ⊘
Assistant Director of Graduate Admissions at Stevens Institut...
+ Connect

Hajin Lim ⊘
Cofounder of Kloa.gg: 300k+ MAU | Quantitative...
+ Connect

Alaka Mishal
Chief Technology Officer, Wealth & Investments...
+ Connect

Show all

**You might like**
Pages for you

 American Bar Association
Legal Services
350,162 followers
 20 connections
follow this page
+ Follow

 Law360
Online Audio and Video Media
146,230 followers



Associated with Stevens Institute of Technology

· Researched, designed, and developed a device for teeth extraction that utilized vibrations to cut down on trauma in the jaw and on extraction time by 20%....    ...see more

**Other contributors**

**Biorhythm**
Jan 2012 - May 2012
Associated with Stevens Institute of Technology

· Theoretically developed a wireless heart rate monitor system
...    ...see more

**Other contributors**

## Skills

**Sales**
Senior Sales Representative at Medtronic

**Cell Culture**
Endorsed by 3 colleagues at Stevens Institute of Technology

3 endorsements

Show all 17 skills →

## Interests

**Top Voices**    Companies    Groups    Schools

Arianna Huffington [in] · 3rd
Founder and CEO at Thrive Global | Passionate about Health and AI
9,598,101 followers

+ Follow

Bill Gates [in]
Chair, Gates Foundation and Founder, Breakthrough Energy
39,798,421 followers

+ Follow

Show all Top Voices →

38 connections follow this page

+ Follow

Show all

Promoted ···

**#1 for Project Management**
ClickUp's exceptional flexibility can handle any type of work & it's free.

**MFA at Drexel University**
Participate in packet exchanges with notable published writers. Learn more!

**Why Lawyers Love VXT**
Capture more billable hours and automate administrative work

About
Professional Community Policies
Privacy & Terms ▾
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2026

Messaging  40  ···





AngioDynamics
Feb 2013 - Apr 2015 · 2 yrs 3 mos
Eastern Pennsylvania, New Jersey and Delaware

Responsible for the sale and support of our line of oncology devices. Sale includes both a capital and disposable component. Call points include Executive Level, Surgical Oncology and Interventional Radiology.

◈ Negotiation, Strategic Relationships and +1 skill

Show all 8 experiences →

## Education

**Penn State University**
BS, Labor Law and Industrial Relations
Activities and societies: Sigma Phi Epsilon

## Volunteering

**Coach**
Lenape Valley Basketball
Jan 2017 - Mar 2023 · 6 yrs 3 mos

## Skills

**Key Accounts**
8 experiences across Inspire Medical Systems and 6 other companies

**Strategic Relationships**
8 experiences across Inspire Medical Systems and 6 other companies

Show all 41 skills →

## Courses

Ed Jones "Train the Trainer"

Harvard Business Negotiation Course

## Interests

Companies | Groups | Newsletters | Schools

**GE HealthCare**
2,756,673 followers
+ Follow

**Philips**
2,849,027 followers
+ Follow

Show all companies →

146,230 followers

38 connections
follow this page

+ Follow

Show all

Promoted ···

**One app for all your work**
Get everyone working in a single platform. Get started today, it's free

**Your promise, secured.**
You told your customers that you're secure. Let's make it happen.

**Creative Writing MFA**
Learn from award-winning writers such as Sadeqa Johnson at Drexel.

About
Professional Community Policies
Privacy & Terms ▾
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

❓ Questions?
Visit our Help Center.

⚙ Manage your account and privacy
Go to your Settings.

🛡 Recommendation transparency
Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2026

Messaging 40 ··· ☑ ⌃



Q Search

Home | My Network | Jobs | Messaging | Notifications | Me ▾ | For Business ▾ | Try Premium for $0



## May Fang · 3rd
Training Manager
New York, New York, United States · Contact info
500+ connections

**Message**  **+ Follow**  **More**

 Inspire Medical Systems

 University of California, Berkeley

## About

Award-winning professional with over 15 years of clinical experience who has a passion for patient care and education with expertise in neuropsychological testing and medical devices

A self-motivated leader and team-player who has the ability to build relationships and win loyalty through the employment of superior problem solving, customer service, and needs identification and fulfillment

Proven track record of success with the unique ability to multitask and produce at extremely high volumes

Enjoys being challenged and excels most in competitive and dynamic environments

## Activity
1,141 followers

May Fang commented on a post • 4mo

Congrats Allison! Have always loved working with you and will miss that beautiful smile of yours! Wishing you all the very best!

Show all comments →

## Experience

 **Training Manager**
Inspire Medical Systems
May 2019 - Present · 6 yrs 9 mos

 **NeuroPace**
5 yrs 8 mos

**Senior Manager of Clinical Education and Training**
Jan 2018 - May 2019 · 1 yr 5 mos

**Principal Field Clinical Engineer**
Oct 2013 - Sep 2018 · 5 yrs

**National Manager Fellows Program**
Nov 2016 - Jan 2018 · 1 yr 3 mos

 **Medtronic**
5 yrs 1 mo

**Senior Clinical Specialist**
Oct 2010 - Oct 2013 · 3 yrs 1 mo
Greater New York City Area

Clinical and technical expert for Neuromodulation medical devices in the highest volume pain and spasticity territory (approx $7.5 million in revenue) that has achieved 9 consecutive over-plan quarters whose jo ...see more

**Shared Technical Consultant**
Oct 2008 - Jul 2011 · 2 yrs 10 mos

Provides general information, education, troubleshooting and support of Medtronic Neuromodulation therapies and medical device products to patients, health care professionals, Medtronic sales personnel and oth ...see more

 **Psychometrist**
MN epilepsy group
2005 - 2008 · 3 yrs
St. Paul, MN

Responsible for the administration and scoring of neuropsychological tests used in the diagnosis of neurological disorders

## Education

 **University of California, Berkeley**
Bachelors, Molecular Cell Biology and Interdisc. Field Studies
2000 - 2004

## Skills

**Medical Devices**

Endorsed by Gregory F. Molnar, PhD and 5 others who are highly skilled at this

Endorsed by 3 colleagues at Inspire Medical Systems

---


Roberto, explore relevant opportunities with Warner Bros. Discovery
Get the latest jobs and industry news

**Follow**

**More profiles for you**

 **Tandy Smith** ⊘ · 3rd
Academic Development & Excellence Education Manage...
**Message**

 **Lucy Vetter** ⊘ · 3rd+
University of Minnesota Student | Marketing Intern at...
**Message**

 **Laura Ashbach, CNP** ⊘ · 3rd
Advanced Practice Provider Customer Programs Manager
**Message**

 **Beth Amundson** ⊘ · 3rd+
Manager of Customer Programs at Inspire Medical...
**Message**

 **Sammi (Lund) Wyvell** ⊘ · 3rd
Medical Education Specialist at Inspire Medical Systems, Inc.
**Message**

Show all

**People you may know**
From May's school

 **Rebecca Kim Iyer** ⊘
Capital Markets Associate at Fried Frank
**Connect**

 **Brandon Marsh** ⊘
Litigator at Hueston Hennigan LLP
**Connect**

 **Audrey Hillyard, CEDS** ⊘
Passionate trainer and teacher with a focus on legal...
**Connect**

 **Amirali Azinfar** ⊘
Tax Associate at Latham & Watkins
**Connect**

 **Veena Mitchell** ⊘
Senior Counsel and Pro Bono Counsel at Clyde & Co
**Connect**

Show all

**You might like**
Pages for you

 **American Bar Association**
Legal Services
350,162 followers
 20 connections follow this page
**+ Follow**

 **Law360**
Online Audio and Video Media



57 endorsements

**Surgeons**

Endorsed by 4 colleagues at Medtronic

11 endorsements

Show all 28 skills →

## Recommendations

Received    Given

**Liz Adams, PhD, ABPP-CN** · 3rd
Neuropsychologist and Owner at Minnesota Neuropsychology, LLC
August 17, 2013, Liz managed May directly

May Fang was the Lead Psychometrist at Minnesota Epilepsy Group when I started there as a Neuropsychologist 6 years ago. I was technically her direct supervisor, but I think May taught me more on the job than I taught her. She worked with me for about 2 years. She demonstrated outstanding professional competence, including traits such as organization, timeliness, communication, leadership, and flexibility. May definitely had the perfect balance between the attention-to-detail and big-picture perspectives. She has mastery of both and this is what makes her so good. May's genuinely sweet and kind-hearted personality adds to all these professional traits to make her one of the best psychometrists I have ever worked with. Now, 4 years after her departure, we still rely on organizational systems she put in place when she was here. Psychometrists who came after her uti ...see more

**Neel Mehta** · 3rd
Medical Director, Pain Medicine, Professor of Anesthesiology
August 6, 2013, Neel was May's client

As a pain physician, May has been vital to the continuing clinical success of my patients in the field of neuromodulation. Her knowledge of a particular case is impressive, but what really sets her ahead is her incredible patience, diligence, and follow-through on making sure a patient is comfortable both in terms of pain and in understanding of the device. I have been fortunate to have May as a resource and colleague in treating painful conditions for my patients.

Show all 4 received →

## Honors & awards

**Exceptional Clinical Specialist Service Award**
Issued by Medtronic · Jan 2013

Associated with Medtronic

**Fellowship Program Champion**
Issued by Medtronic · Jan 2013

Associated with Medtronic

Show all 6 honors & awards →

## Interests

Top Voices    Companies    Groups    Schools

**Charlene Li** · 3rd
I help leaders drive disruptive business transformation and develop winning AI strategies
200,632 followers

+ Follow

**Bob Sutton** · 3rd
Organizational psychologist, Stanford faculty, New York Times bestselling author, and speaker. Eight books including Good Boss, Bad Boss, The No Asshole Rule, and Scaling Up Excellence. Latest:The Friction Project.
256,084 followers

+ Follow

Show all Top Voices →

146,230 followers

38 connections follow this page

+ Follow

Show all

Promoted ···

**Yale MBA for Executives**
Earn your MBA from Yale while working full-time.
Catherine also follows Yale School of Management

**Phone System for Lawyers**
Capture more billable hours and automate administrative work

About                    Accessibility          Talent Solutions       Questions?                    Select Language
Professional Community Policies   Careers        Marketing Solutions    Visit our Help Center.        English (English)
Privacy & Terms ▾        Ad Choices             Advertising            Manage your account and privacy
Sales Solutions          Mobile                 Small Business         Go to your Settings.
Safety Center                                                          Recommendation transparency
                                                                       Learn more about Recommended Content.
LinkedIn Corporation © 2028

Messaging 40





- **Scoring Technologist**
  Feb 2006 - Jun 2007 · 1 yr 5 mos

- **Polysomnographic Technologist**
  Feb 2004 - Feb 2006 · 2 yrs 1 mo

### Interests

Companies   Groups   Newsletters

**Cleveland Clinic**
879,725 followers

+ Follow

**ZOLL Medical Corporation**
150,988 followers

+ Follow

Show all companies →

**Beat the blank page**
Confluence has hundreds of templates for any project. Try it free!

Thomas & 2 other connections also follow Atlassian

**#1 for Project Management**
ClickUp's exceptional flexibility can handle any type of work & it's free.

Promoted ···

About
Professional Community Policies
Privacy & Terms
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language

English (English)

LinkedIn Corporation © 2026

Messaging 40





3 endorsements

Show all 26 skills →

+ Follow

Show all

## Interests

Companies    Groups    Newsletters    Schools

**GE HealthCare**
2,756,670 followers

+ Follow

**Oracle**
11,101,654 followers

+ Follow

Show all companies →

Promoted ···

**Yale MBA for Executives**
Earn your MBA from Yale while working full-time.

Catherine also follows Yale School of Management

**Zip handles security**
If security isn't your job, Zip is for you

About

Professional Community Policies

Privacy & Terms ▼

Sales Solutions

Safety Center

Accessibility

Careers

Ad Choices

Mobile

Talent Solutions

Marketing Solutions

Advertising

Small Business

❓ **Questions?**
Visit our Help Center.

⚙ **Manage your account and privacy**
Go to your Settings.

🛡 **Recommendation transparency**
Learn more about Recommended Content.

Select Language

English (English)

LinkedIn Corporation © 2026

Messaging  40  ··· ✎ ⌃





## Licenses & certifications

**1st Degree Black Belt**
Soca Brazilian Jiu Jitsu
Issued Nov 2025

**Black Belt Certification (BB)**
Soca Brazilian Jiu Jitsu
Issued Dec 2022

Show all 6 licenses & certifications →

## Skills

**Tier II**

Field Clinical Representative, Tier II at Inspire Medical Systems

**Account Management**

Sr. Clinical Sales Specialist, Cardiac Rhythm Management at Abbott

2 endorsements

Show all 28 skills →

## Interests

Top Voices   Companies   Groups   Newsletters   Schools

**Anjali Sud** · 3rd
CEO of Tubi. Former CEO of Vimeo.
314,742 followers
+ Follow

**Jeff Weiner** · 3rd
Executive Chairman at LinkedIn / Founding
Partner Next Play Ventures
10,390,276 followers
+ Follow

Show all Top Voices →

+ Follow

Show all

Promoted ···

**Beat the blank page**
Confluence has hundreds of templates
for any project. Try it free!
Thomas & 2 other connections
also follow Atlassian

**#1 Work Management Tool**
Trusted by over 3 MILLION teams. Create
a free workspace today!

About                     Accessibility              Talent Solutions        Questions?
Professional Community Policies   Careers         Marketing Solutions       Visit our Help Center.
Privacy & Terms ▾        Ad Choices                Advertising             Manage your account and privacy
Sales Solutions           Mobile                    Small Business            Go to your Settings.
Safety Center                                                                Recommendation transparency
                                                                            Learn more about Recommended Content.

Select Language
English (English)     ▾

LinkedIn Corporation © 2026

Messaging  40   ···  ⬚  ⌃



## Peter Grassi · 3rd
Territory Manager at Inspire Medical Systems
United States · Contact info
303 connections

**St. John's University**

[ Message ]  [ + Follow ]  [ More ]

## About

An established sales professional in both the hospital and office setting. Working in device sales, business development, pharmaceutical sales, and patient care throughout my career. Specializing in market development, therapy awareness, and relationship building leading to differentiation in the sector with strong sales growth. Experience with launching new products, contracting, expanding indications, and networking within IDNs, hospitals, and physician offices.
NYS Licensed Pharmacist.
Past President NYSCHP Westchester Chapter.

## Activity
308 followers

Peter Grassi commented on a post · 1yr

Congrats Emilia! 🎉

Show all comments →

## Experience

**Territory Manager**
Inspire Medical Systems · Full-time
Jul 2023 – Present · 2 yrs 7 mos
🔗 helped me get this job

**Sales Representative**
Medtronic
Aug 2016 – Jul 2023 · 7 yrs
Greater New York City Area

**Eli Lilly and Company**
8 yrs 2 mos

**Executive Account Specialist**
Oct 2011 – Jul 2016 · 4 yrs 10 mos

Hospital Account Sales

**Sales Representative**
Jun 2008 – Oct 2011 · 3 yrs 5 mos
Brooklyn, NY

## Education

**St. John's University**
Bachelor of Science (BS), Pharmacy

## Skills

**Cardiology**

Endorsed by Harry Sewpersaud and 2 others who are highly skilled at this

Endorsed by 3 colleagues at Eli Lilly and Company

8 endorsements

**Pharmaceutical Sales**

Endorsed by 2 colleagues at Eli Lilly and Company

6 endorsements

Show all 15 skills →

## Interests

Companies    Schools

**Eli Lilly and Company**
2,517,824 followers
[ + Follow ]

**Medtronic**
2,421,761 followers
[ + Follow ]



**BREMER** Bank    Promoted ···

Ⓑ

Roberto, explore relevant opportunities with Bremer Bank

Get the latest jobs and industry news

[ Follow ]

**More profiles for you**

Kristofer Keller · 3rd
Medical Device | Capital Equipment | Sales & Marketin...
[ Message ]

Kristin Havlicek Adkins · 3rd
Inspire Medical Systems – Territory Manager
[ ✈ Message ]

George Soden · 3rd
Area Vice President at Inspire Medical Systems
[ Message ]

Meg Kaushal · 3rd
Territory Manager at SetPoint Medical
[ Message ]

May Fang · 3rd
Training Manager
[ Message ]

Show all

**People you may know**
From Peter's school

Tanesia Preya Rodriguez
Securities Litigation Paralegal at Bernstein Litowitz Berger &...
[ Connect ]

Toby S.
Legal
[ Connect ]

Bill Robedee
Corporate & Commercial Attorney
[ Connect ]

Diane Phillips
Law Practice Professional
[ Connect ]

Rick Solomon
Owner/manager at BaysideBlue Records/VaP
[ Connect ]

Show all

**You might like**
Pages for you

**ABA American Bar Association**
Legal Services
350,160 followers
20 connections follow this page
[ + Follow ]

**Law360**
Online Audio and Video Media
146,230 followers
38 connections follow this page



Promoted •••

**MFA at Drexel University**
Participate in packet exchanges with
notable published writers. Learn more!

**AI Writing Assistant**
Eliminate errors and work seamlessly
across multiple platforms and devices.

**Document Finder**
Get Instant Access to the Nationwide
Repository of Recorded Documents

About
Accessibility
Talent Solutions
Questions?
Visit our Help Center.

Select Language

Professional Community Policies
Careers
Marketing Solutions

Privacy & Terms
Ad Choices
Advertising
Manage your account and privacy
Go to your Settings.

English (English)

Sales Solutions
Mobile
Small Business

Safety Center

Recommendation transparency
Learn more about Recommended Content.

LinkedIn Corporation © 2026

Messaging  40

 Search   Home  My Network  Jobs  Messaging  Notifications  Me ▾   For Business ▾   Try Premium for $0


**Inspire**
Sleep Apnea Innovation

### Krista H. ⊘ · 3rd           Inspire Medical Systems
Medical Device Sales Leader
New York, New York, United States · Contact info
500+ connections

[Message]  [Connect]  [More]

## About
Proven sales leader and business developer with ten years of experience elevating brand visibility and sales growth through expert oversight of sales strategies spanning multi-million dollar territories in the Northeast Region. Established record of success commanding market dominance through strategic pull-through initiatives, internal sales motivation programs, peer-to-peer influence building and special project management. Strong business acumen with demonstrated ability to make profitable business decisions quickly and with confidence.

## Activity
2,702 followers

[Posts]  [Comments]



Krista H. reposted this                          Krista H. reposted this

Jennifer Fitch 🔗 · 3rd+                          Jennifer Fitch 🔗 · 3rd+
Medical Device Sales | Inspire Medical Systems   Medical Device Sales | Inspire Medical Systems
7mo · ⓢ                                           7mo · ⓢ

💫 Join our mission to transform lives at Inspire   💫 Join our mission to transform lives at Inspire
Medical Systems! 💫                                Medical Systems! 💫

Here we grow again! We have an opening for a Field   Here we grow again! We have an opening for a Field
Clinical Representative in the Albany, NY area! If   Clinical Representative in the Albany, NY area! If
you're passionate about advancing healthcare and   you're passionate about advancing healthcare and
helping patients with Obstructive Sleep Apnea (OSA)   helping patients with Obstructive Sleep Apnea (OSA)
find life changing solutions, this is your ...more   find life changing solutions, this is your ...more

Field Clinical        [View job]     Field Clinical        [View job]
Representative,                      Representative,
Albany/Utica,                        Albany/Utica,
NY ⊘                                 NY ⊘
Job by Inspire Medica...              Job by Inspire Medica...
Albany, New York,                    Albany, New York,
United States (Remote)               United States (Remote)

🔵 27 · 10 reposts                    🔵 27 · 10 reposts

👍  💬  🔁  ➤            👍  💬  🔁  ➤

Show all posts →

## Experience

 **Sr. Regional Sales Manager**
Inspire Medical Systems · Full-time
Feb 2022 - Present · 4 yrs
Upstate New York and Connecticut

💡 Business Analysis, New Business Development and +3 skills

 **District Sales Manager**
Medtronic
Aug 2015 - Feb 2022 · 6 yrs 7 mos

• Areas include NY, PA, CT, NJ, DE, VA, and MD
• Leading Medical Device Sales Representatives focused in Pain Therapies, Interventional Spine, Radio ...see more

 **Allergan**
7 yrs 8 mos

**Northeast Region Manager**
Apr 2008 - Aug 2015 · 7 yrs 5 mos
Northeast Region including New York, Pennsylvania, Delaware and Maryland

Region Manager for Botox Therapeutics
Responsible for leading nine person sales team selling Botox Therapeutic for neurologic conditions. E... ...see more

**Sr. Neuroscience Medical Consultant**
Jan 2008 - Apr 2011 · 3 yrs 4 mos
Buffalo/Niagara, New York Area

 **Pharmaceutical Sales Representative**
Solvay Pharmaceuticals
Dec 2006 - Dec 2007 · 1 yr 1 mo
Rochester, New York Area

**Pharmaceutical Sales Representative**
Schering Plough Corp
Jan 2000 - Dec 2006 · 7 yrs

### More profiles for you

Jennifer Fitch 🔗 · 3rd
Medical Device Sales | Inspire Medical Systems
[Message]

George Soden ⊘ · 3rd
Area Vice President at Inspire Medical Systems
[Message]

Deidre Hall · 3rd
Medical Device Territory Manager
[Message]

Tara Bellotti-Girouard · 3rd
Territory Manager Inspire
[Message]

Bob Gilmartin ⊘ · 3rd
Territory Manager at Inspire Medical Systems
[Message]

Show all

### People you may know

Nicholas Pierce
Director of Investigations at Block & Leviton LLP
[Connect]

Selina Rosales-Spiesman, MBA ⊘
Practice Manager at BLB&G
[Connect]

Bhavin Hirpara ⊘
IT Team member at FBT Gibbons
[Connect]

Vijollca Sylaj ⊘
Director of Operations
[Connect]

David Duncan ⊘
Senior Counsel at BLBG
[Connect]

Show all

### You might like
Pages for you

ABA  **American Bar Association**
Legal Services
350,160 followers
20 connections follow this page
[+ Follow]

**Law360**
Online Audio and Video Media
146,230 followers
38 connections follow this page



Upstate New York

## Education

**Canisius University**
Bachelor of Science (BS), Education

**University of Nevada-Las Vegas**
Certification

## Skills

**Medicine**

Endorsed by Robert Overbaugh MD who is highly skilled at this

Endorsed by 2 colleagues at Allergan

15 endorsements

**Neurology**

Endorsed by Shannon (Bruner) Cook and 3 others who are highly skilled at this

Endorsed by 13 colleagues at Allergan

33 endorsements

Show all 50 skills →

## Honors & awards

**Peak Performance Award**
Jan 2018

Associated with Medtronic

**Peak Performance Award**
Jan 2017

Associated with Medtronic

Show all 7 honors & awards →

## Interests

Top Voices   Companies   Groups   Newsletters   Schools

**Mark Cuban** in · 3rd
President
8,284,678 followers
+ Follow

**Brent Saunders** in · 3rd
Chairman & CEO, Bausch + Lomb; Chairman of BeautyHealth and Roam
54,881 followers
+ Follow

Show all Top Voices →

About                  Accessibility           Talent Solutions        Questions?
                                                                       Visit our Help Center.
Professional Community Policies   Careers     Marketing Solutions
Privacy & Terms ▾      Ad Choices             Advertising             Manage your account and privacy
                                                                       Go to your Settings.
Sales Solutions        Mobile                 Small Business
Safety Center                                                          Recommendation transparency
                                                                       Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2026

Promoted ···

#1 for Project Management
ClickUp's exceptional flexibility can handle any type of work & it's free.

Your promise, secured.
You told your customers that you're secure. Let's make it happen.

Phone System for Lawyers
Capture more billable hours and automate administrative work

Show all

Messaging 40

Search
Home   My Network   Jobs   Messaging   Notifications   Me ▾   For Business ▾   Try Premium for $0

## Mark Hannam ✓ · He/Him · 3rd

Inspire Medical Systems

Territory Manager | Inspire Medical Systems, Inc. | NYC Metro Area | Based at the Jersey Shore

New York, New York, United States · Contact info

500+ connections

**Message**    + Follow    More

### About

As a Territory Manager with a decade of experience in medical device sales, I've built a career on turning complex markets into growth stories. Based at the Jersey Shore and managing Inspire Medical Systems' Manhattan territory — I partner with leading institutions including NewYork-Presbyterian, Mount Sinai, NYU Langone, and Northwell Health to expand access to Inspire's innovative sleep apnea therapy.

I'm passionate about pairing groundbreaking technology with strong partnerships. My approach blends deep clinical understanding with a consultative, relationship-first style—helping teams streamline processes, expand therapy access, and exceed performance goals.

Recognized for consistently elevating territory performance and transforming underdeveloped regions into top-producing markets. I thrive in environments where collaboration, education, and strategic execution intersect.

My work feels most meaningful when evidence-based medicine and genuine care come together — transforming innovation into impact. I'm grateful to play a part in advancing therapies that help people find peace in something as simple, yet essential, as a full night's sleep.

🛡 Top skills
Business Development · Program Launch · Artificial Intelligence (AI) · Sales · Account Management     →

### Activity
1,383 followers

**Mark hasn't posted yet**
Recent posts Mark shares will be displayed here.

Show all activity →

### Experience



**Territory Manager**
Inspire Medical Systems · Full-time
Aug 2022 - Present · 3 yrs 6 mos
Manhattan, New York, United States

⚲ Interdisciplinary Collaboration, Consultative Selling and +3 skills

**Territory Manager**
ZOLL Respicardia · Full-time
Oct 2021 - Jul 2022 · 10 mos
New York City Metropolitan Area

⚲ Business Development

**Medtronic**
5 yrs 9 mos

**Sales Representative - Cardiac Rhythm & Heart Failure**
Full-time
Jul 2020 - Sep 2021 · 1 yr 3 mos
Monmouth County, New Jersey, United States

⚲ Customer Relationship Management (CRM), Business Development and +3 skills

**Clinical Specialist - Cardiac Rhythm & Heart Failure**
Apr 2019 - Jul 2020 · 1 yr 4 mos
Monmouth County, NJ

Pacemaker and Implantable Cardiac Defibrillator specialist. I work in the Operating Room and Cardiac Catheterization Lab to aide physicians in new device implantations, as well as perform device troubles ...see more

⚲ Business Development and Sales Operations

**Associate Clinical Specialist - Cardiac Rhythm & Heart Failure**
Jan 2016 - Apr 2019 · 3 yrs 4 mos
Ocean and Monmouth County, New Jersey

Pacemaker and Implantable Cardiac Defibrillator specialist. I work in the Operating Room and Cardiac Catheterization Lab to aide physicians in new device implantations, as well as perform device troubles ...see more



**Dining Room Server**
Manasquan River Golf Club
2010 - Dec 2015 · 6 yrs
Brielle, New Jersey, United States

⚲ Customer Service, Food Service Operations and +1 skill

### More profiles for you


**Meg Kaushal** ✓ · 3rd
Territory Manager at SetPoint Medical
Message


**George Soden** ✓ · 3rd
Area Vice President at Inspire Medical Systems
Message


**Lorenz Zaragoza** ✓ · 3rd
Territory Manager at MicroTransponder
Message


**Adam Paster** ✓ · 3rd
Regional Manager Greater NY Region
Message


**Travis Nathan** ✓ · 3rd
Territory Manager at Inspire Medical Systems
Message

Show all

### People you may know
From Mark's job title


**Alex Dickin** 🔗
Head of Sales & GTM North America @ Klarna | Sales,...
➕ Connect

**Elizabeth W.**
Business Development | Communications | Advertising
➕ Connect


**Todd Deaton** 🔗
Vice President, Business Development @ Integreon |...
➕ Connect


**Vincent M Babij** 🔗
Sales Performance Optimization; Sales & Busines...
➕ Connect

**Wanda Palmer** ✓
Director of Strategic Accounts at TransPerfect Legal
➕ Connect

Show all

### You might like
Pages for you


**American Bar Association**
Legal Services
350,160 followers
  20 connections follow this page
+ Follow


**Law360**
Online Audio and Video Media
146,230 followers



**Staffing and Sourcing Specialist**
Elite Sales Recruiting
Nov 2014 - May 2015 · 7 mos

Finding, screening, and placing the best medical sales representatives in the country with Fortune 500 companies.

♡ Prospecting Skills and Networking

## Education

**Rutgers University**
Biomedical Engineering, Tissue and Molecular Bioengineering
2011 - 2015
Activities and societies: Rutgers University Biomedical Engineering Society, Residence Hall Association

**Brick Memorial High School**
2007 - 2011
Activities and societies: Key Club Treasurer, Peer Leadership, Peer-to-Peer

Class rank: 16/486

## Licenses & certifications

**Career Essentials in Generative AI by Microsoft and LinkedIn**
Microsoft
Issued Nov 2023

[ Show credential ↗ ]

♡ Generative AI, Computer Ethics and +1 skill

**IBHRE**
Heart Rhythm Society
Issued Oct 2018

♡ Medical Devices, Cardiac Electrophysiology and +1 skill

Show all 3 licenses & certifications →

## Volunteering

**Construction Team**
Habitat for Humanity International

**Runner and Contributor**
Relay for Life

Show all 4 volunteer experiences →

## Skills

**Account Management**

**Food Service Operations**

Dining Room Server at Manasquan River Golf Club

2 endorsements

Show all 40 skills →

## Courses

**Biomedical Devices and Systems Lab**

Associated with Rutgers University-New Brunswick

**Calculus I, II, III, IV**

Associated with Rutgers University-New Brunswick

Show all 9 courses →

## Honors & awards

**Voted Best Senior Design Project**
Dec 2014

Designed a portable gait analysis system as part of a 3 person team, and voted best project and presentation by the Biomedical Engineering Class of 2015.

**Tough Mudder Finisher**
Issued by Tough Mudder · Oct 2014

-Trained for 9 months to undergo a vigorous physical challenge that included a 10 mile run with 20 obstacles designed by British Special Forces...                    ...see more

Show all 7 honors & awards →

## Languages

**English**
Native or bilingual proficiency

## Interests

follow this page

[ + Follow ]

Show all

Promoted ···

B  **Unlock A Special Offer**
Stay ahead in the New Year with unlimited access for just $1.99/first month

Raul & 3 other connections also follow Bloomberg News

**#1 for Project Management**
ClickUp's exceptional flexibility can handle any type of work & it's free.







About

Professional Community Policies

Privacy & Terms ▾

Sales Solutions

Safety Center

Accessibility

Careers

Ad Choices

Mobile

Talent Solutions

Marketing Solutions

Advertising

Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language

English (English)

LinkedIn Corporation © 2026

**in** Q Search    Home  My Network  Jobs  Messaging  Notifications  Me ▾  For Business ▾  Try Premium for $0

## Mos Jose · 3rd

Inspire Medical Systems

Master Level Manufacturing Engineer with extensive background in Medical Devices, FDA Regulations & cGMP compliance

Bloomfield, New Jersey, United States · Contact info

267 connections

**Message**   + Follow   More

## Activity

265 followers

**Mos hasn't posted yet**
Recent posts Mos shares will be displayed here.

Show all activity →

## Experience

**Quality Engineering Manager**
Inspire Medical Systems · Full-time
Jan 2018 - Present · 8 yrs 1 mo
Minneapolis, Minnesota, United States · On-site

**Pfizer**
Full-time · 3 yrs 9 mos
Franklin Lakes, New Jersey, United States

**Manufacturing Engineer III**
Feb 2017 - Dec 2017 · 11 mos

**Manufacturing Engineer II**
Apr 2014 - Feb 2017 · 2 yrs 11 mos
On-site

**Quality/Manufacturing Engineer**
BD · Contract
Jul 2011 - May 2014 · 2 yrs 11 mos
New Jersey, United States

## Interests

Top Voices    Companies    Newsletters    Schools

**Suze Orman** in
Bestselling Author | Host of the Women & Money Podcast | Co-Founder of SecureSave
931,611 followers

+ Follow

Promoted ···

Roberto, explore relevant opportunities with Mystic Lake Casino Hotel

Get the latest jobs and industry news

Follow

**More profiles for you**

**Dylan Griess** ⊘ · 3rd
Field Clinical Representative
Message

**Raouia Essafi** · 3rd
Senior Sales Representative at Medtronic, CCDS
Message

**Christina Alvarado, BA, RVT** ⊘ · 3rd
Senior Clinical Specialist
+ Follow

**Jason Mercado** in · 3rd
FCR at Inspire Medical Systems
Message

**May Fang** · 3rd
Training Manager
Message

Show all

**People you may know**

**Nicholas Pierce**
Director of Investigations at Block & Leviton LLP
⊰ Connect

**Selina Rosales-Spiesman, MBA** ⊘
Practice Manager at BLB&G
⊰ Connect

**Bhavin Hirpara** ⊘
IT Team member at FBT Gibbons
⊰ Connect

**Vijollca Sylaj** ⊘
Director of Operations
⊰ Connect

**David Duncan** ⊘
Senior Counsel at BLBG
⊰ Connect

Show all

**You might like**
Pages for you

**American Bar Association**
Legal Services
350,159 followers
20 connections follow this page
+ Follow

**Law360**
Online Audio and Video Media
146,230 followers
38 connections follow this page
+ Follow



Show all

Promoted •••

Phone System for Lawyers
Capture more billable hours and
automate administrative work

Close deals faster
See what needs action, follow up on
time, and keep deals moving forward.

Save on staffing costs
Save up to 70% on costs with Sourcefit's
skilled offshore talent.

About                                                      Accessibility                          Talent Solutions

Professional Community Policies        Careers                                Marketing Solutions

Privacy & Terms ⌄                             Ad Choices                            Advertising

Sales Solutions                                    Mobile                                  Small Business

Safety Center

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language

English (English)

LinkedIn Corporation © 2026

Messaging 40





Endorsed by 12 colleagues at St. Jude Medical

45 endorsements

Show all 19 skills →

## Interests

**Top Voices**    Companies    Groups    Newsletters    Schools

**Arianna Huffington** · 3rd
Founder and CEO at Thrive Global | Passionate about Health and AI
9,598,100 followers

( + Follow )

**Shivani Berry** · 3rd
Helping high-performing moms excel I CEO & Founder @ Career Mama I Follow for Leadership, Career, and Working Mom insights I LinkedIn Learning instructor
83,614 followers

( + Follow )

Show all Top Voices →

Promoted ···

**Unlock A Special Offer**
Stay ahead in the New Year with unlimited access for just $1.99/first month
**Raul** & 3 other connections also follow Bloomberg News

**#1 Work Management Tool**
Trusted by over 3 MILLION teams. Create a free workspace today!

About                  Accessibility          Talent Solutions        Questions?
                                                                       Visit our Help Center.
Professional Community Policies   Careers   Marketing Solutions
Privacy & Terms ▼      Ad Choices            Advertising              Manage your account and privacy
                                                                       Go to your Settings.
Sales Solutions        Mobile                Small Business
Safety Center                                                          Recommendation transparency
                                                                       Learn more about Recommended Content.

Select Language
English (English)

Messaging 40

**in** | Q Search | Home  My Network  Jobs  Messaging  Notifications  Me ▾  For Business ▾  Try Premium for $0

## Kristofer Keller ✓ · 3rd

Medical Device | Capital Equipment | Sales & Marketing | Business Development | Client Relationship

New York City Metropolitan Area · Contact info

500+ connections

New York University - Leonard N. Stern School of...

[Message] [+ Follow] [More]

Promoted ···

enlyte

Roberto, explore relevant opportunities with Enlyte

Get the latest jobs and industry news

[Follow]

### Activity

1,720 followers

[Posts] [Comments]

Kristofer Keller reposted this

**Joe Koziol** ✓ · 3rd+
Regional Sales Director at PreludeDx
9mo · 🌐

Looking for an opportunity to be part of a high performing team and growth company? Inspire Medical Systems has a great opportunity in CT for a Field Clinical Representative. If you are interested in joining a patient-focused organization and team please apply using the link below.

**Recruitment**
workforcenow.adp.com

👍 34 · 9 reposts

**Kristofer Keller** in · 3rd+
Medical Device | Capital Equipment | Sale...
11mo · 🌐

Inspire Medical Systems is seeking an Associate Territory Manager in NYC. If you or someone you know is looking to be part of a dynamic organization and team, check out the opportunity here:

(https://lnkd.in/eb9TrenU).

**Recruitment**
workforcenow.adp.com

❤️👍 57 · 14 reposts

Show all posts →

**More profiles for you**

George Soden ✓ · 3rd
Area Vice President at Inspire Medical Systems
[Message]

Joe Koziol ✓ · 3rd
Regional Sales Director at PreludeDx
[Message]

Kristin Havlicek Adkins in · 3rd
Inspire Medical Systems - Territory Manager
[✈ Message]

Peter Grassi ✓ · 3rd
Territory Manager at Inspire Medical Systems
[Message]

Krista H. ✓ · 3rd
Medical Device Sales Leader
[Message]

Show all

## Experience

**Regional Manager**
Inspire Medical Systems
Jul 2022 - Jan 2026 · 3 yrs 7 mos
New York City Metropolitan Area

♥ Interpersonal Skills, Pipelines and +14 skills

**Medtronic Spine & Biologics**
6 yrs 8 mos
New York City

**District Sales Manager**
May 2018 - Jun 2022 · 4 yrs 2 mos

♥ Interpersonal Skills, Pipelines and +14 skills

**Senior Sales Representative**
Nov 2015 - Apr 2018 · 2 yrs 6 mos

♥ Interpersonal Skills, Direct Sales and +11 skills

**Senior Sales Consultant**
Spinal Associates, Representing Medtronic Spinal and Biologics
Jun 2005 - Oct 2015 · 10 yrs 5 mos
Greater New York City Area

• Daily coverage of complex spinal degenerative, deformity, tumor, and trauma case in the operating room. Provide surgical guidance to surgeons, scrub technicians, and nurses for the approved use of our impl ...see more

♥ Interpersonal Skills, Orthopedic Surgery and +7 skills

**Sales Consultant**
Biomet Orthopedics Sales of New York, Representing Biomet Orthopedics
Jan 2005 - Jun 2005 · 6 mos
Greater New York City Area

• Market and sell total joint replacements, surgical products, and bone cement.
...
...see more

♥ Interpersonal Skills, Orthopedic Surgery and +4 skills

**Sales Consultant**
Marli Medical Supplies, Representing Centerpulse/Sulzer Orthopedics

**People you may know**
From Kristofer's job title

Alex Dickin in
Head of Sales & GTM North America @ Klarna | Sales,...
[Connect]

Elizabeth W.
Business Development | Communications | Advertising
[Connect]

Todd Deaton in
Vice President, Business Development @ Integreon |...
[Connect]

Vincent M Babij in
Sales Performance Optimization; Sales & Busines...
[Connect]

Wanda Palmer ✓
Director of Strategic Accounts at TransPerfect Legal
[Connect]

Show all

**You might like**
Pages for you

American Bar Association
Legal Services
350,150 followers
20 connections follow this page
[+ Follow]

Law360
Online Audio and Video Media
146,230 followers



Feb 2001 – Dec 2004 · 3 yrs 11 mos
Greater New York City Area

· Responsible for the sale of total joint replacements implants, allograft tissues and precision milled bone
products.... ...see more

♡ Interpersonal Skills, Orthopedic Surgery and +4 skills

## Education

NYU Stern School of Business
Master of Business Administration - MBA
2016 - 2018

Alfred Lerner College of Business & Economics at University of Delaware
BSBA, Finance
1996 - 2001
Activities and societies: Sigma Phi Epsilon

## Licenses & certifications

Nano Tips for Using ChatGPT for Business with Rachel Woods
LinkedIn
Issued Aug 2023

Show credential ⤴

♡ Business Strategy, ChatGPT and +1 skill

## Skills

Pipelines
2 experiences across Inspire Medical Systems and 1 other company

Team Leadership
4 experiences across Inspire Medical Systems and 2 other companies

Show all 48 skills →

## Honors & awards

Medtronic Spinal and Biologics Sales Advisory Council
Jan 2013

Spinal Associates Sales Advisory Council
Jan 2013

Show all 5 honors & awards →

## Interests

Top Voices    Companies    Groups    Newsletters    Schools

Reid Hoffman 🔗 · 3rd
Co-Founder, LinkedIn, Manas AI & Inflection AI,
Founding Team, PayPal. Author of Superagency,
Podcaster of Possible and Masters of Scale.
2,746,793 followers
+ Follow

Scott Galloway 🔗 · 3rd
Professor of Marketing, NYU Stern | Bestselling
Author | Founder, Section | Host #ProfGPod,
#PivotPodcast
859,459 followers
+ Follow

Show all Top Voices →

Promoted ···

Unlock A Special Offer
Stay ahead in the New Year with
unlimited access for just $1.99/first
month
Raul & 3 other connections also
follow Bloomberg News

Phone System for Lawyers
Capture more billable hours and
automate administrative work

About                    Accessibility         Talent Solutions        Questions?
Professional Community Policies  Careers       Marketing Solutions     Visit our Help Center.
Privacy & Terms ▾        Ad Choices            Advertising             Manage your account and privacy
Sales Solutions          Mobile                Small Business          Go to your Settings.
Safety Center                                                          Recommendation transparency
                                                                       Learn more about Recommended Content.

Select Language
English (English) ▾

Messaging  40  ···  ☑  ⌃



Ad •••

Get help matching with trusted pros.

The best marketers are on Upwork.

Post for free

## Jamie Kertz · 3rd
INSPIRE Medical Systems · Territory Manager | 10 Years in Medical Technology | Driving Growth & Improving Patient Outcomes
Hoboken, New Jersey, United States · Contact info
500+ connections

Message    + Follow    More

 Inspire Medical Systems

 University of California, Davis and The University of Arizona

### About

With over 10 years in healthcare/medical technology, I have built my career dedicated to advancing patient-centered solutions while consistently exceeding business targets. At Inspire Medical Systems, I specialize in expanding access to its innovative therapy for obstructive sleep apnea by partnering with physicians, educating care teams, establishing new implant sites, and guiding patients throughout their treatment journey.

My approach blends clinical expertise with a strategic business mindset. I bring proven experience in driving territory growth, increasing therapy adoption, and establishing strong referral networks. By aligning market strategy with hands-on clinical support, I've developed a track record of surpassing goals and accelerating therapy awareness within the market.

At Inspire, I have also contributed to advisory boards and supported nationally recognized programs that broaden access to care. Whether in the operating room, training providers, or building strategic partnerships, I am motivated by the opportunity to both deliver measurable results and improve patient lives through cutting-edge technology.

### Activity
698 followers

Jamie Kertz commented on a post · 2w
● ● ●

Jamie Kertz commented on a post · 1mo
Looking forward to this!

Show all comments →

### Experience

 **Territory Manager**
Inspire Medical Systems · Full-time
Apr 2022 - Present · 3 yrs 10 mos
New Jersey, United States

In my role at Inspire Medical Systems, I focus on driving therapy awareness and supporting patients through their journey. I successfully exceeded sales targets for 12 consecutive quarters and was elected on to the S... ...see more

 **Boston Scientific**
Full-time · 4 yrs 9 mos
New Jersey · On-site

**Territory Manager**
Mar 2019 - Apr 2022 · 3 yrs 2 mos

• Drove sales growth in the competitive neuromodulation market by educating and supporting physicians.
• Guided patients through their spinal cord stimulation therapy journey, enhancing their understandin' ...see more

**Clinical Specialist**
Aug 2017 - Apr 2019 · 1 yr 9 mos

• Provided in-field technical support during spinal cord stimulation implant procedures, ensuring optimal patient outcomes. ... ...see more

 **Program Coordinator**
Senior Resource Group
Oct 2015 - Apr 2022 · 6 yrs 7 mos

Interacted with physicians, active in emergency situations, displayed constant empathy, stayed current with neurological research, oversaw Alzheimer's programs, ensured goals were achieved, maintained order ...see more

 **Manager, Lead Technician**
P.C.T Medical Services
Sep 2014 - Sep 2015 · 1 yr 1 mo
Greater Los Angeles Area

Operated an acoustic impulse medical device on spinal injuries, built relationships with healthcare staff, offered emotional support to patients, led technician team, completed operational duties, followed-up on wo... ...see more

 **Office Manager**
tuLIPS Speech Therapy
Apr 2014 - Aug 2014 · 5 mos
San Francisco Bay Area

Made business run more efficiently by completing all tasks and making every moment productive. Answered phone, scheduled appointments, created client files, organized office.... ...see more

### Education

University of California, Davis and The University of Arizona

**More profiles for you**

 Adam Paster · 3rd
Regional Manager Greater NY Region
Message

 Patrick Boudreau · 3rd
Territory Manager Inspire Medical
+ Follow

 Brandon Thibodeau · 3rd
Territory Manager
Message

 Ashley Modica · 3rd
Field Clinical Representative | Medical Device | 7+ Years...
◄ Message

 Casey Macalush · 3rd
Territory Manager at Inspire Medical Systems
Message

Show all

**People you may know**
From Jamie's job title

Alex Dickin
Head of Sales & GTM North America @ Klarna | Sales,...
Connect

Elizabeth W.
Business Development | Communications | Advertising
Connect

Todd Deaton
Vice President, Business Development @ Integreon |...
Connect

Vincent M Babij
Sales Performance Optimization; Sales & Busines...
Connect

Wanda Palmer
Director of Strategic Accounts at TransPerfect Legal
Connect

Show all

**You might like**
Pages for you

 American Bar Association
Legal Services
350,158 followers
20 connections follow this page
+ Follow

 Law360
Online Audio and Video Media
146,230 followers



2009 - 2012

Activities and societies: NCAA Division I Athlete

Made Honor's and Dean's list at UC Davis and The University of Arizona

### The University of Arizona

Bachelor of Science (B.S.), Speech, Language and Hearing Sciences
2011 - 2013

-The University of Arizona ranks 5th in the country for said field of study
-Academic Honors

## Skills

Excellent time management, multitasking, and organizational skills

3 endorsements

Proficient with software programs and thechnology

3 endorsements

Show all 6 skills →

## Honors & awards

**Dean's List**
Jan 2013

Associated with University of California, Davis and The University of Arizona

**Academic Honor's**
Jan 2011

Associated with University of California, Davis and The University of Arizona

## Languages

English

Spanish
Limited working proficiency

## Interests

Companies

**Boston Scientific**
1,347,570 followers

+ Follow

**Avanir Pharmaceuticals**
24,363 followers

+ Follow

Show all companies →

follow this page

+ Follow

Show all

Promoted ···

**Yale MBA for Executives**
Earn your MBA from Yale while working full-time.
Catherine also follows Yale School of Management

**Zip handles security**
If security isn't your job, Zip is for you

About               Accessibility            Talent Solutions        Questions?
                                                              Visit our Help Center.
Professional Community Policies  Careers   Marketing Solutions
                                                              Manage your account and privacy
Privacy & Terms ▾   Ad Choices            Advertising         Go to your Settings.
Sales Solutions     Mobile                Small Business
                                                              Recommendation transparency
Safety Center                                                 Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2026

Messaging 40



in Search

Home  My Network  Jobs  Messaging  Notifications  Me ▾  For Business ▾  Try Premium for $0

## DCISionRT®
### Your Biology, Your Decision

**Joe Koziol** ✓ · 3rd
Regional Sales Director at PreludeDx
New York City Metropolitan Area · Contact info
500+ connections

[Message]  [+ Follow]  [More]

PreludeDx

Villanova University

## About
Experienced sales leader with a demonstrated history of leading high performing sales, marketing and clinical teams in the medical device industry.

## Activity
1,186 followers

[Posts]  [Comments]

Joe Koziol reposted this · · ·

**Leona Hamrick, DHSc, PA...** 🔗 · 3rd+
Vice President Global Medical Affairs · Prelude...
23h · Edited · 🌐

New Podcast Episode:

DCIS isn't "nothing."
In Episode 281 of Breast Cancer Conversations (SBC), Laura Carfang, Ed.D and I discuss what a DCIS (Stage 0) diagnosis really means and the tough treatment decisions that often come without clear guidance—joined by Drs. Erica Giblin and Fleure Gallant. ...more

**Breast Cancer...**
survivingbreastcancer.org

❤️ 23 · 2 comments · 10 reposts

Joe Koziol reposted this · · ·

**PreludeDx**
4,831 followers
2w · 🌐

Your Voice. Our Expertise. Shared Decisions.

This video highlights why truly informed ...more

A breast ▶

❤️ 32 · 2 comments · 16 reposts

Show all posts →

## Experience

**Regional Sales Director**
PreludeDx · Full-time
Nov 2025 – Present · 3 mos

**Inspire Medical Systems**
6 yrs 2 mos

  **Sr. Regional Manager**
  Jan 2023 – Nov 2025 · 2 yrs 11 mos
  New York City Metropolitan Area

  Manage a top performing Sales and Clinical team leading all aspects of the commercial development of the Inspire therapy for the management of Obstructive Sleep Apnea. Recognized as a sales leader who att ...see more

  **Regional Manager**
  Oct 2019 – Jan 2023 · 3 yrs 4 mos
  Greater Philadelphia Area

**Hologic, Inc.**
18 yrs 2 mos
Greater Philadelphia Area

  **Regional Sales Director**
  Oct 2014 – Oct 2019 · 5 yrs 1 mo

  Managed a top performing and effective sales and clinical team consisting of three separate sales forces. Consistently achieved revenue goals for 3D Mammography, Interventional, and Bone Density markets ...see more

  **District Sales Manager**
  Sep 2005 – Sep 2014 · 9 yrs 1 mo

  Managed sales professionals in the Interventional Radiology field dedicated to the treatment of Breast Cancer and related diseases for Cytyc corporation. Led team of direct reports covering CT, NJ, NY, MA, OH an ...see more

  **Neuro Oncology Sales Specialist**
  Sep 2001 – Sep 2005 · 4 yrs 1 mo

  Managed sales and marketing for the Mid-Atlantic region for start-up Proxima Therapeutics and the GliaSite Radiation System for the treatment of malignant brain tumors. Managed the sale of GliaSite from pre- ...see more

Promoted · · ·

Roberto, explore relevant opportunities with CHLA
Get the latest jobs and industry news

[Follow]

### More profiles for you

**Jim Day** · 3rd
Regional Sales Director
[Message]

**Amy Baker** · 3rd
Regional Sales Director PreludeDX
[Message]

**Dennis Wuestkamp** ✓ · 3rd
Regional Manager at Inspire Medical Systems
[Message]

**Brian Neppl** ✓ · 3rd
Precision Oncology | Genomics | Forefront Clinical Resources |...
[Message]

**Blake Galmarini** · 3rd
Regional Sales Director at PreludeDx
[Message]

Show all

### People you may know

**Nicholas Pierce**
Director of Investigations at Block & Leviton LLP
[+ Connect]

**Selina Rosales-Spiesman, MBA** ✓
Practice Manager at BLB&G
[+ Connect]

**Bhavin Hirpara** ✓
IT Team member at FBT Gibbons
[+ Connect]

**Vijollca Sylaj** ✓
Director of Operations
[+ Connect]

**David Duncan** ✓
Senior Counsel at BLBG
[+ Connect]

Show all

### You might like
Pages for you

**American Bar Association**
Legal Services
350,158 followers
20 connections follow this page
[+ Follow]

**Law360**
Online Audio and Video Media
146,230 followers
38 connections follow this page



**Johnson & Johnson**
5 yrs 2 mos

**Product Manager**
Dec 1999 – Jun 2001 · 1 yr 7 mos
Norwood, MA

Managed marketing for $30M orthopedic shoulder instability market by implementing strategic marketing plans, promotions, forecasting and budgeting.

**Sales Representative**
May 1996 – Dec 1999 · 3 yrs 8 mos
Greater Philadelphia Area

Responsible for the sales of suture anchors for surgical reattachment of soft tissue to bone for the world's #1 manufacturer of suture anchors. Responsible for the sale of the VAPR radiofrecuency tissue ablation system.

**Sales Representative**
BD
May 1993 – May 1996 · 3 yrs 1 mo
Greater Philadelphia Area

Led sales of blood and specimen collection products to major hospitals and laboratories in Pennsylvania for the world's #1 supplier of diagnostic blood collection products.

Show all 10 experiences →

## Education

**Villanova University**
BSBA, Finance
Activities and societies: Division 1 Men's Soccer 1987-1990, Tau Kappa Omega Fraternity

**Villanova School of Business**
MBA, Finance

## Skills

**Interventional Radiology**
Endorsed by 9 colleagues at Hologic, Inc.
Endorsed by 1 person in the last 6 months
12 endorsements

**Medical Devices**
Endorsed by Geoffrey Beecher and 7 others who are highly skilled at this
Endorsed by 15 colleagues at Hologic, Inc.
30 endorsements

Show all 20 skills →

## Recommendations

Received    Given

**Nothing to see for now**
Recommendations that Joe receives will appear here.

## Interests

Companies    Groups    Newsletters    Schools

**Medtronic**
2,421,752 followers
+ Follow

**Elekta**
182,596 followers
+ Follow

Show all companies →

+ Follow

Show all

Promoted ···

**Unlock A Special Offer**
Stay ahead in the New Year with unlimited access for just $1.99/first month
Raul & 3 other connections also follow Bloomberg News

**Beat the blank page**
Confluence has hundreds of templates for any project. Try it free!
Thomas & 2 other connections also follow Atlassian

About                          Accessibility          Talent Solutions          Questions?
Professional Community Policies   Careers                Marketing Solutions        Visit our Help Center.
Privacy & Terms ▾              Ad Choices             Advertising               Manage your account and privacy
Sales Solutions                Mobile                 Small Business             Go to your Settings.
Safety Center                                                                   Recommendation transparency
                                                                               Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2026

in | Q Search | Home | My Network | Jobs | Messaging | Notifications | Me ▾ | For Business ▾ | Try Premium for $0

## Michael Lahey 🛡 · 3rd

Regional Director at MicroTransponder Stroke Recovery

Smithtown, New York, United States · Contact info

500+ connections

✦ MicroTransponder

FSC Farmingdale State University of New York

[ Message ]  [ + Follow ]  [ More ]

---

### Activity
1,560 followers

( Posts )  ( Comments )  ( Images )

**Michael Lahey** in · 3rd+
Regional Director at MicroTransponder St...
1w · 🌐

We remain focused on delivering superior outcomes for stroke survivors to restore meaningful function, with results clearly validated by the data.

**Ryan Bailey, PhD, MSCI,...** in · 3rd+
Clinical Evidence & Strategy Lead | Neurosci...

I've been analyzing the newly published Real-World Evidence (RWE) on Vivistim®'s Paired VNS for stroke rehabilitation, and I wanted to ...more

The NeuroEvidence Review  [ + Subscribe ]

From Protocol to Practice: Bridging the...
Ryan Bailey, PhD, MSCI, OTR/L

🔥 15

**Michael Lahey** in · 3rd+
Regional Director at MicroTransponder St...
3w · 🌐

I'm happy to share that I'm starting a new position as Regional Sales Director at MicroTransponder!

Starting a New Position

👍😊 175 · 59 comments

Show all posts →

---

### Experience

✦ **MicroTransponder**
1 yr 6 mos

**Regional Sales Director**
Full-time
Jan 2026 - Present · 1 mo

▽ Medical Devices

**Territory Manager**
Aug 2024 - Jan 2026 · 1 yr 6 mos
NYC/Long Island

Paired VNS therapy to help stroke survivors improve hand and arm function.

**Territory Manager**
Inspire Medical Systems
Jun 2019 - Aug 2024 · 5 yrs 3 mos
Long Island, NY

Medical Device Sales

**Territory Manager III**
Abbott
May 2016 - Jun 2019 · 3 yrs 2 mos

Medical Device Sales

**Territory Manager**
Salix Pharmaceuticals
Feb 2014 - May 2016 · 2 yrs 4 mos
Long Island, Brooklyn, Bronx, Queens, Yonkers, NY

Pharmaceutical Sales

**Territory Manager**
Warner Chilcott
Feb 2013 - Feb 2014 · 1 yr 1 mo
Long Island, New York

Pharmaceutical Sales

Show all 9 experiences →

### Education

Promoted ···
INGRAM
Roberto, explore relevant opportunities with Ingram Content Group
Get the latest jobs and industry news
[ Follow ]

**More profiles for you**

**Nate Foreman** · 3rd
MicroTransponder
[ ⌁ Message ]

**Terri Stemple** · 3rd
Regional Director - Southeast at MicroTransponder/Paired...
[ Message ]

**Liz Zetlmeisl** 🛡 · 3rd
Regional Director at MicroTransponder -...
[ Message ]

**Sean Sliger** 🛡 · 3rd
Director, Northeast Sales at MicroTransponder
[ Message ]

**Ryan Iversen** in · 3rd
Regional Sales Director MicroTransponder
[ Message ]

Show all

**People you may know**

**Nicholas Pierce**
Director of Investigations at Block & Leviton LLP
[ + Connect ]

**Selina Rosales-Spiesman, MBA** 🛡
Practice Manager at BLB&G
[ + Connect ]

**Bhavin Hirpara** 🛡
IT Team member at FBT Gibbons
[ + Connect ]

**Vijollca Sylaj** 🛡
Director of Operations
[ + Connect ]

**David Duncan** 🛡
Senior Counsel at BLBG
[ + Connect ]

Show all

**You might like**
Pages for you

ABA **American Bar Association**
Legal Services
350,157 followers
20 connections follow this page
[ + Follow ]

**Law360**
Online Audio and Video Media
146,230 followers
38 connections follow this page



**Farmingdale State College**
BS, Business Management
2004 - 2008

Grade: 3.83

Activities and societies: Business Honor Society

Magna Cum Laude

## Skills

### Medical Devices

✈ Regional Sales Director at MicroTransponder

### Nutrition

3 endorsements

Show all 22 skills →

## Interests

Top Voices    Companies    Groups    Newsletters    Schools

**Tim Tebow** in · 3rd
Follower of Jesus Christ, 6x NYT Best-Selling Author, 2x National Champion, Heisman Trophy Winner, Founder & Chairman of the Tim Tebow Foundation, The Tebow Group and ESPN Analyst.
2,189,837 followers

+ Follow

**Andrew Huberman** in · 3rd
Professor and Neuroscientist at Stanford & Host of Huberman Lab
1,933,180 followers

+ Follow

Show all Top Voices →

About                      Accessibility           Talent Solutions         Questions?
                                                                            Visit our Help Center.
Professional Community Policies   Careers            Marketing Solutions
                                                                            Manage your account and privacy
Privacy & Terms ▾          Ad Choices               Advertising             Go to your Settings.
Sales Solutions            Mobile                   Small Business
                                                                            Recommendation transparency
Safety Center                                                               Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2026

Promoted ···

#1 Work Management Tool
Trusted by over 3 MILLION teams. Create a free workspace today!

Your promise, secured.
You told your customers that you're secure. Let's make it happen.

Phone System for Lawyers
Capture more billable hours and automate administrative work

Messaging  40



Q Search    Home   My Network   Jobs   Messaging   Notifications   Me ▾   For Business ▾   Try Premium for $0

**Bethany Leahy** ✓ She/Her · 3rd
Field Clinical Representative
United States · Contact info
500+ connections

[ Message ]  [ + Follow ]  [ More ]

 Inspire Medical Systems
University of Delaware

## Activity
762 followers

Bethany hasn't posted yet
Recent posts Bethany shares will be displayed here.

Show all comments →

## Experience

**Field Clinical Representative**
Inspire Medical Systems
Aug 2022 - Present · 3 yrs 6 mos

**Clinical Specialist - Neuromodulation, DBS**
Medtronic Brain Therapies
Jul 2018 - Aug 2022 · 4 yrs 2 mos
NJ / NYC

**Exercise Physiologist, FOL Program Coordinator**
FOX Rehabilitation
May 2017 - Jul 2018 · 1 yr 3 mos
Greater New York City Area

**Health Educator**
WellPoint
Oct 2014 - May 2017 · 2 yrs 8 mos

**Exercise Physiologist and Strength Mobility and Balance Program Coordinator**
Fox Rehabilitation
Jun 2013 - Oct 2014 · 1 yr 5 mos
Bergen County, NJ

Coordinate Strength, Mobility, and Balance Program in communities throughout the region, qualifying candidates and assessing and documenting progress to improve and sustain community's overall strength, mobil ...see more

Show all 11 experiences →

## Education

**University of Delaware**
Clinical Physiology, MS
2011 - 2013

**University of Delaware**
Bachelor of Science Exercise Science, Physiology; Medical Humanities
2007 - 2011

## Skills

**Cpr Certified**
 5 endorsements

**Treatment**
 3 endorsements

Show all 12 skills →

## Interests

Top Voices    Companies    Groups    Schools

**Ryan Reynolds** in
Part-Time Actor, Business Owner
3,680,484 followers

[ + Follow ]

POM  Promoted ···

Roberto, explore relevant opportunities with Pomeroy
Get the latest jobs and industry news

[ Follow ]

More profiles for you

 **Aarin Beckerle** ✓ · 3rd
Medical Device Clinical Specialist Boston Scientific...
[ Message ]

 **Jill Farnham BSN, RN** ✓ · 3rd
Field Clinical Representative
[ + Follow ]

 **Krista H.** ✓ · 3rd
Medical Device Sales Leader
[ Message ]

 **Emma Davis** · 3rd
Field Clinical Representative at Inspire Medical Systems
[ Message ]

 **Michelle Elizabeth Williams RN,BSN** ✓ · 3rd
Senior Field Clinical Representative at Inspire...
[ Message ]

Show all

People you may know
From Bethany's school

 **Sidney S. Liebesman** ✓
Litigation Partner at Fox Rothschild LLP's Wilmington,...
[ Connect ]

 **Daniel Taylor** ✓
Forensic Analytics; Wharton Prof; Stanford PhD
[ Connect ]

**Nick Benvenuto** ✓
Regional Director at Consilio LLC
[ Connect ]

 **Brendan Sullivan** ✓
Partner at Labaton Sucharow LLP
[ Connect ]

 **Mary Thomas** ✓
Owner at Thomas Law LLC
[ Connect ]

Show all

You might like
Pages for you

 **American Bar Association**
Legal Services
350,157 followers
20 connections follow this page
[ + Follow ]

**Law360**
Online Audio and Video Media
146,230 followers



About

Professional Community Policies

Privacy & Terms ▾

Sales Solutions

Safety Center

Accessibility

Careers

Ad Choices

Mobile

Talent Solutions

Marketing Solutions

Advertising

Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language

English (English)

LinkedIn Corporation © 2026

**ExxonMobil**    Promoted ···

**ExxonMobil Giving**

Purpose-driven giving transforms communities

Follow us

Follow

## Lauren LeBlanc ✓ · 3rd

Medical & Healthcare Sales Leader | MBA | Lifelong Learner & Value Creator

Saratoga Springs, New York, United States · Contact info

1,971 followers · 500+ connections

+ Follow   Message   More

**More profiles for you**

**Jennifer Fitch** 🔲 · 3rd
Medical Device Sales | Inspire Medical Systems
✈ Message

**Bob Gilmartin** ✓ · 3rd
Territory Manager at Inspire Medical Systems
Message

**Krista H.** ✓ · 3rd
Medical Device Sales Leader
Message

**Richard Pasquale** · 3rd
Territory Manager
Message

**Deidre Hall** · 3rd
Medical Device Territory Manager
Message

Show all

## About

At Inspire Medical Systems, I lead growth by aligning clinical innovation with commercial strategy.

Throughout my career, I've owned growth initiatives that drive adoption of breakthrough medical technology to expand market share. I have built and scaled high-performing sales organizations, developed and executed go-to-marl ...see more

💎 **Top skills**
Leadership · Negotiation · Team Leadership · Talent Management →

## Featured

Post
Feeling grateful as I reflect on an incredible National Sales Meeting with the amazing team at Inspire...

😀😊😍 65 · 2 comments

Post
Taking a moment to express my gratitude to a former colleague, Scott Wallace, of I'm The Chef Too! Your...

😀😊😍 32 · 2 comments

**People you may know**
From Lauren's job title

**Alex Dickin** 🔲
Head of Sales & GTM North America @ Klarna | Sales...
➕ Connect

**Elizabeth W.**
Business Development | Communications | Advertising
➕ Connect

**Todd Deaton** 🔲
Vice President, Business Development @ Integreon |...
➕ Connect

**Vincent M Babij** 🔲
Sales Performance Optimization: Sales & Busines...
➕ Connect

**Wanda Palmer** ✓
Director of Strategic Accounts at TransPerfect Legal
➕ Connect

Show all

## Activity
1,971 followers    + Follow

**Posts**   Comments

👤 Lauren LeBlanc reposted this    ···

**Ruchir P. Patel, M.D., FACP** 🔲 · 3rd+
Vice President, Senior Medical Director Inspir...
4mo · 🌐

Join Dr. Scott Geisler, MD, and me this September 9th at 7:30 PM CST. ...more

**Sleep providers perspective: The Inspire V system**

😀😊❤ 114 · 32 reposts

👍  💬  🔁  ✈

👤 Lauren LeBlanc reposted this    ···

**Jennifer Fitch** 🔲 · 3rd+
Medical Device Sales | Inspire Medical Systems
7mo · 🌐

☀ Join our mission to transform lives at Inspire Medical Systems! ☀

Here we grow again! We have an opening for a Field Clinical Representative in the Albany, NY area! If you're passionate about advancing healthcare and helping patients with Obstructive Sleep Apnea (OSA) find life changing solutions, this is your ...more

☁ Field Clinical Representative, Albany/Utica, NY ✓    View job
Job by Inspire Medica...
Albany, New York, United States (Remote)

😊 27 · 10 reposts

👍  💬  🔁  ✈

Show all posts →

**You might like**
Pages for you

**ABA American Bar Association**
Legal Services
350,157 followers
👥 20 connections follow this page
+ Follow

**Law360**
Online Audio and Video Media
146,230 followers
👥 38 connections follow this page

## Experience

☁ **Field Sales Representative**
Inspire Medical Systems · Full-time
May 2023 - Present · 1 yr 9 mos
💎 Sales, Medical Devices and +3 skills

**Founder**
Rise & Thrive
Nov 2023 - Present · 2 yrs 3 mos
Hybrid
💎 Sales and Marketing



Co-Founder and Partner
The Nichtern Group
Jan 2019 - Present · 7 yrs 1 mo

♡ Sales and Marketing

Regional Business Sales Leader
Highmark Blue Shield of Northeastern New York · Full-time
Feb 2020 - May 2024 · 4 yrs 4 mos

♡ Talent Management, Team Leadership and +2 skills

Global Product Manager
AngioDynamics · Full-time
Mar 2013 - Jan 2020 · 6 yrs 11 mos
Latham, New York

♡ Talent Management, Sales and Marketing and +2 skills

Show all 8 experiences →

## Education

University at Albany
Master of Business Administration - MBA, Entrepreneurship/Entrepreneurial Studies
2018 - 2020

North Carolina State University
Master of Science - MS
2015 - 2019

Show all 3 educations →

## Licenses & certifications

Professional Certified Coach (PCC)
International Coaching Federation
Issued Nov 2023

Sales Performance Training
Sales Performance International
Issued Aug 2017

Show all 3 licenses & certifications →

## Volunteering

Board Member, Donor and Volunteer
St. Jude Children's Research Hospital - ALSAC
Mar 2013 - Mar 2019 · 6 yrs 1 mo
Health

## Skills

Sales and Marketing

8 experiences across Inspire Medical Systems and 7 other companies

Endorsed by 1 person in the last 6 months

1 endorsement

Talent Management

2 experiences across Highmark Blue Shield of Northeastern New York and 1 other company

Endorsed by 1 person in the last 6 months

1 endorsement

Show all 68 skills →

## Recommendations

Received    Given

Michael Corr · 3rd
Senior Vice President, Technology, Media, and Telecommunications
March 28, 2012, Michael was senior to Lauren but didn't manage Lauren directly

Lauren is a tremendous asset to the PGA TOUR Club. Her relationship building skills and business acumen and been instumental in the renewal of ALL of our Fortune 500 business. Lauren is an expert at executive level interaction and has proven herself as an invaluable resource. I look forward to working with her in the future.

Karl W. Palachuk · 3rd
Executive Coaching and Consulting for Senior Leaders and teams | Founder & Author | Strategic Advisor for Vendors Entering the MSP Channel
June 17, 2011, Karl W. was Lauren's client

Lauren was a joy to work with. We had an amazing event. In addition to being very good at what she does, Lauren brings a great positive attitude.

Show all 3 received →

## Honors & awards

Gold Marketing Excellence Award
Issued by ITSMA · Nov 2008

ITSMA, the leading marketing association for technology, communications, and professional services providers. Our team won the Leveraging Digital Marketing award as a direct result of digital marketing strategy campaign we delivered.

+ Follow

Show all

Linked in    English (English)

Linked in © 2026



## Organizations

**St. Jude Committee Member**
Mar 2013 - Dec 2019

**Women of St. Jude Committee Member**
Committee Member · Jun 2015 - Dec 2019

Show all 3 organizations →

## Interests

Companies    Groups    Newsletters    Schools

IBM
19,146,402 followers

+ Follow

GE
5,167,595 followers

+ Follow

Show all companies →

## Causes

Arts and Culture • Children • Disaster and Humanitarian Relief • Economic Empowerment • Environment • Health • Human Rights • Poverty Alleviation • Science and Technology • Veteran Support

About                    Accessibility            Talent Solutions         Questions?
                                                                          Visit our Help Center.

Professional Community Policies    Careers       Marketing Solutions

Privacy & Terms ▾        Ad Choices              Advertising              Manage your account and privacy
                                                                          Go to your Settings.

Sales Solutions          Mobile                  Small Business

Safety Center                                                             Recommendation transparency
                                                                          Learn more about Recommended Content.

LinkedIn Corporation © 2026

Select Language
English (English)

Messaging 40



**Jenny Li** · 3rd

Medical Device Sales Representative (Neuromodulation)

New York City Metropolitan Area · Contact info

500+ connections

Message | + Follow | More

Inspire Medical Systems

University of Minnesota-Twin Cities

## Activity
1,101 followers

Posts | Comments

Jenny Li · 3rd
Medical Device Sales Representative (Neu...
4mo · 🌐

I'm happy to share that I'm starting a new position as an Associate territory manager at Inspire Medical Systems! 🎉 ...more

Starting a New Position

💙👍❤️ 126 · 34 comments

Jenny Li · 3rd
Medical Device Sales Representative (Neu...
1y · 🌐

Please join me in congratulating Dr. Edward Rubin MD on his successful first implant of Nevro's new HFX iQ System with HFX AdaptivAI™ technology ...more

💙👍❤️ 139 · 4 comments · 5 reposts

Show all posts →

## Experience

**Associate Territory Manager**
Inspire Medical Systems · Full-time
May 2025 - Present · 9 mos
New York, New York, United States

**Nevro**
Full-time · 3 yrs 2 mos

**Associate Sales Representative**
Jul 2023 - Apr 2025 · 1 yr 10 mos
New York, New York, United States

* Responsible for specified target accounts (working with pain management specialists and neurosurgeons)
* Provide clinical support for district sales manager programming neuro modulation therapy, educatin ...see more

**Market Development Sales Representative (Neuromodulation)**
Mar 2022 - Jun 2023 · 1 yr 4 mos
New York, United States

**Cardiovascular Specialty Pharmaceutical Sales Representative**
AstraZeneca · Full-time
Apr 2020 - Jan 2022 · 1 yr 10 mos
New York City Metropolitan Area

• Promote a 2 product portfolio to 120 accounts resulting in 104% YTD in 2020
• Developed relationships with key interventional cardiologists and heart failure specialists to dialogue ...see more

**Pharmaceutical Sales Representative**
Eli Lilly and Company
Apr 2018 - Apr 2020 · 2 yrs 1 mo
Greater New York City Area

Platinum Performer '19 | Circle of Excellence '19 Recipient (Top 5% in the nation)... ...see more

**Dietetic Intern**
Priority Nutrition Care Distance Dietetic Internship
Aug 2017 - Apr 2018 · 9 mos
Greater Boston Area

Show all 8 experiences →

## Education

University of Minnesota

Promoted

Roberto, explore relevant opportunities with Voltage Energy

Get the latest jobs and industry news

Follow

### More profiles for you

Kevin Burnette · 3rd
District Sales Manager
Message

Anderson Chang · 3rd
Medical Device |
Neuromodulation
Message

Jennifer Kramer · 3rd
Senior Territory Manager at Saluda Medical
Message

Ricky Benedetto · 3rd
Associate Sales Representative
Message

Patty Carta, DPT, FAAOMPT · 3rd
Regional/District Sales & Territory Management: Distric...
Message

Show all

### People you may know
From Jenny's industry

Gayle Caine
Sr. VP Operations at Caduceus
Connect

David Ten Broeck
Attorney at Law Office of David A. Ten Broeck
Connect

Darshna Patel
Founder and CEO at Shree Hari Medical Billing LLC
Connect

Chris Asmus
CSO and Director of Analytics
Connect

Euler LAURORE
System Admin and Network Support Analyst at Caduceus...
Connect

Show all

### You might like
Pages for you

American Bar Association
Legal Services
350,157 followers
20 connections follow this page
+ Follow

Law360
Online Audio and Video Media
146,230 followers
38 connections follow this page



Bachelor of Science (B.S.), Didactic Program in Dietetics Nutrition

Activities and societies: Food Science and Nutrition Club, Student Organization of Nutrition and Dietetics

Minor in Management

## Skills

**Microsoft Office**

Endorsed by 2 colleagues at UnitedHealth Group

13 endorsements

**PowerPoint**

9 endorsements

Show all 27 skills →

## Honors & awards

**Circle of Excellence '19 (President's Club)**
Mar 2020

Associated with Eli Lilly and Company

Circle of Excellence is awarded to the top 10% performing sales teams nation-wide

**Platinum Performer '19**
Mar 2020

Associated with Eli Lilly and Company

Platinum Performer is awarded to top 5% of sales performers nation-wide who have demonstrated outstanding leadership

Show all 5 honors & awards →

## Languages

**Chinese - Cantonese**
Native or bilingual proficiency

**English**
Native or bilingual proficiency

## Organizations

**Academy of Nutrition and Dietetics**
Member · Jun 2015 - Present

**Minnesota Academy of Nutrition and Dietetics**
Member · Jun 2015 - Present

Show all 4 organizations →

## Interests

Top Voices     Companies     Groups     Schools

**Jeff Weiner** · 3rd
Executive Chairman at LinkedIn / Founding
Partner Next Play Ventures
10,390,276 followers

+ Follow

**Bill Gates**
Chair, Gates Foundation and Founder,
Breakthrough Energy
39,798,334 followers

+ Follow

+ Follow

Show all

Promoted ···

**Unlock A Special Offer**
Stay ahead in the New Year with
unlimited access for just $1.99/first
month

Raul & 3 other connections also
follow Bloomberg News

**#1 for Project Management**
ClickUp's exceptional flexibility can
handle any type of work & it's free.

About                    Accessibility           Talent Solutions        Questions?
                                                                   Visit our Help Center.

Professional Community Policies   Careers        Marketing Solutions     Manage your account and privacy
                                                                          Go to your Settings.
Privacy & Terms ▾        Ad Choices              Advertising

Sales Solutions          Mobile                  Small Business          Recommendation transparency
                                                                          Learn more about Recommended Content.
Safety Center

Select Language
English (English)

LinkedIn Corporation © 2026

Messaging  40  ···  ☑  ⌃





## Interests

**Top Voices**   Companies   Newsletters   Schools

**Sara Blakely** · 3rd
Founder of Spanx and now... Sneex!
2,333,060 followers

+ Follow

---

follow this page

+ Follow

Show all

Promoted ···

**Yale MBA for Executives**
Designed for working professionals -
earn your MBA while working full-time.
Catherine also follows Yale School
of Management

**#1 Work Management Tool**
Trusted by over 3 MILLION teams. Create
a free workspace today!

---

About                          Accessibility              Talent Solutions         Questions?                  Select Language
                                                                                   Visit our Help Center.
Professional Community Policies   Careers                    Marketing Solutions                                English (English)
Privacy & Terms                Ad Choices                 Advertising              Manage your account and privacy
Sales Solutions                Mobile                     Small Business           Go to your Settings.
Safety Center                                                                      Recommendation transparency
                                                                                   Learn more about Recommended Content.

LinkedIn Corporation © 2026

Messaging  40


Q Search

Home   My Network   Jobs   Messaging   Notifications   Me ▾   For Business ▾   Try Premium for $0



## Vincent Marks
Executive Director, Medical Technology
New York, New York, United States · Contact info

 Inspire Medical Systems
 University of Helsinki

**⯈ Connect**    Message    More

### About
I have a lot of experience in business management, from managing a chain of 3 beauty salons and financial management in my hometown of Gothenburg, Sweden, to being involved in real estate, stocks, cryptocurrency investments and more in my hometown!
At the end of the first pandemic, in 2023, I moved to the US to get involved in medical drug development and medical device construction, and I am currently managing and gaining a lot of experience in medical drug development. Build a diversified portfolio!

### Activity
0 followers

**Vincent hasn't posted yet**
Recent posts Vincent shares will be displayed here.

Show all activity →

### Experience

 **Executive Director, Medical Drug Development**
Inspire Medical Systems · Self-employed
2023 - Present · 3 yrs 1 mo
Inspire Medical Systems · Remote

Inspire Medical Systems, Inc. is a Minneapolis, Minnesota-based healthcare innovation company dedicated to elevating and redefining the standard of care for obstructive sleep apnea.

♡ Customer Relationship Management (CRM) and Business Management

 **Dominguez Salon**
Dominguez Salon · Self-employed
2014 - Present · 12 yrs 1 mo
Gothenburg, Sweden · Remote

Swedish salon enterprises have eyebrows, lips, nose, skin rejuvenation, the introduction of a team of experts, technical equipment, qualifications, honors, successful cases, to provide a good medical environment

♡ Skin Care Technology

### Education

 **University of Helsinki**
Master of Business Administration - MBA, MBA in Development Economics and International Development
Jun 2003 - Jun 2006

Grade: Master

Activities and societies: Music, painting, charity, baking

For music I am still involved in the Festival of Arts at the University of Helsinki where I won the first prize as a single chorus member....                                    ...see more

♡ Corporate Finance

 **University of Gothenburg**
Bachelors, Development Economics and International Development Business Administration
Jun 1999 - Jun 2002

Grade: Bachelors

Activities and societies: Music, Dance, Charity

I have a great experience in music performance, I was a singer and won the first place in the festival of the University of Gothenburg...                                    ...see more

♡ Business Management

### Skills

**Corporate Finance**
 University of Helsinki

**Skin Care Technology**
Dominguez Salon at Dominguez Salon

Show all 4 skills →

### Interests

**Linked**in    English (English) ▾

**Linked**in © 2026

**More profiles for you**
Lara Van Cise ⦿ · 3rd
Territory Manager - Inspire Medical Systems
Message

Stefani Larson · 3rd
Territory Manager at Inspire
Message

Show all

**People you may know**
From Vincent's company

John Rondoni ⦿
Chief Product & Innovation Officer at Inspire
⯈ Connect

Tim Palmer ⦿
Vice President of Sales Europe at Inspire Medical Systems
⯈ Connect

Jason Kelly [in]
Chief Operations & Quality Officer
⯈ Connect

Jeffrey Thompson ⦿
Digital Health Executive | Medical Device Focus |...
⯈ Connect

Matt Blackman ⦿
7x President's Club Winner / 5+ Years of Sales Leadership - ...
⯈ Connect

Show all

**You might like**
Pages for you

ABA  American Bar Association
Legal Services
350,156 followers
20 connections follow this page
+ Follow

Law360
Online Audio and Video Media
146,230 followers
38 connections follow this page
+ Follow

Show all

Promoted ···

#1 for Project Management
ClickUp's exceptional flexibility can handle any type of work. & it's free.

Phone System for Lawyers
Capture more billable hours and automate administrative work

Your promise, secured.
You tell your customers that you're



About

Professional Community Policies

Privacy & Terms ▾

Sales Solutions

Safety Center

Accessibility

Careers

Ad Choices

Mobile

Talent Solutions

Marketing Solutions

Advertising

Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language

English (English)

LinkedIn Corporation © 2026

Messaging 40



in  Q Search                                     Home   My Network   Jobs   Messaging   Notifications   Me ▾   For Business ▾   Try Premium for $0

EXPERIENCE THE F[U Promoted ···

Roberto, explore relevant opportunities with PENN Entertainment, Inc
Get the latest jobs and industry news

Follow



## Juan Marti, MPA ☑ · 3rd
Field Clinical Representative
Westwood, New Jersey, United States · Contact info
472 connections

**Message**    + Follow    More

### More profiles for you

 **Kim Leonard** · 3rd
Former Lead Support Engineer, L3...
+ Follow

 **Michelle Ryan** · 3rd
Public Health Nurse at Hackensack Health Department
Message

 **Christina Kim** · 3rd+
Asian Alliance Farmers Association
Message

 **Mary Canciani** · 3rd+
Registered Nurse
Message

 **Lakhi Sangtani** · 3rd
Realtor
Message

Show all

## Activity
469 followers

 Juan Marti, MPA commented on a post · 6mo
Congratulations Mike, so happy for you.

 Juan Marti, MPA commented on a post · 9mo
Congratulations Robin, well deserved!

Show all comments →

## Experience

 **Field Clinical Representative**
Inspire Medical Systems · Full-time
Dec 2025 - Present · 2 mos

**Senior Clinical Specialist**
Abbott
Nov 2023 - Nov 2025 · 2 yrs 1 mo
New Jersey, United States

 **Medtronic**
6 yrs 9 mos

**Senior Clinical Specialist CRM**
Jan 2021 - Nov 2023 · 2 yrs 11 mos
♥ Communication, Physiology and +6 skills

**Clinical Specialist CRM**
Mar 2017 - Jan 2021 · 3 yrs 11 mos
Greater New York City Area
♥ Communication, Physiology and +6 skills

 **Holy Name Medical Center**
9 yrs 6 mos

**Paramedic**
Jul 2008 - Dec 2017 · 9 yrs 6 mos
♥ Communication, Physiology and +4 skills

**AHA Training Center Coordinator/Simulation Educator**
Jul 2014 - Mar 2017 · 2 yrs 9 mos
♥ Communication, Oral Communication and +3 skills

**Clinical Medical Simulation Specialist**
Dec 2013 - Jul 2014 · 8 mos
♥ Communication, Oral Communication and +2 skills

**Air Transportation**
United States Air Force
Aug 1996 - Aug 2000 · 4 yrs 1 mo
♥ Communication and Oral Communication

### People you may know

 **Nicholas Pierce**
Director of Investigations at Block & Leviton LLP
⁙ Connect

 **Selina Rosales-Spiesman, MBA** ☑
Practice Manager at BLB&G
⁙ Connect

 **Bhavin Hitpara** ☑
IT Team member at FBT Gibbons
⁙ Connect

 **Vijollca Sylaj** ☑
Director of Operations
⁙ Connect

 **David Duncan** ☑
Senior Counsel at BLBG
⁙ Connect

Show all

## Education

 **Grand Canyon University**
Master of Public Administration (MPA), Health Care Administration/Management
2014 - 2016

 **Thomas Edison State University**
Bachelor of Arts (B.A.)
2007 - 2011

## Skills

Technical Specialists

### You might like
Pages for you

 **American Bar Association**
Legal Services
350,156 followers
 20 connections follow this page
+ Follow

 **Law360**
Online Audio and Video Media
146,230 followers
 38 connections follow this page
+ Follow



**Presentations**

4 experiences across Medtronic and 1 other company

Show all 43 skills →

## Languages

Spanish

## Interests

**Top Voices**    Companies    Schools

**Christina Farr** [in] · 3rd
CEO of Second Opinion and GP at Scrub Capital
177,337 followers

+ Follow

**Lucien Engelen** [in] · 3rd
Health(care) strategy & (digital) transformation
Maven. International Ambassador Nursing
Innovation. (im)Patient for the needed change,
but makes it happen. International keynote
speaker.
788,542 followers

+ Follow

Promoted ···

**A New Way to Manage Work**
focus on what truly matters and achieve
shared goals at scale.
Jared Michael also follows
monday.com

**#1 for Project Management**
ClickUp's exceptional flexibility can
handle any type of work & it's free.

Show all

About                        Accessibility            Talent Solutions       Questions?
                                                                             Visit our Help Center.
Professional Community Policies  Careers              Marketing Solutions
Privacy & Terms ▾            Ad Choices               Advertising            Manage your account and privacy
                                                                             Go to your Settings.
Sales Solutions             Mobile                   Small Business
Safety Center                                                                Recommendation transparency
                                                                             Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2026

Messaging  40

 Q Search

Home  My Network  Jobs  Messaging  Notifications  Me ▾  For Business ▾  Try Premium for $0



## Jaclyn Mazzarella, CCDS ✓ · 3rd
Field Clinical Representative at Inspire Medical Systems
Middlefield, Connecticut, United States · Contact info
500+ connections

**Message**    + Follow    More

 Inspire Medical Systems
 University of Connecticut

### About
SKILLS/TRAININGS:

*Certified Cardiac Device Specialist
*Exceptional technical knowledge of Cardiac Rhythm Management devices and EP lab procedure
*Experience in design and development of custom and complex TAVR devices, clinical studies, and manufacturing
*Able to positively manage and motivate teams to fully utilize available technology and relationships
*Experience giving presentations and tours to key personnel including investors, political leaders, cardiologists, and clinic staff
*Experience in business development and building relationships through calling, emailing, and visiting potential and existing clients

### Activity
1,879 followers

**Jaclyn hasn't posted yet**
Recent posts Jaclyn shares will be displayed here.

Show all activity →

### Experience

 **Field Clinical Representative**
Inspire Medical Systems · Full-time
May 2021 - Present · 4 yrs 9 mos
Connecticut, United States

 **CRM Senior Field Clinical Representative**
Boston Scientific
Jul 2019 - Apr 2021 · 1 yr 10 mos
Boston, Massachusetts

-Completed over 300 implants to date.
-Supported accounts of top revenue-generating sales rep in CRM in 2019, exceeding plan...    ...see more

 **EP Technical Support Specialist**
Abbott
Mar 2017 - Jul 2019 · 2 yrs 5 mos
Greater Boston Area

-Used technical skills to support pacemaker, defibrillator, and CRT implants across a variety of accounts.
-Built relationships with physicians and hospital staff to drive business and support patient care...    ...see more

 **PrepMD February 2017 Graduate**
PrepMD, LLC
Aug 2016 - Feb 2017 · 7 mos
Braintree, Massachusetts

-Acquired detailed understanding of the cardiovascular systems, its functions and vital processes as well as basic principles that drive CRM and EP therapies....    ...see more

 **Talent Representative/ Account Manager**
Kforce Inc
Jan 2016 - Aug 2016 · 8 mos
Boston

-Independently managed all aspects of candidate recruitment which encompasses identifying, prioritizing, and executing tasks to meet client requirements promptly...    ...see more

Show all 8 experiences →

### Education

 **University of Connecticut**
Bachelor of Science (BS), Biology, General
2012 - 2014

 **University of Massachusetts Amherst**
2010 - 2012

### Licenses & certifications

 **B2B Sales Foundations**
LinkedIn
Issued Jan 2023

Show credential ☑

 Promoted ···
ExxonMobil

**ExxonMobil Giving**
Purpose-driven giving transforms communities

Follow us

Follow

**More profiles for you**

 **Amy Sousa** ✓ · 3rd
Senior Field clinical Representative - Inspire Sleep
Message

**Lyndsay Dillon (Hayden)** ✓ · 3rd+
Senior Field Clinical Representative at Inspire...
Message

**Gina Luciani Lavanchy** ✓ · 3rd
Principal Field Clinical Representative
Message

 **Michael Glennon, MBA, MPH** ✓ · 3rd
Tier II Field Clinical Representative, Inspire Medic...
Message

**Timothy Edison** in · 3rd
Clinical Specialist- Medtronic Cardiac Ablation Solutions
✈ Message

Show all

**People you may know**
From Jaclyn's school

 **Ashley Few**
| ESQ.
👤+ Connect

 **Amy Rollins (formerly Resh)** ✓
Senior Counsel Attorney at Clyde & Co
👤+ Connect

**Jonathan Waisnor**
Partner at Labaton Keller Sucharow LLP
👤+ Connect

 **Melissa Nafash** in
Partner at Milberg PLLC
👤+ Connect

 **Robert Paterno** ✓
CRE Investments & Advisory
👤+ Connect

Show all

**You might like**
Pages for you

 **American Bar Association**
Legal Services
350,156 followers

 20 connections follow this page

+ Follow

Law360



♡ Business-to-Business (B2B)

**Strategic Selling: How to Communicate with the C-Suite and Decision Makers**
LinkedIn
Issued Jan 2023

Show credential ☒

♡ C-Suite Selling

## Skills

**Leadership**
32 endorsements

**Marketing**
29 endorsements

Show all 24 skills →

## Interests

Top Voices   Companies   Groups   Newsletters   Schools

**James Caan CBE** in · 3rd
Hamilton Bradshaw | Serial Entrepreneur | Investor
on BBC's Dragons' Den (2007-2010)
3,286,030 followers

+ Follow

**Lou Adler** in · 3rd
CEO, Performance-based Hiring Learning Systems.
Author, Hire with Your Head and The Essential
Guide for Hiring.
1,367,092 followers

+ Follow

Online Audio and Video Media
146,230 followers

38 connections
follow this page

+ Follow

Show all

Promoted ···

**New Year Offer**
Access to market-moving news:
Subscribe for just $1.99/first month.
**Raul** & 3 other connections also
follow Bloomberg News.

**Beat the blank page**
Confluence has hundreds of templates
for any project. Try it free!
**Thomas** & 2 other connections
also follow Atlassian.

About                  Accessibility              Talent Solutions          Questions?
                                                                            Visit our Help Center.
Professional Community Policies  Careers          Marketing Solutions
Privacy & Terms ▾       Ad Choices                Advertising               Manage your account and privacy
                                                                            Go to your Settings.
Sales Solutions         Mobile                    Small Business
Safety Center                                                               Recommendation transparency
                                                                            Learn more about Recommended Content.

Select Language
English (English)                                  ▾

LinkedIn Corporation © 2026

Messaging 40   ···  ☑  ⌃



in    Q Search    Home  My Network  Jobs  Messaging  Notifications  Me ▾  For Business ▾  Try Premium for $0



## Beverley McCurdy ⊘ · 3rd
Field Clinical Representative
New Canaan, Connecticut, United States · Contact info
500+ connections

**Message**  **+ Follow**  **More**

 Inspire Medical Systems
**UF** University of Florida

### Activity
581 followers

Beverley McCurdy commented on a post · 4mo
Congratulations! 🎉

Beverley McCurdy commented on a post · 11mo
Congrats Bev!!! You'll be great and MicroTransponder is lucky to have you!!

Show all comments →

### Experience

**Field Clinical Representative**
Inspire Medical Systems · Full-time
Aug 2024 – Present · 1 yr 6 mos
United States

**Senior Therapy Consultant**
Nevro
Jan 2017 – Oct 2024 · 7 yrs 10 mos

♥ Neurology, Expense Reports and +3 skills

**Sr Therapy Support Specialist**
Medtronic
Jun 2016 – Jan 2017 · 8 mos

♥ Neurology, Expense Reports and +3 skills

**Clinical Specialist**
St. Jude Medical
Mar 2008 – Jun 2016 · 8 yrs 4 mos
Connecticut

♥ Neurology, Expense Reports and +3 skills

**Registered Nurse**
Stamford Hospital
Jun 2007 – Aug 2008 · 1 yr 3 mos

### Education

**UF** **University of Florida**
Bachelor of Science (BS), Business Administration; Marketing
1981 – 1985

**CT State Norwalk**
AS in Nursing, Registered Nursing/Registered Nurse

### Licenses & certifications

**in** **The Six Morning Habits of High Performers**
LinkedIn
Issued Jun 2020

Show credential ↗

### Skills

**Expense Reports**
3 experiences across Nevro and 2 other companies
🔹 1 endorsement

**General Surgery**
3 experiences across Nevro and 2 other companies
🔹 1 endorsement

Show all 25 skills →

**More profiles for you**

Ashley Modica in · 3rd
Field Clinical Representative |
Medical Device | 7+ Years...
✈ Message

Amy Sousa ⊘ · 3rd
Senior Field clinical
Representative - Inspire Sleep
Message

Katie Sims · 3rd
Field Clinical Representative
Message

Beverly Voelpel · 3rd
Territory Manager at
MicroTransponder
Message

Krista H. ⊘ · 3rd
Medical Device Sales Leader
Message

Show all

**People you may know**
From Beverley's school

Jimmy Brunetto
Associate at Bernstein Litowitz
Berger & Grossmann LLP
➕ Connect

Heather Boneparth
Writer on love, money, family &
fairness. Director of Business...
➕ Connect

Nick Stickeler
Associate Legal Counsel at
Enstar US
➕ Connect

Max V. Weisman, Esq. in
President at TransPerfect IP
➕ Connect

Canaan Himmelbaum,
Esq.
in
Director, Consumer Brands
Vertical
➕ Connect

Show all

**You might like**
Pages for you

**ABA** American Bar Association
Legal Services
350,156 followers
20 connections
follow this page
+ Follow

Law360
Online Audio and Video Media
146,230 followers
38 connections



About

Professional Community Policies

Privacy & Terms ▾

Sales Solutions

Safety Center

Accessibility

Careers

Ad Choices

Mobile

Talent Solutions

Marketing Solutions

Advertising

Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language

English (English)

LinkedIn Corporation © 2026





About
Professional Community Policies
Privacy & Terms ▾
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2026





+ Follow

Show all

Promoted •••

**A New Way to Manage Work**
Discover a work platform that your team
at monday.com will actually love
Jared Michael also follows
monday.com

**Your promise, secured.**
You told your customers that you're
secure. Let's make it happen.

About                                   Accessibility                        Talent Solutions                    Questions?                          Select Language
                                                                                                                 Visit our Help Center.
Professional Community Policies         Careers                              Marketing Solutions                                                     English (English)

Privacy & Terms ▾                       Ad Choices                           Advertising                         Manage your account and privacy
                                                                                                                 Go to your Settings.
Sales Solutions                         Mobile                               Small Business

Safety Center                                                                                                    Recommendation transparency
                                                                                                                 Learn more about Recommended Content.

LinkedIn Corporation © 2026

Messaging 40





Washington Twp high school
High School
2001 - 2005
Activities and societies: Soccer

## Skills

Sales Processes

Operating Room

Field Clinical Representative at Inspire Medical Systems

Show all 26 skills →

## Languages

English
Native or bilingual proficiency

## Interests

Top Voices    Companies    Newsletters    Schools

Robert Herjavec · 3rd
Emmy Award Winner 🏆 Entrepreneur | Investor |
Cybersecurity Expert Lead Shark on Shark Tank 🦈
Author | Mentor | Car Enthusiast Constant,
Forward Momentum 🏎️
2,457,888 followers

+ Follow

About                    Accessibility            Talent Solutions

Professional Community Policies    Careers        Marketing Solutions

Privacy & Terms ▼        Ad Choices               Advertising

Sales Solutions          Mobile                   Small Business

Safety Center

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2026

Promoted ···

A New Way to Manage Work
Discover a work platform that your team
at monday.com will actually love.
Jared Michael also follows
monday.com

MFA at Drexel University
Participate in packet exchanges with
notable published writers. Learn more!

Messaging 40



**Sean Montgomery** · 3rd
Vice President, Sales - Health, Corporate & Performance at Technogym
Chatham, New Jersey, United States · Contact info
500+ connections

Technogym
Penn State University

[ Message ]  [ + Follow ]  [ More ]

## About

As a dynamic and performance oriented commercial executive, I bring extensive experience leading global sales teams, commercial operations, strategy and business development, and marketing within the Life Sciences and MedTech industries.

I have a proven track record of driving top line revenue growth, improving the client experience, and leading high-performance teams to deliver beyond business goals.

If you are an Organization looking to scale, I can be a tremendous asset having built and lead sales, marketing and strategy teams from the ground up, leveraging AI tools, data driven decision making and voice of customer to take action.

I have successfully lead teams to overachieve against sales targets, generated demand and awareness to improve share position and revenues, strengthened an innovation pipeline grounded in voice of the customer by nearly $1B and built a commercial organization from the ground up with global, multifunctional responsibility.

I am always looking to grow my network and connect with peers, so please feel free to reach out!

## Activity
2,031 followers

[ Posts ]  [ Comments ]  [ Images ]

**Sean Montgomery** · 3rd ·
Vice President, Sales - Health, Corporate...
1d · 🌐

I'm happy to share that I'm starting a new position as Vice President, Sales - Health, Corporate & Performance at Technogym!



Starting a New Position

🔵❤️👏 156 · 41 comments

**Sean Montgomery** · 3rd ·
Vice President, Sales - Health, Corporate ...
2mo · 🌐

Penn State Health and Inspire continue to do incredible things together, now brining safe and efffective treatment for children with Down  ...more

**Penn State Health Otolaryngol...**
630 followers

Penn State Health Golisano Children's Hospital is now offering an innovative treatment option for children with Down syndrome who suffer  ...more


1/4

🔵❤️👏 20

Show all posts →

## Experience

**Vice President, Sales - Health, Corporate & Performance**
Technogym · Full-time
Jan 2026 - Present · 1 mo
New York City Metropolitan Area

**Director, Strategic Accounts**
Inspire Medical Systems · Full-time
Apr 2025 - Jan 2026 · 10 mos
New York City Metropolitan Area · Remote

Lead national and strategic account management for Inspire's sleep apnea neurostimulation therapy, driving therapy adoption across major health systems, hospital networks and key payer organizations...     ...see more

**Vice President, Global Sales & Commercial Operations**
Aldevron · Full-time
Aug 2023 - Apr 2025 · 1 yr 9 mos
New York City Metropolitan Area

Lead all global sales and commercial functions across a $635M life science and drug development portfolio, overseeing 106 associates, including seven Sr. Directors, spanning North America and Europe...     ...see more

🎗 MEDDIC Sales Methodology, Sales and Marketing and +1 skill

**Hologic, Inc.**
5 yrs 11 mos
New York City Metropolitan Area

Ad ···
Need freelancers who flex as your business grows?



Scale smarter with talent on Upwork.

[ Get Started ]

**More profiles for you**

 **Jennifer Meade** · 3rd
President, Aldevron
[ Message ]

 **Caitlin L.** ⊘ · 3rd
Vice President, North America Sales at Aldevron (a Danaher...
[ + Follow ]

 **Tracy Smalley** ⊘ · 3rd
Director of Strategic Account- Southeast and Florida Regions
[ Message ]

 **Wesley Heysek** ⊘ · 3rd
Director, Strategic Accounts | MBA | Healthcare Growth...
[ Message ]

 **Steve Jakuc** ⊘ · 3rd
National Director - Strategic Accounts, Inspire Medical...
[ Message ]

Show all

**People you may know**

 **Nicholas Pierce**
Director of Investigations at Block & Leviton LLP
[ Connect ]

 **Selina Rosales-Spiesman, MBA**
⊘
Practice Manager at BLB&G
[ Connect ]

 **Bhavin Hirpara** ⊘
IT Team member at FBT Gibbons
[ Connect ]

 **Vijollca Sylaj** ⊘
Director of Operations
[ Connect ]

 **David Duncan** ⊘
Senior Counsel at BLBG
[ Connect ]

Show all

**You might like**
Pages for you

 **Law360**
Online Audio and Video Media
146,230 followers
 38 connections follow this page
[ + Follow ]

 **American Bar Association**
Legal Services
350,157 followers
 20 connections follow this page

Senior Director, Global Strategy
Full-time
Mar 2022 - Aug 2023 · 1 yr 6 mos

Responsible for leading and developing a team of Upstream & Strategic Marketing Directors across Hologic's $1.5B global portfolio.... ...see more

⛉ Strategy, Sales and Marketing and +1 skill

Senior Director, Commercial Marketing
Full-time
Jul 2021 - Mar 2022 · 9 mos

Responsible for leading and developing a team of Downstream & Commercial Marketing Directors across Hologic's $1.2B domestic portfolio.... ...see more

⛉ Sales and Marketing and Talent Management

Senior Product Director, Global Mammography & AI Solutions
Full-time
Jul 2020 - Jul 2021 · 1 yr 1 mo

Responsible for leading a team of Marketing Managers and Product Managers, focused on Hologic's ~$500M mammography and Artificial Intelligence portfolios.... ...see more

⛉ Sales and Marketing and Talent Management

Show all 4 experiences →


**Beckman Coulter**
7 yrs 4 mos

Regional Sales Manager
Sep 2014 - Oct 2017 · 3 yrs 2 mos
Greater Philadelphia Area

Responsible for leading a team of eight sales associates and driving the sale of Beckman Coulter capital equipment, clinical IT, laboratory automation and recurring usage products in Eastern PA and New Jer ...see more

⛉ MEDDIC Sales Methodology, Sales and Marketing and +1 skill

Capital Equipment Consultant: Clinical IT & Informatics
Jul 2012 - Sep 2014 · 2 yrs 3 mos
Greater New York City Area & New England

Responsible for driving the capital equipment sale of Beckman Coulter's clinical IT solution, Remisol Advance and Command Central, in conjunction with chemistry, immunoassay, hematology and laboratory automati ...see more

Capital Equipment Consultant: Hemostasis
May 2011 - Jul 2012 · 1 yr 3 mos

Drive business to business, capital equipment and diagnostic sales, inclusive of coagulation analyzers, clinical IT systems and laboratory automation for hospitals, reference laboratories and physician's office groups ...see more

Show all 4 experiences →

Show all 13 experiences →

## Education


**Penn State University**
BS, Economics
2006 - 2010
Activities and societies: Penn State Investment Association, Penn State Cycling Team, Penn State Crew Team


**Harvard Business School**
HBX CORe, Economics, Managerial Accounting & Business Statistics
2015 - 2015

## Volunteering


**Volunteer/Runner - Fred's Team**
Memorial Sloan Kettering Cancer Center
Nov 2015 - Present · 10 yrs 3 mos
Health

In 2015 I raised over $3,500 for Fred's Team and The Memorial Sloan Kettering Cancer Center in an effort to one day rid the world of cancer and provide the most effective and comfortable treatment to patients arou ...see more

**Athlete**
The Children's Hospital of Philadelphia
Jun 2014 - Present · 11 yrs 8 mos
Health

In 2014 I had the opportunity to train and compete in the sport of triathlon for The Children's Hospital of Philadelphia, specifically their Oncology Division. I had the opportunity to raise over $500 for the hosp ...see more

Show all 3 volunteer experiences →

## Skills

**Executive Management**
Guy Barilan has given an endorsement for this skill

🔅 1 endorsement

**Marketing**
Guy Barilan has given an endorsement for this skill

🔅 1 endorsement

Show all 33 skills →

Promoted ···

Yale MBA for Executives
Earn your MBA from Yale while working full-time.
Catherine also follows Yale School of Management

#1 Work Management Tool
Trusted by over 3 MILLION teams. Create a free workspace today!

Show all

## Recommendations

Received    Given



**Andrew Kelly** 🔗 3rd
Commercial Excellence | Accelerate Growth | Engage Teams
December 27, 2011, Andrew worked with Sean on the same team

Sean is an outstanding colleague and is always going above and beyond for his teammates. His work ethic and drive is unmatched, as he is able to find creative and unique ways to attack problems. He is an asset to to any organization he is with and I look forward to continuing our working relationship.

## Courses

**Blanchard Situational Leadership Training**
Associated with Beckman Coulter

**VitalSmarts Crucial Conversations Training**
Associated with Beckman Coulter

Show all 3 courses →

## Honors & awards

**The College of William and Mary Emerging Leaders Program (2016)**
Issued by The College of William and Mary · Jan 2016

Associated with Beckman Coulter

**The College of William and Mary Executive Development Program**
Issued by The College of William and Mary · Jan 2016

Associated with Beckman Coulter

## Languages

French

## Interests

Companies    Groups    Newsletters    Schools

**Penn State University**
833,646 followers
+ Follow

**Harvard Business School**
2,514,965 followers
+ Follow

Show all companies →

About          Accessibility       Talent Solutions        ❓ Questions?                      Select Language
                                                              Visit our Help Center.
Professional Community Policies  Careers    Marketing Solutions                                English (English)        ▼
Privacy & Terms ▼   Ad Choices   Advertising          ⚙ Manage your account and privacy
                                                         Go to your Settings.
Sales Solutions    Mobile        Small Business
Safety Center                                         🛡 Recommendation transparency
                                                         Learn more about Recommended Content.

LinkedIn Corporation © 2026







About

Professional Community Policies

Privacy & Terms

Sales Solutions

Safety Center

Accessibility

Careers

Ad Choices

Mobile

Talent Solutions

Marketing Solutions

Advertising

Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language

English (English)

LinkedIn Corporation © 2026



**Megan O'Connor** · 3rd
Senior Field Clinical Representative at Inspire Medical Systems
Philadelphia, Pennsylvania, United States · Contact info
500+ connections

Inspire Medical Systems

Thomas Jefferson University

Message    + Follow    More

## About

Experienced Clinical Sales Specialist with a demonstrated history of working in the medical device industry. Skilled in Medical Devices, Sales, Healthcare, and Marketing. Strong healthcare services professional with a B.S. focused in Radiology from Thomas Jefferson University.

## Activity
638 followers

Posts    Images

**Megan O'Connor** · 3rd+
Senior Field Clinical Representative at Ins...
3mo · 🌐

Feeling energized after last week's Inspire Medical Systems APP program at HQ. Excited to continue to partner with Jerome Jones MSN CRNP AGACNP-BC!



**Megan O'Connor** · 3rd+
Senior Field Clinical Representative at Ins...
6y · 🌐

I am honored to have been included with the talented group of Merit/Gianna Account Executives awarded President's Club at last week's National Sales ...more



🔵👍❤ 72 · 2 comments · 2 reposts

🔵👍❤ 107 · 30 comments · 1 repost

Show all posts →

## Experience

**Inspire Medical Systems**
Full-time · 5 yrs 4 mos
Philadelphia, Pennsylvania, United States

**Senior Field Clinical Representative**
Jan 2023 - Present · 3 yrs 1 mo

**Field Clinical Representative**
Oct 2020 - Present · 5 yrs 4 mos

Clinical member of the Inspire sales team providing technical and clinical expertise, educational and field support to ensure the safe adoption of the Inspire therapy and products.

**Merit Oncology**
Full-time · 2 yrs 5 mos

**Clinical Team Lead**
Apr 2020 - Oct 2020 · 7 mos
Philadelphia, Pennsylvania, United States

**Clinical Sales Specialist**
Jun 2018 - Oct 2020 · 2 yrs 5 mos
Greater Philadelphia Area

Sales professional who supports sales goal achievement through active participation in market planning, customer qualification, technology introduction, product utilization management and case support. M ...see more

**Clinical Application Specialist**
FUJIFILM SonoSite, Inc.
May 2015 - May 2018 · 3 yrs 1 mo
Greater Philadelphia Area

Responsible for the pre-sale and post-sale customer support of FUJIFILM SonoSite products and their applications. Provide product demonstration support in hospitals, clinics, private offices, and other mo ...see more

**Director of Marketing**
On Demand Urgent Care
May 2014 - Feb 2015 · 10 mos

Promoted ···

Roberto, explore relevant opportunities with American Electric Power

Get the latest jobs and industry news

Follow

### More profiles for you

**Alanna Stoltzfus** ✓ · 3rd
Territory Manager at Inspire Medical Systems
Message

**Jean Marie Malpass RRT** ✓ · 3rd+
Senior Field Clinical Representative at Inspire...
Message

**Ashley Modica** 🔲 · 3rd
Field Clinical Representative | Medical Device | 7+ Years...
Message

**Joseph F. Chiarantona** 🔲 · 3rd
Territory Sales Manager at Inspire Medical Systems
Message

**Ashley Reimer** ✓ · 3rd
Territory Manager Inspire
Message

Show all

### People you may know
From Megan's industry

**Gayle Caine**
Sr. VP Operations at Caduceus
Connect

**David Ten Broeck**
Attorney at Law Office of David A. Ten Broeck
Connect

**Darshna Patel**
Founder and CEO at Shree Hari Medical Billing LLC
Connect

**Chris Asmus** ⊘
CSO and Director of Analytics
Connect

**Euler LAURORE**
System Admin and Network Support Analyst at Caduceus...
Connect

Show all

### You might like
Pages for you

**American Bar Association**
Legal Services
350,156 followers
20 connections follow this page
+ Follow

**Law360**
Online Audio and Video Media
146,230 followers
38 connections

Philadelphia, PA
Director of Marketing/Director of Operations- Contract
Developed marketing plan and marketing budget with Executive Team...    ...see more

**Ultrasound Sonographer**
Hospital of the University of Pennsylvania
Feb 2008 - Apr 2014 · 6 yrs 3 mos
Philadelphia, PA

Performed general ultrasound exams including OB and non-invasive vascular imaging
Assisted OR department radiologists with prostate, liver, kidney and thyroid biopsies...    ...see more

## Education

**Jefferson Health**
B.S., Radiology
2006 - 2007
Activities and societies: TJU Alumni Board

**Rutgers University**
B.A., Communications\History
1996 - 2000

## Volunteering

**Member**
The Leukemia & Lymphoma Society

## Skills

**Public Relations**
10 endorsements

**Healthcare**
Endorsed by 2 colleagues at Merit Medical Oncology
12 endorsements

Show all 20 skills →

## Honors & awards

**President's Club- 2019 Clinical Specialist of the Year**
Issued by Merit Oncology · Jan 2020
Associated with Merit Oncology

## Interests

Companies    Groups    Newsletters    Schools



**Penn Medicine, University of Pennsylvania Health System**
180,871 followers
+ Follow



**Rutgers University**
497,973 followers
+ Follow

Show all companies →

About    Accessibility    Talent Solutions    Questions? Visit our Help Center.    Select Language    English (English)

Professional Community Policies    Careers    Marketing Solutions    Manage your account and privacy Go to your Settings.

Privacy & Terms    Ad Choices    Advertising

Sales Solutions    Mobile    Small Business    Recommendation transparency Learn more about Recommended Content.

Safety Center

LinkedIn Corporation © 2026

+ Follow
Show all

Promoted
**A New Way to Manage Work**
Discover a work platform that your team at monday.com will actually love.
Jared Michael also follows monday.com

**Try Confluence for free**
Get started fast with the right template for your project.
Thomas & 2 other connections also follow Atlassian

Messaging



## Jackson Oettinger ✓ He/Him · 3rd
Clinical Research Associate at Inspire Medical Systems
Brooklyn, New York, United States · Contact info
500+ connections

**Message**  **+ Follow**  **More**

 Inspire Medical Systems

 Saint John's University

## About
Experienced researcher at the intersection of healthcare and technology.

## Activity
1,029 followers

Jackson hasn't posted yet
Recent posts Jackson shares will be displayed here.

Show all activity →

## Experience

 **Clinical Research Associate**
Inspire Medical Systems · Full-time
Dec 2022 – Present · 3 yrs 2 mos
Minneapolis, Minnesota, United States · Remote

- Identify and assess the suitability of clinical study centers for participation in Inspire clinical trials
- Train clinical centers on the clinical study protocol, data collection and good clinical practices...  ...see more

♡ Vendor Management, Clinical Trials and +6 skills

 **Associate Research Coordinator - Structural Heart & Valve**
Minneapolis Heart Institute Foundation · Full-time
Sep 2021 – Dec 2022 · 1 yr 4 mos
Minneapolis, Minnesota, United States

Conducted surveys, questionnaires, and interviews with trial subjects
Synthesized findings and generated insight reports and presentations to deliver to stakeholders...  ...see more

♡ Clinical Trials, Attention to Detail and +11 skills

 **Clinical Research Coordinator**
Nucleus Network · Full-time
May 2021 - Sep 2021 · 5 mos
Minneapolis, Minnesota, United States

Restructured the team's utilization of Excel to more accurately meet needs
Managed databases from multiple study sponsors to ensure proper data reporting...  ...see more

♡ Vendor Management, Clinical Trials and +10 skills

**Associate Microbiologist**
Element Materials Technology · Full-time
Jul 2020 - May 2021 · 11 mos
Eagan, Minnesota, United States

Conducted antimicrobial product efficacy testing following standardized AOAC and ASTM methodologies
Performed testing under strict GDP and GLP guidelines...  ...see more

♡ Attention to Detail, Data Management and +1 skill

**stryker** **Regulatory & Clinical Research Intern**
Stryker · Internship
May 2019 – Jun 2020 · 1 yr 2 mos
Bloomington, Minnesota, United States

Drafted new Post Market Surveillance plans and reports under GCP and GMP regulations
Presented new and updated existing Post-Market Surveillance documents to stakeholders...  ...see more

♡ Clinical Trials, Attention to Detail and +7 skills

Show all 7 experiences →

## Education

 **Saint John's University**
Bachelor of Arts - BA, Biology, General
2016 - 2020
Grade: Senior

Activities and societies: Joint Events Council-Executive Board member, Biology Club

♡ Microsoft Excel

## Licenses & certifications

### More profiles for you

 **Gwen Gimmestad** ✓ · 3rd
Vice President, Clinical at Inspire Medical Systems
**Message**

 **Anna Bader** ✓ · 3rd
Director, Clinical Operations at Inspire Medical Systems
**Message**

 **Patrick Leising** ✓ · 3rd
Sr. Business Analyst
**Message**

 **Mike Swierzewski** · 3rd
Sr. Clinical Study Manager at Inspire Medical Systems
**Message**

 **Josie Palmer** ✓ · 3rd
Sr. CRA at Inspire Medical
**Message**

Show all

### People you may know

 **Nicholas Pierce**
Director of Investigations at Block & Leviton LLP
**+ Connect**

 **Selina Rosales-Spiesman, MBA**
Practice Manager at BLB&G
**+ Connect**

 **Bhavin Hirpara** ✓
IT Team member at FBT Gibbons
**+ Connect**

**Vijollca Sylaj** ✓
Director of Operations
**+ Connect**

 **David Duncan** ✓
Senior Counsel at BLBG
**+ Connect**

Show all

### You might like
Pages for you

 **American Bar Association**
Legal Services
350,156 followers
 20 connections follow this page
**+ Follow**

**Law360**
Online Audio and Video Media
146,230 followers
 38 connections follow this page
**+ Follow**



GCP for Clinical Investigations of Devices
CITI Program
Issued Dec 2025 · Expires Dec 2026
Credential ID 74262675

Show credential

Foundations of User Experience (UX) Design
Coursera
Issued May 2022
Credential ID MNJG8S2267PJ

Show credential

Show all 11 licenses & certifications →

## Skills

Operations
2 experiences across Inspire Medical Systems and 1 other company

Attention to Detail
7 experiences across Inspire Medical Systems and 4 other companies

Show all 44 skills →

## Recommendations

Received   Given

**Becky Lien** · 3rd
Senior Materials Biocompatibility Manager
July 11, 2017, Becky managed Jackson directly

I had the pleasure of managing Jackson while he worked at Accuratus Lab Services. Jackson was brought on our team to complete a very important R&D project. Not only did he successfully complete the project on time, he conducted the project with superior quality. During his time at Accuratus Lab Services Jackson was highly organized, self-driven, and displayed great teamwork. It's been a privilege working with him.

## Interests

Companies   Groups   Newsletters   Schools

**Pfizer**
6,787,336 followers
+ Follow

**LinkedIn**
32,906,370 followers
+ Follow

Show all companies →

About                          Accessibility          Talent Solutions        Questions?
                                                                              Visit our Help Center.
Professional Community Policies  Careers              Marketing Solutions
Privacy & Terms ▾              Ad Choices             Advertising             Manage your account and privacy
                                                                              Go to your Settings.
Sales Solutions                Mobile                 Small Business
Safety Center                                                                 Recommendation transparency
                                                                              Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2026

in    Q Search        Home   My Network   Jobs   Messaging   Notifications   Me ▾   For Business ▾   Try Premium for $0

**Ted Pollack** ✓ · 3rd
Vivistim Stroke Recovery Program Launch and Development
Red Bank, New Jersey, United States · Contact info
500+ connections

MicroTransponder

Villanova University

**Message**    **+ Follow**    **More**

## Activity
2,454 followers

**Posts**    Comments

Ted Pollack reposted this        ⋯

**Vivistim®**
4,014 followers
1w · 🌐

🏅 Early identification!

We hosted a group of stroke coordinators  ...more



💙👍 67 · 9 reposts

Ted Pollack reposted this        ⋯

**NeuroTechR3, inc.**
591 followers
1w · 🌐

Come try R3THA™ in person!
Join us at the Westfield YMCA Stroke Recovery Open
House for a hands-on demo of our  ...more



1/2

🌐 14 · 5 reposts

Show all posts →

## Experience

**Territory Manager**
MicroTransponder · Full-time
Aug 2025 - Present · 6 mos
New Jersey, United States

**Territory Manager**
Inspire Medical Systems · Full-time
Mar 2022 - Aug 2025 · 3 yrs 6 mos
New Jersey, United States

💡 Customer Support, Training Plans and +12 skills

**Area Sales Manager-Vertiflex**
Boston Scientific · Full-time
Jan 2020 - Mar 2022 · 2 yrs 3 mos
New York City Metropolitan Area

💡 Customer Support, Training Plans and +10 skills

**Area Sales Manager**
Vertiflex
May 2019 - Mar 2020 · 2 yrs 11 mos

💡 Customer Support, Training Plans and +10 skills

**Sales Leader-Neuromodulation**
Medtronic
Jun 2011 – May 2019 · 8 yrs
NJ

Distinctions
2017 Nominated as Regional Sales Trainer...                    ...see more

💡 Customer Support, Training Plans and +10 skills

Show all 9 experiences →

## Education

**Villanova University**
BA, Communication Arts
1995 - 1999

Activities and societies: Division I Varsity Swimming( Big East Conference), Sigma Phi Epsilon Fraternity

AND COMPANIES Promoted ⋯
gpac

Roberto, explore relevant opportunities
with gpac

Get the latest jobs and industry news

**Follow**

More profiles for you

**Heidi Brewer** · 3rd
Senior Territory Manager at
MicroTransponder
Message

**Sean Sliger** ✓ · 3rd
Director, Northeast Sales at
MicroTransponder
Message

**Laura Curcuru** ✓ · 3rd
Territory Manager
Message

**Kyle Theriault** ✓ · 3rd
Territory Manager at
MicroTransponder
Message

**Nicole Durham** ✓ · 3rd
Territory Manager-
MicroTransponder
Message

Show all

People you may know
From Ted's job title

**Alex Dickin** 🔗
Head of Sales & GTM North
America @ Klarna | Sales,...
Connect

**Elizabeth W.**
Business Development |
Communications | Advertising
Connect

**Todd Deaton** 🔗
Vice President, Business
Development @ Integreon |...
Connect

**Vincent M Babij** 🔗
Sales Performance
Optimization; Sales & Busines...
Connect

**Wanda Palmer** ✓
Director of Strategic Accounts
at TransPerfect Legal
Connect

Show all

You might like
Pages for you

**American Bar Association**
Legal Services
350,156 followers
20 connections
follow this page
**+ Follow**

**Law360**
Online Audio and Video Media
146,230 followers
38 connections



**Seton Hall University**
MA, Strategic Communication and Leadership
2003 - 2005

Show all 5 educations →

## Skills

### Computer Science

8 experiences across Inspire Medical Systems and 7 other companies

1 endorsement

### Customer Support

8 experiences across Inspire Medical Systems and 7 other companies

1 endorsement

Show all 29 skills →

## Interests

| Top Voices | Companies | Groups | Newsletters | Schools |

**Marshall Goldsmith** [in] · 2nd
My latest project: MarshallGoldsmith.ai Ask me any question. Everything I know is available for free! | Thinkers50 Hall of Fame | #1 Executive Coach | #1 Leadership Thought Leader | #1 NYT Bestselling Author
1,599,464 followers

+ Follow

**Sara Blakely** [in] · 3rd
Founder of Spanx and now... Sneex!
2,333,060 followers

+ Follow

Show all Top Voices →

+ Follow

Show all

Promoted ···

**A New Way to Manage Work**
Discover a work platform that your team at monday.com will actually love.
Jared Michael also follows monday.com

**#1 Work Management Tool**
Trusted by over 3 MILLION teams. Create a free workspace today!

About                          Accessibility          Talent Solutions        Questions?
Professional Community Policies  Careers              Marketing Solutions     Visit our Help Center.
Privacy & Terms ▾              Ad Choices             Advertising             Manage your account and privacy
Sales Solutions                Mobile                 Small Business          Go to your Settings.
Safety Center                                                                 Recommendation transparency
                                                                             Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2026

Messaging 40





University of South Florida
Bachelor's degree, Communication and Media Studies
2002 - 2006

## Skills

**Medical Devices**

Endorsed by Lauren Bumbaugh who is highly skilled at this

Endorsed by 7 colleagues at Medtronic

32 endorsements

**Operating Room**

Endorsed by 3 colleagues at CR Bard

10 endorsements

Show all 19 skills →

## Recommendations

Received     Given

**Nothing to see for now**
Recommendations that Stacey receives will appear here.

## Interests

Top Voices     Companies     Groups     Newsletters     Schools

**Tony Robbins** · 3rd
#1 New York Times best-selling author, life and business strategist, philanthropist, entrepreneur
7,338,009 followers

+ Follow

**Deepak Chopra MD (official)** · 3rd
Founder at Deepak Chopra LLC
5,579,809 followers

+ Follow

Show all Top Voices →

Promoted ···

**A New Way to Manage Work**
focus on what truly matters and achieve shared goals at scale
Jared Michael also follows monday.com

**Try Confluence for free**
Get started fast with the right template for your project.
Thomas & 2 other connections also follow Atlassian

About
Professional Community Policies
Privacy & Terms ▾
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2026

Messaging 40



**in** 🔍 Search

Home · My Network · Jobs · Messaging · Notifications · Me ▾ · For Business ▾ · Try Premium for $0

Ad ···
Need freelancers who flex as your business grows?

**up**

Scale smarter with talent on Upwork.

Get Started

**Nic Sporer** ⊘ · 3rd
Territory Manager at Inspire Medical Systems
Greater Philadelphia · Contact info
500+ connections

Message   Connect   More

Inspire Medical Systems
Salisbury University - Perdue School of Business

### Activity
511 followers

Nic Sporer commented on a post · 1w
Congrats Janine!

Nic Sporer commented on a post · 3w
Congrats Mike!

Nic Sporer commented on a post · 2mo
Congrats Dr. Palazzo! Well deserved.

Show all comments →

### Experience

**Territory Manager**
Inspire Medical Systems · Full-time
Mar 2022 - Present · 3 yrs 11 mos
Mid-Atlantic

**Senior Clinical Sales Representative**
Intuitive Surgical
Sep 2013 - Mar 2022 · 8 yrs 7 mos
Greater Philadelphia Area

**Territory Manager**
Hologic, Inc.
Nov 2009 - Sep 2013 · 3 yrs 11 mos
Greater Philadelphia Area

**Specialty Sales Representative**
Boehringer Ingelheim
Feb 2004 - Nov 2009 · 5 yrs 10 mos
Greater Philadelphia Area

### Education

**Salisbury University - Perdue School of Business**
Master of Business Administration (MBA), International Business
2003 - 2004

**Salisbury University**
Management Information Systems
1999 - 2003

### Volunteering

**Big Brother**
Big Brother Big Sister Foundation
Children

### Skills

Medical Devices

Product Launch

Show all 11 skills →

### Languages

English
Native or bilingual proficiency

### Interests

Top Voices   Companies   Newsletters   Schools

**Geoffrey Moore** in · 3rd
Author, speaker, advisor; best known for Crossing

**Dave Kline** in · 3rd
Become the Leader You'd Follow | Founder @

---

**More profiles for you**

**Joseph F. Chiarantona** in · 3rd
Territory Sales Manager at Inspire Medical Systems
⊿ Message

**Megan O'Connor** · 3rd
Senior Field Clinical Representative at Inspire...
Message

**Mike Melcher** in · 3rd
Territory Manager at Inspire Medical Systems
⊿ Message

**Eric Shearer** ⊘ · 3rd
Territory Manager
Message

**Michael Sheehan** · 3rd
Area Vice President at Inspire Medical Systems
Message

Show all

**People you may know**
From Nic's job title

**Alex Dickin** in
Head of Sales & GTM North America @ Klarna | Sales,...
Connect

**Elizabeth W.**
Business Development | Communications | Advertising
Connect

**Todd Deaton** in
Vice President, Business Development @ Integreon |...
Connect

**Vincent M Babij** in
Sales Performance Optimization; Sales & Busines...
Connect

**Wanda Palmer** ⊘
Director of Strategic Accounts at TransPerfect Legal
Connect

Show all

**You might like**
Pages for you

**American Bar Association**
Legal Services
350,156 followers
20 connections follow this page
+ Follow

**Law360**
Online Audio and Video Media
146,230 followers





the Chasm, Zone to Win and The Infinite Staircase.
Board Member of nLight, WorkFusion, and
Phaidra. Chairman Emeritus Chasm Group &
Chasm Institute.
653,964 followers

+ Follow

MGMT | Coach | Advisor | Speaker | Trusted by
250K+ leaders.
161,125 followers

+ Follow

follow this page

+ Follow

Show all

Promoted ···

Email & SMS in one
Power your campaigns with email and
SMS from Mailchimp.
Adam also follows Intuit
Mailchimp

A New Way to Manage Work
focus on what truly matters and achieve
shared goals at scale.
Jared Michael also follows
monday.com

Show all Top Voices →

About

Professional Community Policies

Privacy & Terms ▼

Sales Solutions

Safety Center

Accessibility

Careers

Ad Choices

Mobile

Talent Solutions

Marketing Solutions

Advertising

Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language

English (English)

LinkedIn Corporation © 2026

Messaging 40





Show all 6 experiences →

## Education

**Providence College**
BS, Business Management Major and Biology Minor
2001 - 2005
Activities and societies: Founder of Future Friar Executive Business Club

## Skills

**Pharmaceutical Sales**

Endorsed by Peter K. who is highly skilled at this

Endorsed by 3 colleagues at GSK

6 endorsements

**Surgeons**

Endorsed by 3 colleagues at GSK

5 endorsements

Show all 7 skills →

## Interests

Companies   Groups   Newsletters   Schools

**GSK**
4,641,752 followers
+ Follow

**Medtronic**
2,421,732 followers
+ Follow

Show all companies →

38 connections follow this page

+ Follow

Show all

Promoted ···

**Yale MBA for Executives**
Earn your MBA from Yale while working full-time.
Catherine also follows Yale School of Management

**New Year Offer**
Access to market-moving news: Subscribe for just $1.99/first month.
Raul & 3 other connections also follow Bloomberg News

About
Professional Community Policies
Privacy & Terms ▾
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2026

Messaging

**Brandon Thibodeau** ⊘ · 3rd
Territory Manager
New York City Metropolitan Area · Contact info
500+ connections

Inspire Medical Systems
Quinnipiac University

**Message**    **+ Follow**    **More**

## Activity
1,157 followers

Brandon Thibodeau reposted this

**Jordan Grace Miller** 🔗 · 3rd
Vice President | CPG + Medical Device | MBA
10mo · Edited · 🌐

This morning's segment on the TODAY Show did an incredible job highlighting the life-changing impact of treating sleep apnea, and how Inspire Medical Systems is helping patients reclaim their nights—and their days.

The patient story featured this morning is a powerful reminder of what's possible when the right treatment meets the right patient. ...more

How untreated sleep...
today.com

158 · 7 comments · 37 reposts

**Brandon Thibodeau** ⊘ · 3rd ·
Territory Manager
3y · 🌐

Check out this job at Inspire Medical Systems:
Territory Manager (N NJ)

**Territory Manager**          **View job**
**(N NJ)** ⊘
Job by Inspire Medica...
Newark, New Jersey,
United States (On-site)

32 · 6 reposts

Show all posts →

## Experience

**Territory Manager**
Inspire Medical Systems · Full-time
Mar 2022 - Present · 3 yrs 11 mos
Bergen County, New Jersey, United States

**Mölnlycke, US.**
3 yrs 1 mo

**Territory Sales Manager of Post Acute - Field Sales Trainer East**
Jun 2020 - Mar 2022 · 1 yr 10 mos

**Territory Sales Manager of Post Acute**
Mar 2019 - Jun 2020 · 1 yr 4 mos
New Jersey

**Post Acute Care Sales Representative**
Medline Industries, Inc.
Apr 2014 - Mar 2019 · 5 yrs

**Corporate Brokers, LLC**
2 yrs 5 mos
Florham Park, NJ

**Business Development Executive**
Jun 2013 - Apr 2014 · 11 mos

**National Account Manager**
May 2012 - Jun 2013 · 1 yr 2 mos

**Recruiter**
Dec 2011 - May 2012 · 6 mos

**Financial Representative**
The Guardian Life Insurance Company of America
2010 - Dec 2011 · 2 yrs
Woodbury, NY

Show all 10 experiences →

## Education

**Quinnipiac University**
BA, Interactive Digital Design
2001 - 2005

Ad ···

Plug in pros at startup speed.

up

Founders hire faster on Upwork.

**Get Started**

### More profiles for you

**Jamie Kertz** ⊘ · 3rd
INSPIRE Medical Systems -
Territory Manager | 10 Years i...
**Message**

**Travis Nathan** ⊘ · 3rd
Territory Manager at Inspire
Medical Systems
**Message**

**Joseph F. Chiarantona** 🔗 · 3rd
Territory Sales Manager at
Inspire Medical Systems
**◀ Message**

**Mark Hannam** ⊘ · 3rd
Territory Manager | Inspire
Medical Systems. Inc. |...
**Message**

**Kristin Havlicek Adkins** 🔗 · 3rd
Inspire Medical Systems -
Territory Manager
**◀ Message**

Show all

### People you may know
From Brandon's school

**Anthony Volpe**
Real Estate Specialist at
Prendamano Real Estate
**+ Connect**

**Christina Karamani** ⊘
Senior Claims Representative at
Chubb
**+ Connect**

**Olivia Mastromarino**
2nd Year at Quinnipiac
University | Journalism Major |...
**+ Connect**

**Logan Winslow** ⊘
Sports
Photographer/Videographer,...
**+ Connect**

**Alexandra Lewey**
Student at Quinnipiac
University
**+ Connect**

Show all

### You might like
Pages for you

**American Bar Association**
Legal Services
350,153 followers
20 connections
follow this page
**+ Follow**

**Law360**
Online Audio and Video Media



Miller Place High School

## Skills

**Marketing**

Endorsed by 7 colleagues at Corporate Brokers

23 endorsements

**Customer Service**

Endorsed by 6 colleagues at Corporate Brokers

16 endorsements

Show all 27 skills →

## Interests

Top Voices    Companies    Groups    Newsletters    Schools

**Simon Sinek** · 3rd
Optimist, New York Times bestselling author of
"Start with Why" and "The Infinite Game", and
founder of The Optimism Company
8,786,553 followers

+ Follow

---

About                        Accessibility            Talent Solutions

Professional Community Policies    Careers            Marketing Solutions

Privacy & Terms ▾            Ad Choices              Advertising

Sales Solutions             Mobile                   Small Business

Safety Center

**Questions?**
Visit our Help Center.

**Manage your account and privacy**
Go to your Settings.

**Recommendation transparency**
Learn more about Recommended Content.

Select Language
English (English) ▾

LinkedIn Corporation © 2026

Messaging 40

in Q Search | Home | My Network | Jobs | Messaging | Notifications | Me ▾ | For Business | Try Premium for $0

**Joshua (Josh) Walker** He/Him · 3rd
Clinical Trainer
Skillman, New Jersey, United States · Contact info
500+ connections

Inspire Medical Systems
University of Pennsylvania

Message    + Follow    More

## About

Dynamic, dedicated, goal-oriented individual with a strong leadership, technical, educational and creative background. Combines strong interpersonal and leadership skills with a consistent, proven achievement in maintaining professional relationships, possessing excellent technical acumen, and providing superb training. Consistently conveys passion and proficiency in mastering new skills and driving results from both customers and colleagues.

## Activity
544 followers

Joshua hasn't posted yet
Recent posts Joshua shares will be displayed here.

Show all activity →

## Experience

**Clinical Trainer**
Inspire Medical Systems · Full-time
Sep 2024 – Present · 1 yr 5 mos
United States

**Medtronic**
Full-time · 18 yrs

**Clinical Research Manager**
Jan 2024 – Sep 2024 · 9 mos
Northeast, New York, United States · Hybrid

**Principal Field Clinical Engineer**
Jan 2020 – Jan 2024 · 4 yrs 1 mo
New Jersey, United States · Hybrid

**Senior Technical Field Engineer**
Jan 2018 – Dec 2020 · 3 yrs
New Jersey, United States · On-site

Show all 6 experiences →

## Education

**University of Pennsylvania**
Bachelor's degree, Chemistry
Sep 1999 – Mar 2003

## Skills

**Clinical Support**
1 endorsement

**Technical Training**
1 endorsement

Show all 6 skills →

## Interests

Companies   Groups   Newsletters   Schools

**Bristol Myers Squibb**
1,805,190 followers
+ Follow

**Boston Consulting Group (BCG)**
5,260,544 followers
+ Follow

Show all companies →

Promoted
HITACHI
Hitachi
Hitachi is driving what's next in the U.S.
Stay updated on innovative solutions for a sustainable future.
Follow

More profiles for you

**Lee Joseph Gerhart** ⊘ · 3rd
Healthcare Leader - Sales Executive - Builder of Progra...
Message

**Matthew Jedlicka** ⊘ · 3rd
Clinical Trainer at Inspire Medical Systems
Message

**Curt Ruegemer** · 3rd
Senior Clinical Trainer at Inspire Sleep Systems
Message

**Raouia Essafi** · 3rd
Senior Sales Representative at Medtronic, CCDS
Message

**Jason Mercado** 🔗 · 3rd
FCR at Inspire Medical Systems
Message

Show all

People you may know

**Nicholas Pierce**
Director of Investigations at Block & Leviton LLP
+ Connect

**Selina Rosales-Spiesman, MBA** ⊘
Practice Manager at BLB&G
+ Connect

**Bhavin Hirpara** ⊘
IT Team member at FBT Gibbons
+ Connect

**Vijollca Sylaj** ⊘
Director of Operations
+ Connect

**David Duncan** ⊘
Senior Counsel at BLBG
+ Connect

Show all

You might like
Pages for you



**American Bar Association**
Legal Services
350,152 followers
20 connections follow this page
+ Follow

**Law360**
Online Audio and Video Media
146,230 followers
38 connections follow this page



Promoted •••

A New Way to Manage Work
Discover a work platform that your team at monday.com will actually love.
Jared Michael also follows monday.com

Unlock A Special Offer
Stay ahead in the New Year with unlimited access for just $1.99/first month
Raul & 3 other connections also follow Bloomberg News

About                                      Accessibility                 Talent Solutions              Questions?                          Select Language
Professional Community Policies   Careers                       Marketing Solutions          Visit our Help Center.
Privacy & Terms ▾                  Ad Choices                   Advertising                   Manage your account and privacy    English (English)
Sales Solutions                    Mobile                        Small Business                Go to your Settings.
Safety Center                                                                                  Recommendation transparency
                                                                                              Learn more about Recommended Content.

LinkedIn Corporation © 2026

Messaging 40

  Q Search    Home  My Network  Jobs  Messaging  Notifications  Me ▾  For Business ▾  Try Premium for $0



## Lorenz Zaragoza ✓ · 3rd
Territory Manager at MicroTransponder
Long Beach, New York, United States · Contact info
500+ connections

**Message**    **Connect**    More

MicroTransponder

University of Miami Herbert Business School

### About

Sales leader with 15+ years of experience driving growth in complex, relationship-driven sales environments, including 9+ years specializing in medical device and implantable neuromodulation therapies. Proven track record of commercializing disruptive technologies across hospital systems, ASCs, and specialty physician practices through consistent execution and coordination across clinical and administrative teams.

Currently a Territory Manager with MicroTransponder, supporting the launch and growth of implantable neurostimulation therapy for post-stroke rehabilitation. Focused on developing new clinical programs, expanding referral pathways, and partnering with physicians, therapy leaders, and hospital administrators to integrate innovative therapy into standard rehab pathways and improve functional patient outcomes.

Previously a Territory Manager with Inspire Medical Systems, where I consistently exceeded plan, launched new surgical programs, and expanded multidisciplinary referral ecosystems across ENT, sleep medicine, pulmonology, cardiology, and primary care. Known for taking established territories and driving deeper engagement, tighter workflows, and durable, long-term growth.

Earlier in my career, I was with Abbott Neuromodulation, supporting complex implantable and programmable therapies in chronic pain, with experience in surgeon and physician education, case coverage, programming support, contract negotiations, and executive-level account management.

Strengths include:
· Launching first-to-market and disruptive technologies
· Building and scaling referral-driven clinical programs
· Neuromodulation and implantable device expertise
· Strategic account planning and forecasting
· Cross-functional collaboration and leadership
· Coaching, mentoring, and developing others

I'm passionate about therapies that meaningfully improve patients' lives and thrive in environments that value thoughtful execution, accountability, and team-first leadership.

### Activity
739 followers

**Posts**  Comments



Starting a New Position

👍❤️💡 127 · 57 comments

Inspire V Broadly...
bit.ly

👍❤️😊 200 · 3 comments · 19 reposts

Show all posts →

### Experience

**Territory Manager**
 MicroTransponder · Full-time
Jan 2026 – Present · 1 mo
Long Island, NY

Territory Manager responsible for the launch, adoption, and growth of implantable neurostimulation therapy for post-stroke rehabilitation across hospital systems, inpatient rehabilitation facilities, outpatient therapy ...see more

◇ Program Development, Neuromodulation and +10 skills

**Territory Manager**
 Inspire Medical Systems · Full-time
Jun 2022 – Jan 2026 · 3 yrs 8 mos

---

### More profiles for you

 **Mark Hannam** ✓ · 3rd
Territory Manager | Inspire Medical Systems, Inc. |...
**Message**

 **Meg Kaushal** ✓ · 3rd
Territory Manager at SetPoint Medical
**Message**

 **Sean Sliger** ✓ · 3rd
Director, Northeast Sales at MicroTransponder
**Message**

 **Gunther Cueva** ✓ · 3rd
Sales Ops Leader | Forecasting & Analytics Expert | Driving...
**Message**

 **Jamie Kertz** ✓ · 3rd
INSPIRE Medical Systems - Territory Manager | 10 Years i...
**Message**

Show all

### People you may know

 **Nicholas Pierce**
Director of Investigations at Block & Leviton LLP
**Connect**

 **Selina Rosales-Spiesman, MBA** ✓
Practice Manager at BLB&G
**Connect**

 **Bhavin Hirpara** ✓
IT Team member at FBT Gibbons
**Connect**

 **Vijollca Sylaj** ✓
Director of Operations
**Connect**

 **David Duncan** ✓
Senior Counsel at BLBG
**Connect**

Show all

### You might like
Pages for you

 **American Bar Association**
Legal Services
350,152 followers
20 connections follow this page
**+ Follow**

 **Law360**
Online Audio and Video Media
146,230 followers
 38 connections follow this page



Territory Manager responsible for driving adoption and growth of Inspire therapy across hospital systems, ASCs, and specialty physician practices throughout Long Island. I consistently exceed sales plan while launch ...see more

♡ Strategic Account Development, Territory Management and +10 skills

**Territory Manager**
Abbott
Mar 2017 – Jun 2022 · 5 yrs 4 mos
Long Island, NY

Territory Manager responsible for the sales, clinical support, and growth of implantable and programmable neuromodulation therapies across hospitals, ASCs, and specialty clinics on Long Island. In this role, I w ...see more

♡ Strategic Account Development, Territory Management and +10 skills

**Financial Advisor**
LPL Financial
Nov 2013 – Mar 2017 · 3 yrs 5 mos

**Financial Advisor**
Capital One
Aug 2010 – Nov 2013 · 3 yrs 4 mos

Show all 6 experiences →

## Education

**University of Miami Herbert Business School**
Bachelor's Degree, Business Administration and Management, General
2005 - 2009

## Skills

**Executive-Level Selling**

⚡ 3 experiences across MicroTransponder and 2 other companies

**Cross-functional Collaboration**

⚡ 3 experiences across MicroTransponder and 2 other companies

Show all 12 skills →

## Interests

**Top Voices**   Companies   Groups   Schools

**Michael Dowling** in · 3rd
CEO emeritus, Northwell Health | Healthcare Optimist | Author
94,506 followers

+ Follow

+ Follow

Show all

Promoted ···

**A New Way to Manage Work**
Discover a work platform that your team at monday.com will actually love.
Jared Michael also follows monday.com

**Try Confluence for free**
Get started fast with the right template for your project.
Thomas & 2 other connections also follow Atlassian

About                Accessibility          Talent Solutions        Questions?                        Select Language
                                                                    Visit our Help Center.
Professional Community Policies  Careers    Marketing Solutions
                                                                    Manage your account and privacy   English (English)
Privacy & Terms ▾    Ad Choices           Advertising              Go to your Settings.
Sales Solutions      Mobile               Small Business
                                                                    Recommendation transparency
Safety Center                                                       Learn more about Recommended Content.

LinkedIn Corporation © 2026

Messaging





LinkedIn Corporation © 2026