# Exhibit 14

Big Radius Tool     About the Data



# Big Radius Tool

Begin typing your city, county or metro area and then choose a location from the list of available geographies. Select a radius of any value from 25 to 500 miles using the slider.

Note: Counties are included if their center of population point falls within the selected radius. The whole county is included and the data are not apportioned to exclude the portions falling outside of the radius.

## Select center location (enter city or county name):

New York County, New York

**Set radius size in miles:  100**



# 100-Mile Radius Report for New York County, New York

**This region includes 43 counties:** Fairfield, CT; Hartford, CT; Litchfield, CT; Middlesex, CT; New Haven, CT; Atlantic, NJ; Bergen, NJ; Burlington, NJ; Camden, NJ; Essex, NJ; Gloucester, NJ; Hudson, NJ; Hunterdon, NJ; Mercer, NJ; Middlesex, NJ; Monmouth, NJ... plus 27 more counties. Download County-level Detail Data

Population in 2024:

## 27,979,683

10-Year Growth:

## -6.7%

## Largest Counties by Population in 2024

| County (Metro/City) | Size |
| --- | --- |

| County | Population |
|---|---|
| Kings, NY (New York-Newark-Jersey City) | 2,617,631 |
| Queens, NY (New York-Newark-Jersey City) | 2,316,841 |
| New York, NY (New York-Newark-Jersey City) | 1,660,664 |
| Philadelphia, PA (Philadelphia-Camden-Wilmington) | 1,573,916 |
| Suffolk, NY (New York-Newark-Jersey City) | 1,535,909 |
| Nassau, NY (New York-Newark-Jersey City) | 1,392,438 |
| Bronx, NY (New York-Newark-Jersey City) | 1,384,724 |
| Westchester, NY (New York-Newark-Jersey City) | 1,006,447 |
| Bergen, NJ (New York-Newark-Jersey City) | 978,641 |
| Middlesex, NJ (New York-Newark-Jersey City) | 890,119 |

## Counties with Greatest 10-Year Growth

| County (Largest City) | Growth |
|---|---|
| Ocean, NJ (Toms River CDP) | 14.0% |
| Pike, PA (Hemlock Farms CDP) | 12.0% |
| Essex, NJ (Newark) | 11.8% |
| Hudson, NJ (Jersey City) | 11.5% |
| Orange, NY (Kiryas Joel village) | 9.8% |
| Somerset, NJ (Somerset CDP) | 8.5% |
| Rockland, NY (New City CDP) | 8.4% |
| Union, NJ (Elizabeth) | 8.4% |
| Middlesex, NJ (Perth Amboy) | 8.0% |
| Lehigh, PA (Allentown) | 7.8% |

Labor Force in November 2025:

**14,500,263**

Employment:

**13,833,081**

Unemployment Rate:

**4.6**

**Unemployment Rate Distribution by County**



Total Covered Employment in Qtr 2 2025:

## 13,164,991

Avg Earnings per Job (annualized):

## $88,436

### Largest 2-digit NAICS Industries by Employment in Qtr 2 2025

| 2-Digit NAICS | Employment | % of Total | Annualized Earnings per Job | Relative to Total |
|---|---|---|---|---|
| 00 Total | 13,164,991 | 100.0% | $88,436 | 100.0% |
| 62 Health Care and Social Services | 2,678,924 | 20.3% | $66,576 | 75.3% |
| 44-45 Retail Trade | 1,145,502 | 8.7% | $47,781 | 54.0% |
| 61 Educational Services | 1,065,462 | 8.1% | $82,421 | 93.2% |
| 72 Accommodation and Food Services | 1,046,162 | 7.9% | $37,303 | 42.2% |
| 54 Professional, Scientific, and Technical Services | 978,490 | 7.4% | $148,871 | 168.3% |
| 56 Admin. & Support & Waste Mgt. & Rem. Services | 728,572 | 5.5% | $62,191 | 70.3% |
| 52 Finance and Insurance | 674,997 | 5.1% | $216,837 | 245.2% |
| 48-49 Transportation & Warehousing | 649,415 | 4.9% | $70,330 | 79.5% |
| 92 Public Administration | 582,491 | 4.4% | $94,185 | 106.5% |
| 31-33 Manufacturing | 548,698 | 4.2% | $96,465 | 109.1% |

# Questions or Feedback?

## **Contact us**

Email

Subscribe to newsletter



StatsAmerica is a service of the Indiana Business Research Center at Indiana University's Kelley School of Business. This initiative is funded in part by the U.S. Commerce Department's Economic Development Administration.