# Exhibit 15



| Big Radius Tool | About the Data |
| --- | --- |

# Big Radius Tool

Begin typing your city, county or metro area and then choose a location from the list of available geographies. Select a radius of any value from 25 to 500 miles using the slider.

Note: Counties are included if their center of population point falls within the selected radius. The whole county is included and the data are not apportioned to exclude the portions falling outside of the radius.

## Select center location (enter city or county name):

Minneapolis city, Minnesota

**Set radius size in miles: 100**



# 100-Mile Radius Report for Minneapolis city, Minnesota

**This region includes 49 counties:** Anoka, MN; Benton, MN; Blue Earth, MN; Brown, MN; Carver, MN; Chisago, MN; Dakota, MN; Dodge, MN; Faribault, MN; Freeborn, MN; Goodhue, MN; Hennepin, MN; Isanti, MN; Kanabec, MN; Kandiyohi, MN; Le Sueur, MN... plus 33 more counties. Download County-level Detail Data

Population in 2024:

## 5,174,812

10-Year Growth:

## 7.3%

## Largest Counties by Population in 2024

| County (Metro/City) | Size |
| --- | --- |

| | |
|---|---:|
| Hennepin, MN (Minneapolis-St. Paul-Bloomington) | 1,273,334 |
| Ramsey, MN (Minneapolis-St. Paul-Bloomington) | 542,015 |
| Dakota, MN (Minneapolis-St. Paul-Bloomington) | 453,156 |
| Anoka, MN (Minneapolis-St. Paul-Bloomington) | 376,840 |
| Washington, MN (Minneapolis-St. Paul-Bloomington) | 283,960 |
| Olmsted, MN (Rochester) | 166,424 |
| Stearns, MN (St. Cloud) | 163,997 |
| Scott, MN (Minneapolis-St. Paul-Bloomington) | 157,206 |
| Wright, MN (Minneapolis-St. Paul-Bloomington) | 154,593 |
| Carver, MN (Minneapolis-St. Paul-Bloomington) | 112,628 |

## Counties with Greatest 10-Year Growth

| County (Largest City) | Growth |
|---|---:|
| Wright, MN (Otsego) | 19.1% |
| Carver, MN (Chaska) | 15.7% |
| Washington, MN (Woodbury) | 14.2% |
| Isanti, MN (Cambridge) | 14.1% |
| Sherburne, MN (Elk River) | 13.4% |
| St. Croix, WI (Hudson) | 13.1% |
| Scott, MN (Shakopee) | 12.9% |
| Burnett, WI (Grantsburg village) | 12.9% |
| Olmsted, MN (Rochester) | 10.9% |
| Anoka, MN (Blaine) | 10.2% |

Labor Force in November 2025:

**2,844,862**

Employment:

**2,740,767**

Unemployment Rate:

**3.7**

**Unemployment Rate Distribution by County**



Total Covered Employment in Qtr 2 2025:

## 2,604,775

Avg Earnings per Job (annualized):

## $72,917

## Largest 2-digit NAICS Industries by Employment in Qtr 2 2025

| 2-Digit NAICS | Employment | % of Total | Annualized Earnings per Job | Relative to Total |
|---|---|---|---|---|
| 00 Total | 2,604,775 | 100.0% | $72,917 | 100.0% |
| 62 Health Care and Social Services | 475,973 | 18.3% | $69,989 | 96.0% |
| 31-33 Manufacturing | 291,129 | 11.2% | $82,361 | 113.0% |
| 44-45 Retail Trade | 249,973 | 9.6% | $39,195 | 53.8% |
| 61 Educational Services | 207,872 | 8.0% | $68,898 | 94.5% |
| 72 Accommodation and Food Services | 205,360 | 7.9% | $27,943 | 38.3% |
| 54 Professional, Scientific, and Technical Services | 137,545 | 5.3% | $115,536 | 158.4% |
| 23 Construction | 125,775 | 4.8% | $88,964 | 122.0% |
| 92 Public Administration | 123,000 | 4.7% | $79,768 | 109.4% |
| 52 Finance and Insurance | 117,024 | 4.5% | $121,564 | 166.7% |
| 56 Admin. & Support & Waste Mgt. & Rem. Services | 105,375 | 4.0% | $54,838 | 75.2% |

# Questions or Feedback?

## **Contact us**

Email

Subscribe to newsletter



StatsAmerica is a service of the Indiana Business Research Center at Indiana University's Kelley School of Business. This initiative is funded in part by the U.S. Commerce Department's Economic Development Administration.