# Exhibit 16



# Find an Inspire Provider Near You

# Here are Inspire-trained providers near

# 10007

Change

Search by State

Our Inspire Advisors are here to assist you with scheduling an appointment from 7am to 8pm CST, Monday through Friday. They will answer any questions you have about Inspire® therapy and ensure you're connected with the right provider to discuss your treatment options.

All Locations    All Location Types    Sort By    Distance

**140** Inspire-trained provider locations within 150 miles

**5 miles away**

## Weill Cornell Medicine Otolaryngology Head & Neck Surgery

📍 1305 York Avenue, 5th Floor
New York, NY 10021

*Inspire-trained providers*



View All

## *Talk to an Inspire Advisor*

Call (866) 573-8721

🗓 Request a call

Call (866) 573-8721

🗓 Request a call

**6 miles away**



# Mount Sinai Doctors - Ear, Nose, and Throat - Fred Lin, MD

📍 5 E 98th St, 8th Fl
New York, NY 10029

*Inspire-trained providers*



View All

## *Talk to an Inspire Advisor*

Call (844) 294-3329

📅 Request a call

Call (844) 294-3329

📅 Request a call

**6 miles away**

# Mount Sinai Doctors - Ear, Nose, and Throat - Joshua Zeiger, MD

📍 5 E 98th St, 8th Floor
New York, NY 10029

---

*Inspire-trained providers*



View All

---

*Talk to an Inspire Advisor*

Call (877) 695-0875

📅 Request a call

Call (877) 695-0875

📅 Request a call

**10 miles away**

# Staten Island University Hospital - Otolaryngology

📍 378 Seaview Avenue, 2nd floor
Staten Island, NY 10305

*Inspire-trained providers*



View All

*Talk to an Inspire Advisor*

Call (877) 630-0261

📅 Request a call

Call (877) 630-0261

📅 Request a call

**11 miles away**

# Queens ENT and Allergy Associates

📍 176-60 Union Turnpike, Suite 115
Fresh Meadows, NY 11366

*Inspire-trained providers*



View All

*Talk to an Inspire Advisor*

Call (877) 695-0808



🗓 Request a call

Call (877) 695-0808

🗓 Request a call

**12 miles away**

# James J. Peters VA Medical Center

📍 130 W Kingsbridge Rd
The Bronx, NY 10468

**VA/Military Treatment Center** ⓘ

*Inspire-trained providers*

View All

*Talk to an Inspire Advisor*

Call (877) 790-0972

🗓 Request a call

Call (877) 790-0972

🗓 Request a call

**12 miles away**

# Otolaryngology at Summit Medical Group

📍 6 Brighton Road
Clifton, NJ 07012

---

*Inspire-trained providers*



View All

---

*Talk to an Inspire Advisor*

| Call (559) 235-0319 |

| 📅 Request a call |

| Call (559) 235-0319 |

| 📅 Request a call |

---

**12 miles away**

# Hackensack Sleep & Pulmonary Center

📍 170 Prospect Ave., Suite 20
Hackensack, NJ 07601

**Excellence Program Members** ⓘ

**Center of Excellence**

---

*Inspire-trained providers*



View All

---

*Talk to an Inspire Advisor*

Call (469) 590-1581

📅 Request a call

Call (469) 590-1581

📅 Request a call

**13 miles away**

# Montefiore - Department of Otolaryngology

📍 1250 Waters Place, Tower 2
Bronx, NY 10461

*Inspire-trained providers*



View All

*Talk to an Inspire Advisor*

Call (844) 294-2494

📅 Request a call

Call (844) 294-2494

📅 Request a call

13 miles away

# Montefiore - Department of Otolaryngology Bainbridge

📍 3400 Bainbridge Avenue, 3rd floor
Bronx, NY 10467

---

*Inspire-trained providers*



View All

---

### *Talk to an Inspire Advisor*

| Call (866) 573-6881 |

| 📅 Request a call |

| Call (866) 573-6881 |

| 📅 Request a call |

---

**16 miles away**

# Mount Sinai South Nassau Gertrude & Louis Feil Cancer Center

📍 1 South Central Avenue
Valley Stream, NY 11580

---

*Inspire-trained providers*



View All

*Talk to an Inspire Advisor*

Call (877) 310-1853

🗓 Request a call

Call (877) 310-1853

🗓 Request a call

**16 miles away**



# Northwell Department of Otolaryngology - Dr. William Karle

📍 444 Lakeville Road
New Hyde Park, NY 11042

---

*Inspire-trained providers*



View All

---

*Talk to an Inspire Advisor*

Call (855) 954-6241

🗓 Request a call

Call (855) 954-6241

🗓️ Request a call

**16 miles away**

# Northwell Department of Otolaryngology - Dr. Mark Shikowitz -

📍 444 Lakeville Road
New Hyde Park, NY 11042

---

*Inspire-trained providers*



View All

---

## Talk to an Inspire Advisor

Call (855) 954-4341

🗓️ Request a call

Call (855) 954-4341

🗓️ Request a call

**17 miles away**

# Staten Island University Hospital-South Campus

📍 375 Seguine Ave
Staten Island, NY 10309

*Inspire-trained providers*



View All

---

### Talk to an Inspire Advisor

Call (469) 297-7001

📆 Request a call

Call (469) 297-7001

📆 Request a call

**17 miles away**

## Atlantic Medical Group Sleep and Pulmonology

📍 1 Springfield Ave, Third Floor
Summit, NJ 07901

**Excellence Program Members** ℹ️

**Excellence Program Care Team** ℹ️

---

*Inspire-trained providers*



View All

---

### Talk to an Inspire Advisor

Call (417) 313-0666

📆 Request a call

Call (417) 313-0666

📅 Request a call

**17 miles away**

# ENT Allergy Bergen County

📍 650 From Road
Paramus, NJ 07652

*Inspire-trained providers*



View All

## Talk to an Inspire Advisor

Call (817) 259-2884

📅 Request a call

Call (817) 259-2884

📅 Request a call

**19 miles away**

# ENT and Allergy Associates - Iselin

📍 485 US Highway South, Suite 350
Iselin, NJ 08830

*Inspire-trained providers*



View All

---

*Talk to an Inspire Advisor*

Call (469) 736-0625

📅 Request a call

Call (469) 736-0625

📅 Request a call

---

**21 miles away**



# Atlantic Medical Group ENT

📍 550 Central Avenue, Suite 500
New Providence, NJ 07974

---

*Inspire-trained providers*



View All

---

*Talk to an Inspire Advisor*

Call (469) 259-4412

📅 Request a call

Call (469) 259-4412

📅 Request a call

**21 miles away**

# Hackensack Meridian Health - Hazlet

📍 972 State Road 36
Hazlet, NJ 07730

*Inspire-trained providers*



View All

*Talk to an Inspire Advisor*

Call (469) 280-0147

📅 Request a call

Call (469) 280-0147

📅 Request a call

**21 miles away**

# Otolaryngology/ENT at Summit Medical Group

📍 1 Diamond Hill Road, Lawrence Pavillion 2nd Floor
Berkeley Heights, NJ 07922

*Inspire-trained providers*



View All

### Talk to an Inspire Advisor

Call (469) 590-1640

🗓 Request a call

Call (469) 590-1640

🗓 Request a call

**22 miles away**



# Coastal ENT - Holmdel

📍 100 Commons Way, Suite 210
Holmdel, NJ 07733

*Inspire-trained providers*



View All

### Talk to an Inspire Advisor

Call (817) 259-2995

🗓 Request a call

Call (817) 259-2995

📆 Request a call

**23 miles away**

# Northwell Department of Otolaryngology - Glen Cove

📍 101 St. Andrews Ln., Entrance 5
Glen Cove, NY 11542

*Inspire-trained providers*



View All

*Talk to an Inspire Advisor*

Call (855) 954-6374

📆 Request a call

Call (855) 954-6374

📆 Request a call

**23 miles away**

# WMC Health Physicians - APS - Advance ENT Services - Ardsley

📍 1055 Saw Mill River Road, Suite 101
Ardsley, NY 10502

*Inspire-trained providers*



<u>View All</u>

---

*Talk to an Inspire Advisor*

Call (469) 280-0177

📅 Request a call

Call (469) 280-0177

📅 Request a call

---

**24 miles away**

# Morristown Medical Center

📍 <u>100 Madison Avenue
Morristown, NJ 07960</u>

**Excellence Program Members** ⓘ

---

*Inspire-trained providers*

 

<u>View All</u>

---

*Talk to an Inspire Advisor*

Call (559) 235-0282

🗓 Request a call

Call (559) 235-0282

🗓 Request a call

**25 miles away**

# ENT and Allergy Associates - White Plains

📍 222 Bloomingdale Road, 2nd Floor
White Plains, NY 10605

*Inspire-trained providers*



View All

*Talk to an Inspire Advisor*

Call (469) 280-0364

🗓 Request a call

Call (469) 280-0364

🗓 Request a call

**27 miles away**

# White Plains Physicians - Nyack

📍 160 N Midland Avenue, Floor 2
Nyack, NY 10960

---

*Inspire-trained providers*



View All

---

## *Talk to an Inspire Advisor*

| Call (760) 262-1071 |
| --- |

| 📅 Request a call |
| --- |

| Call (760) 262-1071 |
| --- |

| 📅 Request a call |
| --- |

**27 miles away**

# Montefiore Nyack Hospital

📍 160 N Midland Avenue, 2nd Floor
Nyack, NY 10960

---

*Inspire-trained providers*



View All

---

## *Talk to an Inspire Advisor*

| Call (469) 590-1664 |
| --- |



🗓 Request a call

Call (469) 590-1664

🗓 Request a call

Load More

# We are here to help

Our Inspire Advisors are here to assist you with scheduling an appointment from 7am to 8pm CST, Monday through Friday. We will answer any questions you have about Inspire® therapy and ensure you're connected with the right provider to discuss your treatment options.

Call 844-756-9744     Email Us    Chat now

The list of doctors generated by your search criteria is based on the ZIP code or state you entered, and search results are sorted by proximity to the ZIP code or alphabetically. The Find a Doctor tool aims to connect prospective patients to qualified physicians based on objective criteria for training certification, treatment proficiency, and commitment to providing positive patient experiences and outcomes. Physicians do not pay a fee for inclusion in the Find a Doctor tool, but some physicians may purchase products from, provide consulting services to, and/or be a party to a co-marketing agreement with Inspire. **Inspire makes no representations, guarantees, or warranties regarding, and shall not be responsible for, the competencies or skill level or the quality of any physician's procedural outcomes.** It is the responsibility of you and your physician to determine if Inspire Therapy is right for your situation.

**COMPANY**

About Us

Investors

Leadership

Press Releases

Blog

Careers

News

**FOR POTENTIAL PATIENTS**

FAQs

Find a Doctor

Free Events

Patient Ambassadors

Sleep Apnea Education

Patient Experience Report

Inspire en Español

**RESOURCES**

Important Safety Information

Inspire Therapy Patients

Inspire Patent Information

SleepSync For Professionals

Testimonials & Proven Results

Provider Excellence Program

Patient Ambassador

**CONNECT WITH AN INSPIRE THERAPY ADVISOR**

**Connect now**

**Chat now**

We may ask for your name and contact information. Communicating with us serves as your agreement to our Privacy Policy.

Program Resources

iOS/Android Application

Coordinated Disclosure

Privacy Policy    Terms    Cookies    Do Not Sell or Share My Personal Information

Privacy Policy    Terms    Cookies    Do Not Sell or Share My Personal Information

© Inspire Medical Systems, Inc. 2026. All Rights Reserved