# Exhibit 17



# Find an Inspire Provider Near You

# Here are Inspire-trained providers near

# 55415

Change

Search by State

Our Inspire Advisors are here to assist you with scheduling an appointment from 7am to 8pm CST, Monday through Friday. They will answer any questions you have about Inspire® therapy and ensure you're connected with the right provider to discuss your treatment options.

All Locations    All Location Types    Sort By    Distance

**38** Inspire-trained provider locations within 150 miles

**5 miles away**

## ENT Specialty Care - Minneapolis

📍 6099 Wayzata Blvd., Suite 200
St. Louis Park, MN 55416

*Inspire-trained providers*

 

<u>View All</u>

---

*Talk to an Inspire Advisor*

Call (612) 688-9749

📅 Request a call

Call (612) 688-9749

📅 Request a call

---

**5 miles away**



# Park Nicollet ENT Clinic

📍 <u>3800 Park Nicollet Boulevard</u>
<u>St. Louis Park, MN 55416</u>

---

*Inspire-trained providers*



<u>View All</u>

---

*Talk to an Inspire Advisor*

Call (952) 522-2843

📅 Request a call

Call (952) 522-2843

📅 Request a call

**7 miles away**



# ENT Specialty Care - Edina

📍 6525 France Ave, Suite 325
Edina, MN 55435

---

*Inspire-trained providers*

View All

---

*Talk to an Inspire Advisor*

Call (612) 688-9143

📅 Request a call

Call (612) 688-9143

📅 Request a call

**8 miles away**

# M Health Fairview Clinic - Fridley

📍 6401 University Avenue NE
Fridley, MN 55432

*Inspire-trained providers*



View All

## Talk to an Inspire Advisor

Call (651) 384-0410

🗓 Request a call

Call (651) 384-0410

🗓 Request a call

**8 miles away**

# Allina Health Lung and Sleep Edina

📍 7450 France Avenue South, Suite 200
Edina, MN 55435

*Inspire-trained providers*



View All

## Talk to an Inspire Advisor

Call (952) 522-9924

🗓 Request a call

Call (952) 522-9924

📅 Request a call

**8 miles away**



# HealthPartners Specialty Center - Otolaryngology/ENT

📍 401 Phalen Boulevard
St. Paul, MN 55130

---

*Inspire-trained providers*

View All

---

*Talk to an Inspire Advisor*

Call (651) 410-1609

📅 Request a call

Call (651) 410-1609

📅 Request a call

**8 miles away**

# HealthPartners Specialty Center - Lung & Sleep Health

📍 401 Phalen Boulevard
Saint Paul, MN 55130

*Inspire-trained providers*



<u>View All</u>

*Talk to an Inspire Advisor*

Call (952) 592-9988

🗓 Request a call

Call (952) 592-9988

🗓 Request a call

**9 miles away**

# Noran Neurology - Bloomington

📍 <u>3601 Minnesota Drive, Suite 200</u>
<u>Bloomington, MN 55435</u>

*Inspire-trained providers*



<u>View All</u>

*Talk to an Inspire Advisor*

Call (612) 688-9411

🗓 Request a call

Call (612) 688-9411

📅 Request a call

**11 miles away**

# Midwest Ear, Nose & Throat Specialists - Vadnais Heights

📍 3590 Arcade Street
Vadnais Heights, MN 55127

---

*Inspire-trained providers*

                                     View All

---

### Talk to an Inspire Advisor

Call (651) 661-5124

📅 Request a call

Call (651) 661-5124

📅 Request a call

**11 miles away**

# Midwest Ear, Nose & Throat Specialists - Eagan

📍 <u>3460 Promenade Ave.</u>
<u>Eagan, MN 55123</u>

*Inspire-trained providers*

  

<u>View All</u>

### *Talk to an Inspire Advisor*

Call (651) 867-4356

📅 Request a call

Call (651) 867-4356

📅 Request a call

**11 miles away**



# Allina Health ENT Clinic - Vadnais Heights

📍 <u>1155 E. County Road E</u>
<u>Vadnais Heights, MN 55110</u>

*Inspire-trained providers*



<u>View All</u>

### *Talk to an Inspire Advisor*

Call (651) 505-8606



🗓 Request a call

Call (651) 505-8606

🗓 Request a call

**11 miles away**

# M Health Fairview Clinics and Specialty Center - Maplewood

📍 2945 Hazelwood Street
Maplewood, MN 55109

*Inspire-trained providers*

View All

*Talk to an Inspire Advisor*

Call (612) 662-6422

🗓 Request a call

Call (612) 662-6422

🗓 Request a call

**14 miles away**

# Noran Clinic – Blaine

📍 <u>11091 Ulysses St NE, Suite 100</u>
<u>Blaine, MN 55434</u>

*Inspire-trained providers*



<u>View All</u>

*Talk to an Inspire Advisor*

Call (612) 688-9847

📅 Request a call

Call (612) 688-9847

📅 Request a call

**15 miles away**



# M Health Fairview Clinics & Surgery Center - Maple Grove ENT

📍 <u>14500 99th Avenue North, Floor 1</u>
<u>Maple Grove, MN 55369</u>

*Inspire-trained providers*



<u>View All</u>

*Talk to an Inspire Advisor*

Call (763) 325-0993



 Request a call

Call (763) 325-0993

 Request a call

**15 miles away**

# Mpls Clinic of Neurology - Coon Rapids

 3833 Coon Rapids Blvd NW
Coon Rapids, MN 55433

*Inspire-trained providers*

View All

*Talk to an Inspire Advisor*

Call (763) 373-5295

 Request a call

Call (763) 373-5295

 Request a call

**15 miles away**

# ENT Specialty Care - Coon Rapids

📍 3960 Coon Rapids Blvd NW, Suite 104
Coon Rapids, MN 55433

*Inspire-trained providers*



View All

*Talk to an Inspire Advisor*

Call (612) 453-3369

📅 Request a call

Call (612) 453-3369

📅 Request a call

**15 miles away**

# ENT Specialty Care - Maple Grove

📍 9822 Hospital Drive
Maple Grove, MN 55369

*Inspire-trained providers*

 

View All

*Talk to an Inspire Advisor*

Call (763) 373-7403

🗓 Request a call

Call (763) 373-7403

🗓 Request a call

**15 miles away**

# North Memorial Sleep Medicine

📍 <u>Minneapolis Clinic of Neurology, 9645 Grove Circle N., Suite 100</u>
<u>Maple Grove, MN 55369</u>

*Inspire-trained providers*



<u>View All</u>

*Talk to an Inspire Advisor*

Call (763) 284-8830

🗓 Request a call

Call (763) 284-8830

🗓 Request a call

**16 miles away**

# Park Nicollet ENT Clinic - Burnsville

 📍 14000 Fairview Dr
Burnsville, MN 55337

*Inspire-trained providers*



View All

*Talk to an Inspire Advisor*

Call (952) 209-7672

📅 Request a call

Call (952) 209-7672

📅 Request a call

**16 miles away**

# ENT Specialty Care - Burnsville

 📍 14101 Fairview Dr, Suite 340, Fairview Ridges Specialty Center
Burnsville, MN 55337

*Inspire-trained providers*



View All

*Talk to an Inspire Advisor*

Call (952) 592-6292



🗓️ Request a call

Call (952) 592-6292

🗓️ Request a call

**16 miles away**

# Midwest Ear, Nose & Throat Specialists

📍 217 Radio Dr
Woodbury, MN 55125

*Inspire-trained providers*

View All

## Talk to an Inspire Advisor

Call (651) 504-8955

🗓️ Request a call

Call (651) 504-8955

🗓️ Request a call

**16 miles away**

# Allina Health Woodbury Clinic

📍 8675 Valley Creek Road
Woodbury, MN 55125

*Inspire-trained providers*



View All

*Talk to an Inspire Advisor*

Call (651) 413-9924

📅 Request a call

Call (651) 413-9924

📅 Request a call

**17 miles away**

# Allina Health - Apple Valley Specialty Clinic

📍 14655 Galaxie Avenue
Apple Valley, MN 55124

*Inspire-trained providers*



View All

*Talk to an Inspire Advisor*

Call (651) 372-8595

📅 Request a call

Call (651) 372-8595

📅 Request a call

**24 miles away**

# Allina Health ENT - Hastings Nininger Road

📍 <u>1285 Nininger Road</u>
<u>Hastings, MN 55033</u>

---

*Inspire-trained providers*

 <u>View All</u>

---

### Talk to an Inspire Advisor

Call (651) 370-9018

📅 Request a call

Call (651) 370-9018

📅 Request a call

**26 miles away**

# Midwest Ear, Nose & Throat Specialists - Hudson

📍 2651 Hillcrest Drive, Suite 302
Hudson, WI 54016

*Inspire-trained providers*

  

View All

**Talk to an Inspire Advisor**

Call (651) 661-5185

📅 Request a call

Call (651) 661-5185

📅 Request a call

**26 miles away**



# Hudson Physicians

📍 2651 Hillcrest Drive
Hudson, WI 54016

*Inspire-trained providers*



View All

**Talk to an Inspire Advisor**

Call (715) 227-3160



📅 Request a call

Call (715) 227-3160

📅 Request a call

**27 miles away**

# Fairview Lakes ENT

📍 5200 Fairview Boulevard
Wyoming, MN 55092

---

*Inspire-trained providers*

View All

---

*Talk to an Inspire Advisor*

Call (651) 758-4862

📅 Request a call

Call (651) 758-4862

📅 Request a call

**42 miles away**

## St. Croix Regional Medical Center - Sleep Medicine

📍 235 State Street
St. Croix Falls, WI 54024

*Inspire-trained providers*



View All

*Talk to an Inspire Advisor*

Call (715) 260-4204

📅 Request a call

Call (715) 260-4204

📅 Request a call

**62 miles away**



# CentraCare Sleep Center

📍 1586 County Rd 134
St. Cloud, MN 56303

**Excellence Program Members** ⓘ

*Inspire-trained providers*

  

View All

*Talk to an Inspire Advisor*

Call (320) 427-4493



Request a call

Call (320) 427-4493

Request a call

**77 miles away**

# Mayo Clinic Rochester - Sleep Medicine

📍 200 1st Street SW, 17th Floor
Rochester, MN 55902

*Inspire-trained providers*

View All

*Talk to an Inspire Advisor*

Call (507) 577-5863

Request a call

Call (507) 577-5863

Request a call

**77 miles away**

# Mayo Clinic Rochester - ENT

📍 200 1st Street SW - Gonda 12
Rochester, MN 55905

---

*Inspire-trained providers*



View All

---

*Talk to an Inspire Advisor*

Call (507) 585-1426

🗓 Request a call

Call (507) 585-1426

🗓 Request a call

---

**86 miles away**

# Mayo Clinic Health System - Eau Claire ENT

📍 1221 Whipple Street
Eau Claire, WI 54703

**Excellence Program Members** ℹ

**Excellence Program Care Team** ℹ

---

*Inspire-trained providers*

 

View All

---

*Talk to an Inspire Advisor*

Call (715) 519-8477

📅 Request a call

Call (715) 519-8477

📅 Request a call

Request by email

**86 miles away**

# Mayo Clinic Health System - Eau Claire Sleep Medicine

📍 1221 Whipple Street
Eau Claire, WI 54703

**Excellence Program Members** ℹ️

**Excellence Program Care Team** ℹ️

---

*Inspire-trained providers*

 

View All

---

*Talk to an Inspire Advisor*

Call (715) 519-8464

📅 Request a call

Call (715) 519-8464

📅 Request a call

**102 miles away**

# United Hospital District - Blue Earth

📍 515 S. Moore St
Blue Earth, MN 56013

**Excellence Program Members** ⓘ

---

## *Inspire-trained providers*

 

View All

---

### *Talk to an Inspire Advisor*

Call (507) 428-6472

📅 Request a call

Call (507) 428-6472

📅 Request a call

**126 miles away**

# Mason City Clinic

📍 250 S. Crescent Drive
Mason City, IA 50401

**Excellence Program Members** ⓘ

**Excellence Program Care Team** ⓘ

*Inspire-trained providers*

 

View All

### Talk to an Inspire Advisor

| Call (641) 323-2402 |
|---|

| 🗓 Request a call |
|---|

| Call (641) 323-2402 |
|---|

| 🗓 Request a call |
|---|

**128 miles away**

# Mayo Clinic La Crosse - Sleep

📍 700 West Ave S
La Crosse, WI 54601

*Inspire-trained providers*

 

View All

### Talk to an Inspire Advisor

| Call (608) 200-3871 |
|---|



📅 Request a call

Call (608) 200-3871

📅 Request a call

**138 miles away**

# St. Luke's ENT

📍 920 East 1st Street, Suite 301
Duluth, MN 55805

*Inspire-trained providers*

View All

### *Talk to an Inspire Advisor*

Call (218) 394-4208

📅 Request a call

Call (218) 394-4208

📅 Request a call

**138 miles away**

# Essentia Health Sleep Center - Lake Walk Clinic

📍 1502 London Rd, Suite 101
Duluth, MN 55812

*Inspire™ trained providers*

  

View All

*Talk to an Inspire Advisor*

Call (218) 306-1507

📅 Request a call

Call (218) 306-1507

📅 Request a call

# We are here to help

Our Inspire Advisors are here to assist you with scheduling an appointment from 7am to 8pm CST, Monday through Friday. We will answer any questions you have about Inspire® therapy and ensure you're connected with the right provider to discuss your treatment options.

**Call 844-**

**756-9744**

✉ Email Us

Chat now

The list of doctors generated by your search criteria is based on the ZIP code or state you entered, and search results are sorted by proximity to the ZIP code or alphabetically. The Find a Doctor tool aims to connect prospective patients to qualified physicians based on objective criteria for training certification, treatment proficiency, and commitment to providing positive patient experiences and outcomes. Physicians do not pay a fee for inclusion in the Find a Doctor tool, but some physicians may purchase products from, provide consulting services to, and/or be a party to a co-marketing agreement with Inspire. **Inspire makes no representations, guarantees, or warranties regarding, and shall not be responsible for, the competencies or skill level or the quality of any physician's procedural outcomes.** It is the responsibility of you and your physician to determine if Inspire Therapy is right for your situation.

| COMPANY | FOR POTENTIAL PATIENTS | RESOURCES | CONNECT WITH AN INSPIRE THERAPY ADVISOR |
|---|---|---|---|
| About Us | | Important Safety Information | |
| Investors | FAQs | | **Connect now** |
| Leadership | Find a Doctor | Inspire Therapy Patients | |
| Press Releases | Free Events | Inspire Patent Information | **Chat now** |
| Blog | Patient Ambassadors | | |

We may ask for your name and contact information. Communicating with us serves as your agreement to our Privacy Policy.

Careers

News

Sleep Apnea
Education

Patient
Experience
Report

Inspire en
Español

SleepSync For
Professionals

Testimonials &
Proven Results

Provider
Excellence
Program

Patient
Ambassador
Program
Resources

iOS/Android
Application

Coordinated
Disclosure

Privacy
Policy

Terms

Cookies

Do Not Sell or
Share My
Personal
Information

Privacy
Policy

Terms

Cookies

Do Not Sell
or Share My
Personal
Information

© Inspire Medical Systems, Inc.
2026. All Rights Reserved