# Exhibit 18

# A/B MAC Jurisdictions

