# Exhibit 19

# THE
# CAPITOL FORUM

Vol. 14 No. 1     January 2, 2026

## Inspire Medical Systems: Palmetto Removes Lucrative Billing Code for Hypoglossal Nerve Stimulation; Decision Means No Remaining Medicare Administrative Contractors Recognize Code

The Medicare Administrative Contractor (MAC) Palmetto removed the CPT code 64568 from its list of approved billing codes for Hypoglossal Nerve Stimulation (HGNS), according to an update posted yesterday to the Medicare Coverage Database. The move follows the recent updates by the MACs Noridian, CGS, and WPS that similarly removed the code from their billing articles for HGNS.

Palmetto was the final MAC to remove the 64568 code from its billing guidelines for HGNS procedures, meaning that the code cannot be used to bill Medicare for HGNS procedures anywhere in the country.

The move will likely negatively affect Inspire Medical Systems (INSP), which sought to have surgical facilities bill its new Inspire V device using 64568. Now, facilities implanting the Inspire V will have to use the hypoglossal-specific code 64582, which reimburses for far less.

As *The Capitol Forum* previously reported, there used to be little difference in reimbursement for the two codes, but CMS recently significantly increased payment for the 64568 code by placing it in a New Technology APC. However, as *The Capitol Forum* learned, CMS was likely unaware that Inspire had been advising facilities to use the 64568 code instead of 64582, and the Inspire procedure likely did not qualify under CMS' New Technology guidelines.

Under CMS' new billing guidelines for surgical centers for 2026, 64568 is set to be reimbursed for roughly $45,000, while 64582 is set to be reimbursed for roughly $31,500.

Inspire management had touted Medicare's increased reimbursement for 64568 as validation of its therapies as well as an opportunity to raise the average selling price of its devices. Management had also said they expected commercial payors to similarly adopt the increased rates.

On the news of CMS change to 64568's reimbursement, Inspire's stock price jumped almost 70%.

Now, Inspire will likely not be able to raise the selling price of its devices, as surgical centers will generate significantly less revenue from implanting them, which may also hinder adoption.

Palmetto is the administrative contractor for seven states in the Southeast, with roughly five million Medicare beneficiaries under its jurisdiction.

1

© 2026 The Capitol Forum. Direct or indirect reproduction or distribution of this article, or the use of this article in any LLM or AI system, without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.

Inspire did not respond to a request for comment for this article.

© 2026 The Capitol Forum. Direct or indirect reproduction or distribution of this article, or the use of this article in any LLM or AI system, without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.