# Exhibit 20

# THE CAPITOL FORUM

Vol. 13 No. 1053    December 29, 2025

## Inspire Medical Systems: Following Other MACs, WPS Removes Lucrative Billing Code for Hypoglossal Nerve Stimulation

The Medicare Administrative Contractor (MAC) WPS removed the CPT code 64568 from its list of approved billing codes for Hypoglossal Nerve Stimulation (HGNS), according to an update posted today on the MAC's website. The move follows the recent updates by the MACs Noridian and CGS that similarly removed the code from their billing articles for HGNS.

According to the WPS website, the MAC is deleting the 64568 code and other associated codes because "it was added in error." While the change has yet to be posted to the central Medicare Local Coverage Determination website, the update is effective January 1, 2026.

The move will likely negatively affect Inspire Medical Systems (INSP), which sought to have surgical facilities bill its new Inspire V device using 64568. Now, facilities billing in WPS' jurisdiction will have to use the hypoglossal-specific code 64582, which reimburses for far less.

As *The Capitol Forum* previously reported, there used to be little difference in reimbursement for the two codes, but CMS recently significantly increased payment for the 64568 code by placing it in a New Technology APC. However, as *The Capitol Forum* learned, CMS was likely unaware that Inspire had been advising facilities to use the 64568 code instead of 64582, and the Inspire procedure likely did not qualify under CMS' New Technology guidelines.

Under CMS' new billing guidelines for surgical centers for 2026, 64568 is set to be reimbursed for roughly $45,000, while 64582 is set to be reimbursed for roughly $31,500.

Inspire management had touted Medicare's increased reimbursement for 64568 as validation of its therapies as well as an opportunity to raise the average selling price of its devices. Management had also said they expected commercial payors to similarly adopt the increased rates.

On the news of CMS change to 64568's reimbursement, Inspire's stock price jumped almost 70%.

Now, Inspire will likely not be able to raise the selling price of its devices, as surgical centers will generate significantly less revenue from implanting them, which may also hinder adoption.

WPS is the administrative contractor for six states in the Midwest, with roughly 3.5 million Medicare beneficiaries under its jurisdiction.

© 2025 The Capitol Forum. Direct or indirect reproduction or distribution of this article, or the use of this article in any LLM or AI system, without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.

With the recent decisions by CGS, Noridian, and WPS, Palmetto is now the only MAC that still includes 64568 in its billing article for HGNS, though a spokesperson for Palmetto told *The Capitol Forum* that it would also be updating its billing articles as well.

Inspire did not immediately respond to a request for comment for this article.

2

*© 2025 The Capitol Forum. Direct or indirect reproduction or distribution of this article, or the use of this article in any LLM or AI system, without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.*