# Exhibit 21

# THE CAPITOL FORUM

Vol. 13 No. 1035     December 18, 2025

## Inspire Medical Systems: Medicare Administrative Contractor Palmetto to Update Billing Guidance on Hypoglossal Nerve Stimulation

In a statement to *The Capitol Forum* this morning, a spokesperson for the Medicare Administrative Contractor (MAC) Palmetto GBA said that the organization would be updating its billing article for Hypoglossal Nerve Stimulation (HGNS) procedures.

"After careful consideration of the concerns you mentioned and after reviewing feedback received from stakeholders, CMS, and other Medicare Administrative Contractors, Palmetto GBA will be updating the billing and coding article for Hypoglossal Nerve Stimulation for Obstructive Sleep Apnea A58075," the spokesperson said, adding that "the update is not yet visible on the Medicare Coverage Database."

The statement comes after two other MACs, Noridian and CGS, updated their billing articles this morning to remove the billing code 64568 for HGNS procedures and clarified that HGNS procedures must use the 64582 billing code. As *The Capitol Forum* previously reported, confusion over the two billing codes could have allowed for HGNS treatments to be billed at a much higher rate after CMS revised the 2026 reimbursement for 64568.

Under CMS' new billing guidelines for surgical centers, 64568 is set to be reimbursed for roughly $45,000 in 2026, while 64582 is set to be reimbursed for roughly $31,500.

Palmetto did not respond to follow up questions regarding whether the update would remove 64568 from its billing article, as Noridian and CGS did, but *The Capitol Forum* previously reported that those MACs were all working on a "consensus approach" to resolve the billing confusion.

The move earlier today by Noridian and CGS will likely negatively affect Inspire Medical Systems (INSP), which sought to have surgical facilities bill its new Inspire V device using 64568. Now, facilities billing in those jurisdictions will have to use the hypoglossal-specific code 64582, which reimburses for far less.

Palmetto is the administrative contractor for seven states in the Southeast, with roughly 5 million Medicare beneficiaries under its jurisdiction.

WPS, the only other MAC that still has 64568 in its billing article, did not respond to questions from *The Capitol Forum* whether it would follow the Noridian and CGS updates.

Inspire did not immediately respond to a request for comment for this article.

© 2025 The Capitol Forum. Direct or indirect reproduction or distribution of this article, or the use of this article in any LLM or AI system, without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.