# Exhibit 22

Case 1:25-cv-10620-PAE    Document 29-22    Filed 02/05/26    Page 2 of 3

# THE CAPITOL FORUM

**Vol. 13 No. 1033      December 18, 2025**

## Inspire Medical Systems: Medicare Administrative Contractors Noridian and CGS Remove Lucrative Billing Code from Coverage Determination for Hypoglossal Nerve Stimulation

*This article has been updated slightly for clarity.*

The Medicare Administrative Contractors Noridian and CGS have removed the CPT Code 64568 from their list of approved billing codes for Hypoglossal Nerve Stimulation (HGNS), according to updates posted earlier this morning.

According to Noridian's update, the MAC "removed 64568 as it was added in error" with an effective date of December 8, 2025, and the CGS update states that the MAC "removed CPT code 64568 from article" with an effective date of January 1, 2026.

| Revision History Date | Revision History Number | Revision History Explanation |
|---|---|---|
| 12/08/2025 | R8 | **Revision Effective 12/08/2025**<br><br>Under Group 1 CPT codes, removed 64568 as it was added in error. |

*Noridian Billing Article A57948, Accessed 12/18/25*

| Revision History Date | Revision History Number | Revision History Explanation |
|---|---|---|
| 01/01/2026 | R13 | Revision Effective: 01/01/2026<br><br>Revision Explanation: Removed CPT code 64568 from article. |

*CGS Billing Article A57149, Accessed 12/18/25*

© *2025 The Capitol Forum. Direct or indirect reproduction or distribution of this article, or the use of this article in any LLM or AI system, without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.*

As *The Capitol Forum* previously reported, Inspire Medical Systems (INSP) has said that surgical facilities could bill for the implantation of its new Inspire V device with CPT 84568 rather than using CPT 64582, which is specific to HGNS procedures.

In November, CPT 64568 unexpectedly became much more lucrative when it was assigned to a new technology ambulatory payment classification (APC) group, increasing its reimbursement from around $30,000 to around $45,000.

Inspire's stock price jumped by almost 70% on the news, with management telling investors that they were "very happy about it" and predicting that commercial payors would similarly raise their reimbursement rates, allowing Inspire to also raise the sale price of the Inspire V device.

However, as *The Capitol Forum* found, the committee that reclassified CPT 64568 into the new technology APC appears to have done so under the assumption that HGNS procedures were being billed using CPT 64582, according to transcripts of an August committee meeting.

The recent move means that facilities under the jurisdictions of the two MACs cannot bill Medicare with CPT 64568 for HGNS procedures and must instead use the less-lucrative CPT 64582, which reimburses for around $31,500, according to Medicare's 2026 payment rates.

Noridian and CGS are the administrative contractors for 15 states, with Noridian covering 13 states on the West Coast and CGS covering Ohio and Kentucky. Collectively, the two contractors cover roughly 8.5 million Medicare beneficiaries.

Only two other MACs, WPS and Palmetto, now accept 64568 for HGNS treatment. As *The Capitol Forum* previously reported, those MACs are coordinating with other MACs to come to a consensus on the use of the code.

Inspire did not immediately respond to a request for comment for this article.

2

*© 2025 The Capitol Forum. Direct or indirect reproduction or distribution of this article, or the use of this article in any LLM or AI system, without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.*