# Exhibit 23

 An official website of the United States government. Here's how you know ∨

**OpenPaymentsData.CMS.gov**   Datasets ∨   Summary Data ∨   About ∨

## Maria Suurna

`Physician`

National Provider Identifier (NPI) - 1609095918 ℹ

Allopathic & Osteopathic Physicians | Otolaryngology

1400 NW 12TH AVE
MIAMI, FL 33136-1003 ℹ

ℹ **Are you this practitioner?**
Ensure the information associated with you is correct. Instructions to affirm or dispute records are located **here**.

## Filters   *How to use filters*

Reset Filters

ℹ **Filters only show options for available data**
Open Payments keeps seven years of records (January 2018 - December 2024), but not all providers, companies, and teaching hospitals have data for all years and categories of records.

| Year | Record type | Nature of payment | Company making payment(s) |
|---|---|---|---|
| 2024 | General payments | All Natures of Pa... | |

### Totals by record type in 2024

ℹ *What are the different record types?*

| | |
|---|---|
| General Payment Records ⊗ | **$19,908.54** (37 records) |
| Research Payment Records | **N/A** |
| Associated research funding | **$103,439.00** (5 records) |
| Ownership and investment interest | **N/A** |

### General Payments Across All Years

Display as: ⊡ Chart  ☷ Table

| Year | Total | US Mean | Specialty Mean |
|---|---|---|---|
| All | $177,030.22 | $13,934.90 | $6,049.53 |
| 2024 | $19,908.54 | $3,703.89 | $1,811.43 |
| 2023 | $76,602.26 | $3,648.74 | $1,508.56 |
| 2022 | $22,143.58 | $4,297.93 | $1,571.90 |
| 2021 | $29,133.51 | $4,013.91 | $1,377.30 |
| 2020 | $4,500.31 | $3,429.48 | $1,101.04 |
| 2019 | $17,154.86 | $3,893.64 | $2,013.84 |
| 2018 | $7,587.16 | $3,594.08 | $1,169.87 |

**Measure:** ● Mean ○ Median ℹ
**Display:** ● Amount ○ Payments

### General Payments by Nature of Payment in 2024

ℹ *What are the different natures of payment?*



| Nature of payment | Amount (%) | Number of Payments |
|---|---|---|
| ● Consulting Fee | $15,675.00 (78.7%) | 2 |
| ● Food and Beverage | $2,206.85 (11.1%) | 33 |
| ● Honoraria | $2,000.00 (10.0%) | 1 |
| ● Travel and Lodging | $26.69 (0.1%) | 1 |

### Top Companies Making General Payments in 2024

Display as: ⊡ Chart  ☷ Table

| Company Making Payments ⇕ | Number of payments ⇕ | Total (%) ⇕ |
|---|---|---|
| Inspire Medical Systems, Inc. | 29 | $19,359.24 (97.2%) |
| Grace Medical, Inc. | 1 | $109.95 (0.6%) |
| Ambu Inc. | 2 | $108.01 (0.5%) |
| Jazz Pharmaceuticals Inc. | 1 | $106.00 (0.5%) |
| MED-EL Corporation | 1 | $83.25 (0.4%) |
| Stryker Corporation | 1 | $80.05 (0.4%) |
| Medtronic, Inc. | 1 | $33.45 (0.2%) |
| Aerin Medical Inc. | 1 | $28.59 (0.1%) |

### List of General Payment Records in 2024

Showing 1 - 10 of 37

⊡ Download CSV

| Company making payment ⇕ | Nature of payment ⇕ | Date ⇕ | Total amount ⇕ |
|---|---|---|---|
| Inspire Medical Systems, Inc. | Consulting Fee | 05/10/2024 | $14,250.00 |
| Inspire Medical Systems, Inc. | Honoraria | 05/10/2024 | $2,000.00 |
| Inspire Medical Systems, Inc. | Consulting Fee | 06/21/2024 | $1,425.00 |
| Inspire Medical Systems, Inc. | Food and Beverage | 07/10/2024 | $202.88 |
| Inspire Medical Systems, Inc. | Food and Beverage | 02/15/2024 | $199.25 |
| Inspire Medical Systems, Inc. | Food and Beverage | 12/04/2024 | $164.25 |
| Inspire Medical Systems, Inc. | Food and Beverage | 03/08/2024 | $139.53 |
| Inspire Medical Systems, Inc. | Food and Beverage | 03/27/2024 | $128.25 |
| Inspire Medical Systems, Inc. | Food and Beverage | 08/04/2024 | $111.87 |
| Grace Medical, Inc. | Food and Beverage | 01/26/2024 | $109.95 |

‹ Previous          **1**  2  3  4          Next ›

Feedback ⧉

**Get updates from Open Payments**
To sign up for Open Payments updates or to access your subscriber preferences, please enter your email address.

[ you@example.com ]   **Sign up** ⧉

## Help us improve Open Payments
Your feedback helps us make this tool more useful for you.
Please take our one minute survey.

**Take the Survey**

**OPEN DATA TOOLS**
Data.CMS.gov ⧉
OpenPaymentsData.CMS.gov ⧉
Data.Medicaid.gov ⧉
Data.Healthcare.gov ⧉

**ADDITIONAL RESOURCES**
CMS contact info
CMS Help Desk
CMS Help with file formats & plug-ins
Privacy Settings
FAQs ⧉
CMS Privacy policy ⧉

 **CMS**

A federal government website managed and paid for by the U.S. Centers for Medicare & Medicaid Services.

7500 Security Boulevard, Baltimore, MD 21244

About CMS ⧉   Plain Language ⧉   No Fear Act ⧉   Freedom of Information Act ⧉   Nondiscrimination & Accessibility ⧉   Inspector General ⧉