# Exhibit 24



Menu

Search

# Neurological Surgery

Make an Appointment

Contact Us

# Maria V. Suurna, M.D., F.A.C.S.

**Otolaryngologist**

Menu

Search

Weill Cornell Medicine

Dr. Maria Suurna, MD is an otolaryngology (ear, nose & throat) specialist.

## PROGRAMS

IIH Program

Pulsatile Tinnitus

Venous Sinus Stenting Program

Return to Directory






Menu



Request an Appointment



Refer a Patient

Search



Directory



Contact Us



Second Opinion



Ways to Give

**Weill Cornell Medicine Neurological Surgery**

525 East 68 Street, Box 99

New York, NY 10065

Phone: 866-426-7787

    

 **Contact Us**

**About Us**

**Conditions We Treat**

**Our Services**

**Locations**

**Programs**

**Patient Guide**

**For Health Professionals**

© Weill Cornell Medicine.

Privacy & Legal

Case 1:25-cv-10620-PAE    Document 39-24    Filed 02/05/26    Page 5 of 5

Menu

Search

Equal Education & Employment

Careers

Giving

Directory

Web Accessibility Assistance