# Exhibit 25



An official website of the United States government. Here's how you know ⌄

OpenPaymentsData.**CMS**.gov    Datasets ›    Summary Data ›    About ›

## Ryan Jeremy Soose

**Physician**

National Provider Identifier (NPI) - 1265646681 ⓘ

Allopathic & Osteopathic Physicians | Otolaryngology

300 NORTHPOINTE CIR
CIRCLE SUITE 102
SEVEN FIELDS, PA 16046-7862 ⓘ

ⓘ **Are you this practitioner?**
Ensure the information associated with you is correct. Instructions to affirm or dispute records are located **here**.

## Filters ⓘ How to use filters                                                      Reset Filters

ⓘ **Filters only show options for available data**
Open Payments keeps seven years of records (January 2018 - December 2024), but not all providers, companies, and teaching hospitals have data for all years and categories of records.

| Year | Record type | Nature of payment | Company making payment(s) | |
|---|---|---|---|---|
| 2024 ▾ | General payments ▾ | All Natures of Pa... ▾ | | Feedback ⎘ |

### Totals by record type in 2024

ⓘ What are the different record types?

| Record type | Amount |
|---|---|
| General Payment Records | **$22,122.55** (16 records) |
| Research Payment Records | N/A |
| Associated research funding | **$18,145.00** (7 records) |
| Ownership and investment interest | N/A |

### General Payments Across All Years

Display as: ⊯ Chart    ▦ Table

| Year | Total | US Mean | Specialty Mean |
|---|---|---|---|
| All | $91,560.36 | $13,934.90 | $6,049.53 |
| 2024 | $22,122.55 | $3,703.89 | $1,811.43 |
| 2023 | $20,508.84 | $3,648.74 | $1,508.56 |
| 2022 | $13,192.33 | $4,297.93 | $1,571.90 |
| 2021 | $20,119.61 | $4,013.91 | $1,377.30 |
| 2020 | $6,037.50 | $3,429.48 | $1,101.04 |
| 2019 | $8,295.29 | $3,893.64 | $2,013.84 |
| 2018 | $1,284.24 | $3,594.08 | $1,169.87 |

**Measure:** ● Mean ○ Median ⓘ
**Display:** ● Amount ○ Payments

### General Payments by Nature of Payment in 2024

ⓘ What are the different natures of payment?



| Nature of payment | Amount (%) | Number of Payments |
|---|---|---|
| ● Consulting Fee | $13,775.00 (62.3%) | 1 |
| ● Honoraria | $4,000.00 (18.1%) | 2 |
| ● Education | $3,800.00 (17.2%) | 1 |
| ● Food and Beverage | $547.55 (2.5%) | 12 |

### Top Companies Making General Payments in 2024

Display as: ⊯ Chart    ▦ Table

| Company Making Payments | Number of payments | Total (%) |
|---|---|---|
| Inspire Medical Systems, Inc. | 16 | $22,122.55 (100.0%) |

### List of General Payment Records in 2024

Showing 1 - 10 of 16                                             ⬇ Download CSV

| Company making payment | Nature of payment | Date | Total amount |
|---|---|---|---|
| Inspire Medical Systems, Inc. | Consulting Fee | 04/26/2024 | $13,775.00 |
| Inspire Medical Systems, Inc. | Education | 08/30/2024 | $3,800.00 |
| Inspire Medical Systems, Inc. | Honoraria | 04/26/2024 | $2,000.00 |
| Inspire Medical Systems, Inc. | Honoraria | 08/30/2024 | $2,000.00 |
| Inspire Medical Systems, Inc. | Food and Beverage | 02/27/2024 | $126.08 |
| Inspire Medical Systems, Inc. | Food and Beverage | 08/04/2024 | $111.87 |
| Inspire Medical Systems, Inc. | Food and Beverage | 09/26/2024 | $97.79 |
| Inspire Medical Systems, Inc. | Food and Beverage | 08/04/2024 | $41.95 |
| Inspire Medical Systems, Inc. | Food and Beverage | 09/28/2024 | $40.17 |
| Inspire Medical Systems, Inc. | Food and Beverage | 06/25/2024 | $34.34 |

‹ Previous                    **1**    2                    Next ›

### Get updates from Open Payments

To sign up for Open Payments updates or to access your subscriber preferences, please enter your email address.

you@example.com    Sign up ⎘

### Help us improve Open Payments

Your feedback helps us make this tool more useful for you.
Please take our one minute survey.

**Take the Survey**

**OPEN DATA TOOLS**
Data.CMS.gov ⎘
OpenPaymentsData.CMS.gov ⎘
Data.Medicaid.gov ⎘
Data.Healthcare.gov ⎘

**ADDITIONAL RESOURCES**
CMS contact info
CMS Help Desk
CMS Help with file formats & plug-ins
Privacy Settings
FAQs ⎘
CMS Privacy policy ⎘

 

A federal government website managed and paid for by the U.S. Centers for Medicare & Medicaid Services.
7500 Security Boulevard, Baltimore, MD 21244

About CMS ⎘    Plain Language ⎘    No Fear Act ⎘    Freedom of Information Act ⎘    Nondiscrimination & Accessibility ⎘    Inspector General ⎘