# Exhibit 26



🇺🇸 An official website of the United States government. Here's how you know ⌄

Case 1:25-cv-10620-PAE    Document 29-26    Filed 02/05/26    Page 2 of 2

OpenPaymentsData.**CMS**.gov         Datasets ⌄        Summary Data ⌄        About ⌄

# Thomas M Kaffenberger

**Physician**

National Provider Identifier (NPI) - 1609317874 ⓘ

Allopathic & Osteopathic Physicians | Otolaryngology

1400 LOCUST ST STE 2100
PITTSBURGH, PA 15219-5114 ⓘ

> ⓘ **Are you this practitioner?**
> Ensure the information associated with you is correct. Instructions to affirm or dispute records are located **here**.

## Filters ⓘ How to use filters                                                       Reset Filters

> ⓘ **Filters only show options for available data**
> Open Payments keeps seven years of records (January 2018 - December 2024), but not all providers, companies, and teaching hospitals have data for all years and categories of records.

| Year | Record type | Nature of payment | Company making payment(s) |
|---|---|---|---|
| 2024 ⌄ | General payments ⌄ | All Natures of Pa... ⌄ | |

Feedback ⧉

### Totals by record type in 2024

ⓘ What are the different record types?

| | |
|---|---|
| General Payment Records | **$11,428.10** (5 records) |
| Research Payment Records | N/A |
| Associated research funding | N/A |
| Ownership and investment interest | N/A |

### General Payments Across All Years

Display as: ⋔ Chart  ▦ Table

| Year | Total | US Mean | Specialty Mean |
|---|---|---|---|
| All | $12,329.50 | $13,934.90 | $6,049.53 |
| 2024 | $11,428.10 | $3,703.89 | $1,811.43 |
| 2023 | $552.11 | $3,648.74 | $1,508.56 |
| 2022 | $0 | $4,297.93 | $1,571.90 |
| 2021 | $14.32 | $4,013.91 | $1,377.30 |
| 2020 | $0 | $3,429.48 | $1,101.04 |
| 2019 | $0 | $3,893.64 | $2,013.84 |
| 2018 | $334.97 | $3,594.08 | $1,169.87 |

**Measure:** ◉ Mean ○ Median ⓘ
**Display:** ◉ Amount ○ Payments

### General Payments by Nature of Payment in 2024

ⓘ What are the different natures of payment?



| Nature of payment | Amount (%) | Number of Payments |
|---|---|---|
| ● Consulting Fee | $11,162.50 (97.7%) | 1 |
| ● Food and Beverage | $202.09 (1.8%) | 3 |
| ● Travel and Lodging | $63.51 (0.6%) | 1 |

### Top Companies Making General Payments in 2024

Display as: ⋔ Chart  ▦ Table

| Company Making Payments | Number of payments | Total (%) |
|---|---|---|
| Inspire Medical Systems, Inc. | 5 | $11,428.10 (100.0%) |

### List of General Payment Records in 2024

Showing 1 - 5 of 5                                                       📄 Download CSV

| Company making payment ⇅ | Nature of payment ⇅ | Date ⇅ | Total amount ⇅ |
|---|---|---|---|
| Inspire Medical Systems, Inc. | Consulting Fee | 05/24/2024 | $11,162.50 |
| Inspire Medical Systems, Inc. | Food and Beverage | 09/29/2024 | $181.91 |
| Inspire Medical Systems, Inc. | Travel and Lodging | 04/26/2024 | $63.51 |
| Inspire Medical Systems, Inc. | Food and Beverage | 12/20/2024 | $13.00 |
| Inspire Medical Systems, Inc. | Food and Beverage | 10/10/2024 | $7.18 |

**Get updates from Open Payments**

To sign up for Open Payments updates or to access your subscriber preferences, please enter your email address.

you@example.com        **Sign up** ⧉

## Help us improve Open Payments

Your feedback helps us make this tool more useful for you.
Please take our one minute survey.

**Take the Survey**

OPEN DATA TOOLS

Data CMS.gov ⧉
OpenPaymentsData.CMS.gov ⧉
Data Medicaid.gov ⧉
Data Healthcare.gov ⧉

ADDITIONAL RESOURCES

CMS contact info
CMS Help Desk
CMS Help with file formats & plug-ins
Privacy Settings
FAQs ⧉
CMS Privacy policy ⧉

 

A federal government website managed and paid for by the U.S. Centers for Medicare & Medicaid Services.

7500 Security Boulevard, Baltimore, MD 21244

  

About CMS ⧉    Plain Language ⧉    No Fear Act ⧉    Freedom of Information Act ⧉    Nondiscrimination & Accessibility ⧉    Inspector General ⧉