# Exhibit 27

🇺🇸 An official website of the United States government. Here's how you know ⌄

**OpenPaymentsData.CMS**.gov    Datasets ›    Summary Data ›    About ›

# Rachel L Whelan

Physician

National Provider Identifier (NPI) - 1407266737 ⓘ

Allopathic & Osteopathic Physicians | Otolaryngology

203 LOTHROP ST
EYE & EAR BUILDING, SUITE 500
PITTSBURGH, PA 15213-2548 ⓘ

ⓘ **Are you this practitioner?**
Ensure the information associated with you is correct. Instructions to affirm or dispute records are located **here**.

## Filters ⓘ How to use filters                                    Reset Filters

ⓘ **Filters only show options for available data**
Open Payments keeps seven years of records (January 2018 - December 2024), but not all providers, companies, and teaching hospitals have data for all years and categories of records.

| Year | Record type | Nature of payment | Company making payment(s) |
|---|---|---|---|
| 2024 ⌄ | General payments ⌄ | All Natures of Pa... ⌄ | |

Feedback ⧉

---

### Totals by record type in 2024

ⓘ What are the different record types?

| | |
|---|---|
| General Payment Records | **$20.50** (1 records) |
| Research Payment Records | **N/A** |
| Associated research funding | **$550.00** (1 records) |
| Ownership and investment interest | **N/A** |

### General Payments Across All Years

Display as: ≈ Chart ⊞ **Table**

| Year | Total | US Mean | Specialty Mean |
|---|---|---|---|
| All | $875.95 | $13,934.90 | $6,049.53 |
| 2024 | $20.50 | $3,703.89 | $1,811.43 |
| 2023 | $101.98 | $3,648.74 | $1,508.56 |
| 2022 | $0 | $4,297.93 | $1,571.90 |
| 2021 | $0 | $4,013.91 | $1,377.30 |
| 2020 | $14.64 | $3,429.48 | $1,101.04 |
| 2019 | $726.52 | $3,893.64 | $2,013.84 |
| 2018 | $12.31 | $3,594.08 | $1,169.87 |

**Measure:** ⦿ Mean ○ Median ⓘ
**Display:** ⦿ Amount ○ Payments

### General Payments by Nature of Payment in 2024

ⓘ What are the different natures of payment?



| Nature of payment | Amount (%) | Number of Payments |
|---|---|---|
| ● Food and Beverage | $20.50 (100.0%) | 1 |

### Top Companies Making General Payments in 2024

Display as: ≈ Chart ⊞ **Table**

| Company Making Payments | Number of payments | Total (%) |
|---|---|---|
| Inspire Medical Systems, Inc. | 1 | $20.50 (100.0%) |

### List of General Payment Records in 2024

Showing 1 - 1 of 1                                    🗎 Download CSV

| Company making payment ⇕ | Nature of payment ⇕ | Date ⇕ | Total amount ⇕ |
|---|---|---|---|
| Inspire Medical Systems, Inc. | Food and Beverage | 01/31/2024 | $20.50 |

---

**Get updates from Open Payments**

To sign up for Open Payments updates or to access your subscriber preferences, please enter your email address.

[ you@example.com ]   Sign up ⧉

**Help us improve Open Payments**

Your feedback helps us make this tool more useful for you.
Please take our one minute survey.

Take the Survey

OPEN DATA TOOLS

Data.CMS.gov ⧉
OpenPaymentsData.CMS.gov ⧉
Data.Medicaid.gov ⧉
Data.Healthcare.gov ⧉

ADDITIONAL RESOURCES

CMS contact info
CMS Help Desk
CMS Help with file formats & plug-ins
Privacy Settings
FAQs ⧉
CMS Privacy policy ⧉

CMS

A federal government website managed and paid for by the U.S. Centers for Medicare & Medicaid Services.
7500 Security Boulevard, Baltimore, MD 21244

About CMS ⧉   Plain Language ⧉   No Fear Act ⧉   Freedom of Information Act ⧉   Nondiscrimination & Accessibility ⧉   Inspector General ⧉