# Exhibit 28



An official website of the United States government  Here's how you know ∨

OpenPaymentsData.**CMS**.gov    Datasets ›    Summary Data ›    About ›

# Phillip A Huyett

Physician

National Provider Identifier (NPI) - 1285999813 ⓘ

Allopathic & Osteopathic Physicians | Otolaryngology

243 CHARLES ST
BOSTON, MA 02114-3002 ⓘ



ⓘ **Are you this practitioner?**
Ensure the information associated with you is correct. Instructions to affirm or dispute records are located **here**.

## Filters ⓘ How to use filters
Reset Filters

ⓘ **Filters only show options for available data**
Open Payments keeps seven years of records (January 2018 - December 2024), but not all providers, companies, and teaching hospitals have data for all years and categories of records.

| Year | Record type | Nature of payment | Company making payment(s) |
|---|---|---|---|
| 2024 ▾ | General payments ▾ | All Natures of Pa... ▾ | |

Feedback ⎘

### Totals by record type in 2024
ⓘ What are the different record types?

| | |
|---|---|
| General Payment Records | **$9,734.58** (12 records) |
| Research Payment Records | **N/A** |
| Associated research funding | **$44,952.50** (5 records) |
| Ownership and investment interest | **N/A** |

### General Payments Across All Years
Display as: ⌁ Chart ▦ Table

| Year | Total | US Mean | Specialty Mean |
|---|---|---|---|
| All | $25,479.64 | $13,934.90 | $6,049.53 |
| 2024 | $9,734.58 | $3,703.89 | $1,811.43 |
| 2023 | $8,167.96 | $3,648.74 | $1,508.56 |
| 2022 | $6,592.47 | $4,297.93 | $1,571.90 |
| 2021 | $0 | $4,013.91 | $1,377.30 |
| 2020 | $206.67 | $3,429.48 | $1,101.04 |
| 2019 | $777.96 | $3,893.64 | $2,013.84 |
| 2018 | $0 | $3,594.08 | $1,169.87 |

Measure: ⦿ Mean ◯ Median ⓘ
Display: ⦿ Amount ◯ Payments

### General Payments by Nature of Payment in 2024
ⓘ What are the different natures of payment?



| Nature of payment | Amount (%) | Number of Payments |
|---|---|---|
| ● Consulting Fee | $5,225.00 (53.7%) | 2 |
| ● Honoraria | $4,000.00 (41.1%) | 2 |
| ● Food and Beverage | $509.58 (5.2%) | 8 |

### Top Companies Making General Payments in 2024
Display as: ⌁ Chart ▦ Table

| Company Making Payments | Number of payments | Total (%) |
|---|---|---|
| Inspire Medical Systems, Inc. | 12 | $9,734.58 (100.0%) |

### List of General Payment Records in 2024

Showing 1 - 10 of 12
⬇ Download CSV

| Company making payment | Nature of payment | Date | Total amount |
|---|---|---|---|
| Inspire Medical Systems, Inc. | Consulting Fee | 09/27/2024 | $4,275.00 |
| Inspire Medical Systems, Inc. | Honoraria | 09/27/2024 | $2,000.00 |
| Inspire Medical Systems, Inc. | Honoraria | 09/27/2024 | $2,000.00 |
| Inspire Medical Systems, Inc. | Consulting Fee | 10/25/2024 | $950.00 |
| Inspire Medical Systems, Inc. | Food and Beverage | 02/22/2024 | $178.40 |
| Inspire Medical Systems, Inc. | Food and Beverage | 08/04/2024 | $111.87 |
| Inspire Medical Systems, Inc. | Food and Beverage | 02/05/2024 | $92.71 |
| Inspire Medical Systems, Inc. | Food and Beverage | 02/22/2024 | $51.31 |
| Inspire Medical Systems, Inc. | Food and Beverage | 08/15/2024 | $32.05 |
| Inspire Medical Systems, Inc. | Food and Beverage | 07/17/2024 | $22.66 |

‹ Previous     **1**   2     Next ›

### Get updates from Open Payments
To sign up for Open Payments updates or to access your subscriber preferences, please enter your email address.

[you@example.com]    Sign up ⎘

## Help us improve Open Payments
Your feedback helps us make this tool more useful for you.
Please take our one minute survey.

Take the Survey

**OPEN DATA TOOLS**
Data.CMS.gov ⎘
OpenPaymentsData.CMS.gov ⎘
Data.Medicaid.gov ⎘
Data.Healthcare.gov ⎘

**ADDITIONAL RESOURCES**
CMS contact info ⎘
CMS Help Desk ⎘
CMS Help with file formats & plug-ins ⎘
Privacy Settings ⎘
FAQs ⎘
CMS Privacy policy ⎘

 

A federal government website managed and paid for by the U.S. Centers for Medicare & Medicaid Services.

7500 Security Boulevard, Baltimore, MD 21244

  

About CMS ⎘    Plain Language ⎘    No Fear Act ⎘    Freedom of Information Act ⎘    Nondiscrimination & Accessibility ⎘    Inspector General ⎘