# Exhibit 29

**Draw a circle**

**Address**                              **Radius**

500 pearl street, New York, NY            100.00                                    Miles

                                                                                    **Circle**

                                                                                    AAAAAA

**Border**                        ☑ **Only Show Border**

000000

| Zoom to Address | New Circle | Edit Circle | Remove Circle |

Position: 40.713736,-74.000895 Radius: 160934.00 Meters

(https://maps.google.com/maps?ll=40.736072,-74.033769&z=7&t=m&hl=en-US&gl=US&mapclient=apiv3)    Map data ©2026 Google

Return to this radius map here, just save this link

https://www.mapdevelopers.com/draw-circle-tool.php?circles=%5B%5B160934%2C40.7137362%2C-74.0008954%2C%22%23AAAAAA%22%2C%22%23000000%22%2C0%5D%5D

Use this tool to draw a circle by entering its radius along with an address. You can also click a point on the map to place a circle at that spot. You can adjust the placement of the circle by dragging it to a different location. You can also change the radius by either dragging the marker on the outside of the circle or by entering the radius in the field below and clicking edit circle. After drawing the circles you can come back to the map or send someone else to it by copying the link listed below. I hope that you find this radius tool useful.

## Create Multiple Radius Circles?

You can use this tool to add as many radius circles to the map as you want. This allows you to find out where they intersect, and what areas are not within the radius of any of your locations.

**Draw a circle**

**Address**

300 S. 4th Street Minneapolis, MN

**Radius**

100.00

Miles

**Circle**

AAAAAA

**Border**

000000

☑ **Only Show Border**

| Zoom to Address | New Circle | Edit Circle | Remove Circle |

Position: 44.978051,-93.265500 Radius: 160934.00 Meters



Return to this radius map here, just save this link

https://www.mapdevelopers.com/draw-circle-tool.php?circles=%5B%5B160934%2C44.978051%2C-93.2655%2C%22%23AAAAAA%22%2C%22%23000000%22%2C0%5D%5D

Use this tool to draw a circle by entering its radius along with an address. You can also click a point on the map to place a circle at that spot. You can adjust the placement of the circle by dragging it to a different location. You can also change the radius by either dragging the marker on the outside of the circle or by entering the radius in the field below and clicking edit circle. After drawing the circles you can come back to the map or send someone else to it by copying the link listed below. I hope that you find this radius tool useful.

**Create Multiple Radius Circles?**

You can use this tool to add as many radius circles to the map as you want. This allows you to find out where they intersect, and what areas are not within the radius of any of your locations.