**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE INSPIRE MEDICAL SYSTEMS, INC. SECURITIES LITIGATION | Civil Action No. 1:25-cv-10620 (PAE)<br><br>CLASS ACTION<br><br>**SUPPLEMENTAL DECLARATION OF BRYAN PHILLIPS IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE TO THE DISTRICT OF MINNESOTA** |

I, Bryan Phillips, declare as follows:

1.     I am the Senior Vice President, General Counsel and Corporate Secretary, and Chief Compliance Officer, of Inspire Medical Systems, Inc. ("Inspire"). I have been employed by Inspire since January 2021.

2.     I am over the age of 18 and I am competent to testify about the matters set forth in this declaration based upon personal knowledge, my experience working at Inspire, and my review of information taken from records kept by Inspire in the regular course of business. If called as a witness, I could and would testify as stated herein.

3.     In my initial declaration, I explained that "the primary individuals who most likely will have knowledge concerning the subject matter of this action work and reside in the Minneapolis-St. Paul metropolitan area, again, with the exception of Ezgi Yagci, who lives in Florida but regularly travels to Minnesota for company meetings, including

US.359143315.02

earning calls. None of the relevant employees work or reside in New York." (ECF 20-2 ¶ 11.)

4.     More specifically, the following individuals have knowledge of the following subject matters, both of which I understand may be implicated by this litigation. To the best of my knowledge, all these individuals live or work in in the Minneapolis-St. Paul metropolitan area, with the exception of Ms. Yagci noted above, who lives in Florida, but who traveled to and was present in Minnesota for investor calls.

5.     Individuals With Knowledge of At-Issue Investor Communications and Earnings Guidance

      a.  Tim Herbert (Chairman, President, and CEO)

      b.  Rick Buchholz (former CFO)

      c.  Carlton Weatherby (Chief Strategy and Growth Officer)

      d.  Ezgi Yagci (VP of Investor Relations)

      e.  Megan Rowekamp (VP of Planning and Reporting)

6.     Individuals Beyond Those Noted Above With Knowledge of the Rollout of the Inspire V Device and SleepSync Programmer During the Relevant Time Period (including any related reimbursement or physician training issues)

      a.  Aaron Gjelhaug (VP of Growth Operations and Enablement)

      b.  Randy Ban (Former EVP of Patient Access and Outcomes)

      c.  Donnie Fellows (VP of Marketing)

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2026

Bryan Phillips